## EXHIBIT A

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
|  | Reg. 523611 April 4, 1950 July 15, 1947 | July 1934 July 1934 | IC 039. US 105. G & S: Air transportation of passengers, mail, and express. |
| DELTA | Reg. 654915 Nov. 19, 1957 Oct. 17, 1956 | July 1945 July 1945 | IC 039. US 105. G & S: Air transportation of passengers, mail, [and] express * , freight and cargo *. |
|  | Reg. 963228 July 3, 1973 Dec. 17, 1971 | Jan. 1, 1956 Jan. 1, 1956 | IC 039. US 105. G & S: Air transportation of persons, property, and mail. |
| DELTA AIR LINES | Reg. 970418 Oct. 9, 1973 Aug. 22, 1972 | July 1934 July 1934 | IC 039. US 105. G & S: Air transportation of persons, property, and mail. |
| DELTA CONNECTION | Reg. 1428763 Feb. 10, 1987 Nov. 4, 1985 | Apr. 26, 1984 Apr. 26, 1984 | IC 039. US 105. G & S: Air transportation of persons, property and mail. |
| DELTA SHUTTLE | Reg. 1703774 July 28, 1992 Sept. 9, 1991 | Sept. 1, 1991 Sept. 1, 1991 | IC 039. US 105. G & S: air transportation of persons, property and mail. |
| DELTA CENTER | Reg. 1733703 Nov. 17, 1992 Feb. 21, 1992 | Oct. 16, 1991 Oct. 16, 1991 | IC 041. US 101 102 107. G & S: providing arena facilities for exhibitions. |
| ▲ DELTA CENTER | Reg. 1740294 Dec. 15, 1992 Feb. 21, 1992 | Oct. 16, 1991 Oct. 16, 1991 | IC 041. US 101 102 107. G & S: providing facilities for exhibitions. |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
|  | Reg. 2058985 May 6, 1997 Feb. 28, 1996 | Apr. 1960 Apr. 1960 | IC 039. US 100 105. G & S: passenger air transportation services. |
| DELTA VACATIONS | Reg. 2408003 Nov. 28, 2000 May 5, 1999 | Aug. 27, 1997 Aug. 27, 1997 | IC 039. US 100 105. G & S: Passenger air transportation services; Packaged vacation booking services. |
| DELTA AIRELITE | Reg. 2662451 Dec. 17, 2002 Sept. 21, 2001 | Oct. 15, 2001 Oct. 15, 2001 | IC 039. US 100 105. G & S: Air Transportation. |
|  | Reg. 3890727 Dec. 14, 2010 Mar. 5, 2009 | Apr. 15, 2009 Apr. 15, 2009 | IC 039. US 100 105. G & S: Air transportation services featuring transit lounge facilities for passenger relaxation. |
| DELTA SKY ZONE | Reg. 3979557 June 14, 2011 July 28, 2010 | Nov. 1, 2010 Nov. 1, 2010 | IC 039. US 100 105. G & S: Airport services featuring transit lounge facilities for passenger relaxation. |
| DELTA PRIVATE JETS | Reg. 4266813 Jan. 1, 2013 Nov. 3, 2011 | Sept. 1, 2010 Sept. 1, 2010 | IC 035. US 100 101 102. G & S: Conducting and administering a membership program for participants featuring discounts on airfare and charter services, specialized rates for airfare and charter services.<br><br>IC 036. US 100 101 102. G & S: Prepaid services in the nature of making |

2

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | advance payments to add value to prepaid or pay-as-you-go cards for the purchase of air transportation services and air charter transportation services. <br><br> IC 039. US 100 105. G & S: Air charter transportation services; passenger air transportation services; travel agency services, namely, making reservations and bookings for transportation; passenger checkin services; conducting and administering a membership program for participants featuring priority airline service with enhanced flight reservation services, enhanced ticketing services, enhanced flight call waiting services, enhanced flight check-in services, enhanced gate baggage handling services, and airport transit lounge facilities for passenger relaxation. |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | IC 043. US 100 101. G & S: Travel agency services, namely, making reservations and booking for temporary lodging.<br><br>IC 045. US 100 101. G & S: Concierge services for others comprising making requested personal arrangements and reservations and providing customer-specific information to meet individual needs rendered together in connection with air charter transportation services; enhanced airline passenger security screening in the nature of providing additional inspections and body cavity searches. |
| THE SKY DECK AT DELTA SKY CLUB | Reg. 4426735 Oct. 29, 2013 Jan. 8, 2013 | May 8, 2013 May 8, 2013 | IC 039. US 100 105. G & S: Air transportation services featuring transit lounge facilities for passenger relaxation. |
|  | Reg. 4633322 Nov. 4, 2014 May 23, 2013 | Feb. 23, 2014 June 17, 2014 | IC 041. US 100 101 107. G & S: Museum services; education services, namely, providing displays, exhibits, and |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | hands-on and interactive displays in the field of aviation and aviation history. |
| DELTA FLIGHT MUSEUM | Reg. 4633323 Nov. 4, 2014 May 23, 2013 | Feb. 23, 2014 June 17, 2014 | IC 041. US 100 101 107. G & S: Museum services; education services, namely, providing displays, exhibits, and hands-on and interactive displays in the field of aviation and aviation history. |
| DELTA 360 | Reg. 5453743 April 24, 2018 Sept. 19, 2013 | Dec. 1, 2012 Dec. 1, 2012 | IC 035. US 100 101 102. G & S: Providing an incentive award program for customers through the issuance of bonus awards and service incentives for frequent air travel comprising elite passenger access to the following: transit lounge facilities for passenger relaxation, specialized priority airline service comprising reservation services, enhanced airport ticketing processing, expedited call waiting procedures, priority check-in, priority lobby check-in, dedicated service centers and club lanes, specialized priority |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | and expedited security processing, expedited gate handling and aircraft boarding services, enhanced seating accommodations, enhanced personal space including specialized entertainment, computer connections, enhanced meal services and voucher values, priority baggage delivery, enhanced and expedited customer service responses for elite passengers.<br><br>IC 039. US 100 105. G & S: Air transportation services; transit lounge facilities for passenger relaxation; specialized priority airline service, namely, reservation services; enhanced airport ticketing processing; expedited call waiting procedures; priority check-in services; priority airport lobby check-in services featuring a dedicated service center and club lanes for elite passengers, expedited gate handling |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | and aircraft boarding services, enhanced booking of seats for travel, enhanced personal transit lounge facility space with elite accommodations comprising access to computer connection ports, priority baggage delivery, and enhanced and expedited customer service responses for elite passengers. |
|  | Ser. 86127891 N/A Nov. 25, 2013 | Sept. 17, 2013 Oct. 1, 2013 | IC 039. US 100 105. G & S: Transportation reservation services. |
| DELTA ONE | Reg. 4769776 July 7, 2015 Mar. 14, 2014 | Dec. 8, 2014 Dec. 8, 2014 | IC 039. US 100 105. G & S: Air transportation services; air transportation services featuring a frequent flier bonus program; transportation services, namely, providing a specialized priority airline service with reservation services, enhanced airport ticketing processing, priority check-in, gate handling and aircraft boarding services, enhanced seating accommodations, enhanced personal space, |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | computer connections and expanded meal services for passengers; delivery of goods by air and land; providing an on-line computer database in the field of travel information services and travel ticket reservations. |
| DELTA STUDIO | Reg. 4709485 Mar. 24, 2015 Mar. 19, 2014 | July 28, 2014 July 28, 2014 | IC 038. US 100 101 104. G & S: Electronic transmission and streaming of digital media content for others via global and local computer networks; video-on-demand transmission services. IC 041. US 100 101 107. G & S: Entertainment and educational services, namely, providing non-downloadable movies, video games, music and television shows via a video-on-demand service. |
| DELTA COMFORT + | Reg. 4709583 Mar. 24, 2015 May 1, 2014 | Dec. 9, 2014 Dec. 9, 2014 | IC 039. US 100 105. G & S: Air transportation services; air transportation services featuring a frequent flier bonus program; airport baggage check in services; airport |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | passenger check in services; arranging travel as a bonus program for credit card users; delivery of goods by air and land; providing an on-line computer database in the field of travel information services and travel ticket reservations; providing flight arrival and departure information. |
| ▲DELTA COMFORT + | Reg. 5492400 June 12, 2018 June 3, 2014 | June 1, 2014 June 1, 2014 | IC 039. US 100 105. G & S: Air transportation services; air transportation services featuring a frequent flier bonus program; transportation services, namely, providing a specialized priority airline service with reservation services, enhanced airport ticketing processing, priority check-in, gate handling and aircraft boarding services, enhanced seating accommodations, enhanced personal space, computer connections and expanded meal services for passengers; delivery of goods by air and land; providing an on-line |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | computer database in the field of travel information services and travel ticket reservations. |
|  | Reg. 4749531 June 2, 2015 June 13, 2014 | Mar. 1, 2014 Mar. 1, 2014 | IC 039. US 100 105. G & S: Air transportation services; air transportation services featuring a frequent flier bonus program; transportation services, namely, providing a specialized priority airline service with reservation services; delivery of goods by air and land; providing an on-line computer database in the field of travel information services and travel ticket reservations; aircraft charter services; airport baggage check-in services not including security inspection; airline baggage claim services; airport passenger check-in services; airline services, namely, passenger ticketing, gate processing. |
| DELTA ONE AT LAX | Ser. 86620722 N/A May 6, 2015 | | IC 039. US 100 105. G & S: Air transportation services; providing premium air transportation services for elite |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | passengers, namely, transit lounge facilities for passenger relaxation, specialized priority airline service with reservation services, providing automated check-in and ticketing services for air travelers, enhanced airport ticketing processing, enhanced booking of seats for travel, priority airport passenger check-in services, priority airport lobby check-in services featuring a dedicated service center and club lanes for elite passengers, enhanced and expedited customer service responses for elite passengers, airport baggage check-in services not including security inspection<br><br>IC 043. US 100 101. G & S: Providing premium food and beverage services for air travelers; providing bar and cocktail lounge services and related amenities |
| DELTA ONE | Ser. 86620771 | | IC 039. US 100 105. G & |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | N/A May 6, 2015 | | S: Air transportation services; providing premium air transportation services for elite passengers, namely, transit lounge facilities for passenger relaxation, specialized priority airline service with reservation services, providing automated check-in and ticketing services for air travelers, enhanced airport ticketing processing, enhanced booking of seats for travel, priority airport passenger check-in services, priority airport lobby check-in services featuring a dedicated service center and club lanes for elite passengers, enhanced and expedited customer service responses for elite passengers, airport baggage check-in services not including security inspection<br><br>IC 043. US 100 101. G & S: Providing premium food and beverage services for air travelers; providing |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | bar and cocktail lounge services and related amenities |
| DELTA YOUR BEST PARTNER | Reg. 5525216 July 24, 2018 Oct. 2, 2015 | Aug. 1, 2015 Aug. 1, 2015 | IC 039. US 100 105. G & S: passenger air transportation services; air transportation of persons, property and mail; transportation of goods, passengers and travelers by air; air transportation services featuring a frequent flier bonus program; airport baggage check in services; airport passenger check in services; arranging travel as a bonus program for credit card users; delivery of goods by air and land; providing an on-line computer database in the field of travel information services and travel ticket reservations; providing flight arrival and departure information; online reservation and booking of seats for travel; providing travel information via the internet; provision of travel information; travel and transport information service. |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| ▲ D E L T A \| YOUR BEST PARTNER | Reg. 5525217 July 24, 2018 Oct. 2, 2015 | Aug. 1, 2015 Aug. 1, 2015 | IC 039. US 100 105. G & S: passenger air transportation services; air transportation of persons, property and mail; transportation of goods, passengers and travelers by air; air transportation services featuring a frequent flier bonus program; airport baggage check in services; airport passenger check in services; arranging travel as a bonus program for credit card users; delivery of goods by air and land; providing an on-line computer database in the field of travel information services and travel ticket reservations; providing flight arrival and departure information; online reservation and booking of seats for travel; providing travel information via the internet; provision of travel information; travel and transport information service. |
| ▲ D E L T A \| YOUR BEST PARTNER | Reg. 5525218 July 24, 2018 Oct. 2, 2015 | Aug. 1, 2015 Aug. 1, 2015 | IC 039. US 100 105. G & S: passenger air transportation services; air |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | transportation of persons, property and mail; transportation of goods, passengers and travelers by air; air transportation services featuring a frequent flier bonus program; airport baggage check in services; airport passenger check in services; arranging travel as a bonus program for credit card users; delivery of goods by air and land; providing an on-line computer database in the field of travel information services and travel ticket reservations; providing flight arrival and departure information; online reservation and booking of seats for travel; providing travel information via the internet; provision of travel information; travel and transport information service. |
| DELTA EDGE | Reg. 4964549 May 24, 2016 Oct. 14, 2015 | June 30, 2014 June 30, 2014 | IC 035. US 100 101 102. G & S: Providing travel management services; Providing business and commercial information in the field of business travel |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|------|------|------|------|
|  |  |  | management and the business travel industry; Corporate travel management services; Sales management services in the field of air travel and air transportation; Preparation of business reports in the field of corporate travel management; Corporate travel management services, namely, providing report generation tools for planning, auditing, and tracking corporate travel expenses; and Providing an incentive award program for corporate travel customers through the issuance of bonus awards and service incentives for frequent corporate air travelers, namely, a specialized priority airline service with reservation services, enhanced airport ticketing processing, expedited call waiting procedures, and enhanced and expedited customer service responses for corporate |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | travel passengers.<br><br>IC 039. US 100 105. G & S: Air transportation services; Air transportation services featuring a frequent flier bonus program for corporate travel partners and corporate travelers; Providing premium air transportation services for corporate travel passengers, namely, specialized priority airline service with reservation services, providing automated check-in and ticketing services for air travelers, enhanced airport ticketing processing, enhanced booking of seats for travel, priority airport passenger check-in services, enhanced and expedited customer service responses for corporate passengers; Airport passenger check in services featuring a corporate check-in recognition program; Providing an on-line computer database in the |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | field of travel information services and travel ticket reservations; Travel services, namely, providing real-time monitoring in the nature of flight arrival and departure information, and rebooking services during irregular operation; Coordinating travel arrangements for individuals and for groups; On-line transportation reservation and travel ticket reservation services; Providing an on-line computer database in the field of travel information services; Providing an on-line searchable computer database featuring information on corporate travel management; and Providing a website featuring information on corporate travel. |
|  | Reg. 5418710 Mar. 6, 2018 Nov. 24, 2015 | Jan. 1, 2016 Jan. 1, 2016 | IC 035. US 100 101 102. G & S: Business management services, namely, aircraft management for others; Purchasing and procurement services |

18

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
|  |  |  | pertaining to aircraft, aircraft engines, and aircraft parts; On-line wholesale and retail store services featuring aircraft, aircraft engines and aircraft parts; retail services by direct solicitation by sales agents in the field of aircraft, aircraft engines and aircraft parts; sales promotion services; promoting the sale of aircraft and aircraft parts of others; providing sales leads for the aircraft, aircraft engines, and aircraft parts industry.<br><br>IC 036. US 100 101 102. G & S: Aircraft brokerage; Aircraft financing services; Formation, brokerage and management of interests in aircraft, aircraft engines, and aircraft parts.<br><br>IC 039. US 100 105. G & S: Air transportation services; Providing an online computer database in the field of air |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | transportation; Transport brokerage; Rental and leasing of aircraft, aircraft engines, and aircraft parts; distribution services, namely, delivery of aircraft parts. |
| DELTA EXECUTIVE INSIDER | Reg. 5770039 June 4, 2019 April 22, 2016 | Mar. 20, 2016 Mar. 20, 2016 | IC 009. US 021 023 026 036 038. G & S: Downloadable electronic newsletters in the field of air transportation and travel assistance; Downloadable educational course materials in the field of air transportation and travel assistance; Downloadable documents in the field of air transportation and travel assistance provided via a website; Downloadable mobile applications for making, changing, and viewing travel arrangements and reservations; Downloadable software in the nature of a mobile application for air transportation and travel arrangements.<br><br>IC 016. US 002 005 022 |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | 023 029 037 038 050. G & S: Printed seminar notes; Newsletters, brochures, and magazines in the field of air transportation and travel assistance.<br><br>IC 039. US 100 105. G & S: Providing a website featuring information in the field of air transportation and travel arrangements; Providing a website providing travel booking, travel information, and reservation services for air transportation; Providing an internet website portal featuring information in the field of air transportation and travel.<br><br>IC 041. US 100 101 107. G & S: Educational services, namely, conducting classes, seminars, conferences, lectures, teleseminars, teleclasses, and workshops in the field of air transportation and travel assistance and distribution of educational materials in |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|------|------|------|------|
|  |  |  | connection therewith; Educational services, namely, conducting classes, seminars, conferences, workshops in the field of air transportation and air travel and distribution of course materials in connection therewith in printed or electronic format; Providing education in the field of air transportation and travel assistance rendered through video conference; Arranging and conducting business seminars in the field of air transportation and travel assistance; Conducting workshops and seminars in the field of air transportation and travel assistance; Providing on-line training courses, seminars, workshops, and lectures in the field of travel assistance; On-line electronic newsletters delivered by e-mail in the field of air transportation and travel assistance; Providing online |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | newsletters in the field of air transportation and travel assistance; On-line journals, namely, blogs featuring air transportation and travel assistance; Providing a website featuring blogs and non-downloadable publications, namely, magazines, newsletters, training materials, articles, and brochures in the fields of air transportation and travel assistance; Educational and entertainment services, namely, a continuing program about air transportation and travel assistance accessible by means of audio, video, web-based applications, mobile phone applications, and computer networks. |
| DELTA FLIGHT PRODUCTS | Ser. 87075960 N/A June 17, 2016 | | IC 035. US 100 101 102. G & S: Business consultation services relating to supply chain analysis and regulation compliance in the field of aircraft and aviation; Supply chain management services for others in the |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|------|-----------------------------------|--------------------------------|--------------------|
|  |  |  | field of aircraft and aviation<br><br>IC 037. US 100 103 106. G & S: Repair, maintenance and modification of aircraft, aircraft parts and components; Information with relation to aircraft construction, repair and maintenance; Technical support services, namely, providing technical advice in the field of aircraft modification, repair and maintenance; Project management services for others in the field of aircraft modification, repair and maintenance<br><br>IC 040. US 100 103 106. G & S: Manufacture of aircraft parts, components, and modification kits to the order and/or specification of others; Contract manufacturing in the field of aircraft and air transportation; Manufacturing services for others in the field of aircraft parts, components, |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | and modification kits<br><br>IC 042. US 100 101. G & S: Design, analysis and technical services in the field of aviation and air transportation, namely, design of aircraft parts and components therefor; providing technical services in the nature of computer technology consulting services in the field of aviation and air transportation; Custom design of aircraft parts, components, and modification kits; Product development services for others; Regulatory certification-related services, namely, testing, analysis and evaluation of the aircraft parts, components, and modification kits of others to determine conformity with certification standards; Certification-related services, namely, testing, analysis, and evaluation for aircraft parts, components, and modification kits of others |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | to determine conformity with certification standards for aircraft and aviation; Regulatory certification-related services, namely, testing, analysis, and evaluation of the goods of others to determine conformity with certification standards for aircraft and aviation; Services related to the application and submission for regulatory certification, namely, testing, analysis, and evaluation of the aircraft and aviation goods of others for purposes of determining conformity with certification standards relating to aircraft and aviation; Regulatory certification-related services, namely, testing, analysis, and evaluation of aircraft parts, components, and modification kits of others in conformity with certification standards for aircraft and aviation; Consultation and research in the field of aerospace |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | engineering; Technology consultation and research in the field of aviation, aircraft, and air transportation; Industrial design services in the field of aircraft and aviation<br><br>IC 045. US 100 101. G & S: Tracking and monitoring regulatory requirements in the field of air transportation for regulatory compliance purposes; Regulatory compliance consulting in the field of aircraft and aviation |
| DELTA SKY CLUB | Ser. 87347436 N/A Feb. 23, 2017 | Apr. 15, 2009 Apr. 15, 2009 | IC 039. US 100 105. G & S: Air transportation services featuring transit lounge facilities for passenger relaxation; airport services featuring transit lounge facilities for passenger relaxation, including shower facilities; and providing premium air transportation services for elite passengers, namely, transit lounge facilities for passenger relaxation, specialized priority airline |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | service with reservation services, and providing enhanced and expedited customer service responses for elite passengers.<br><br>IC 043. US 100 101. G & S: Providing premium food and beverage services for air travelers in transit lounges; providing bar and cocktail lounge services and related amenities to air travelers in transit lounges; and providing conference and meeting room facilities for air travelers in transit lounges and airport terminals. |
| DELTA SKYWATCH | Ser. 87865925 N/A April 6, 2018 | | IC 009. US 021 023 026 036 038. G & S: Computer software for accessing information directories in the field of air travel that may be downloaded from the global computer network; Computer software, namely, software for monitoring of flight schedules, flight monitoring, weather monitoring, providing flight information; |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|------|-----------------------------------|--------------------------------|--------------------|
|      |                                   |                                | decision support software which provides real time weather alerts and proposes solutions by suggesting flight times based on weather forecasts; Computer software for managing travel-related activities from a mobile device, namely, software for accessing air traffic information and maps that may be downloaded from a global computer network, accessing flight information and reservations, and accessing weather reports and information; Downloadable mobile applications for monitoring the status of and providing information about flights, airports, air traffic, and weather; Downloadable software in the nature of a mobile application for providing flight, airport, air traffic, and weather information; Computer software for providing users access to RSS feeds, alerts, and |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|------|-----------------------------------|--------------------------------|--------------------|
|      |                                   |                                | notifications related to flights, weather, and air travel-related news; Computer software in the field of air travel, namely, software used to provide flight network performance, scheduling, operations, and weather information, news, and statistics; Software used for providing weather information related to flights<br><br>IC 039. US 100 105. G & S: Providing travel information about flights, airports, and air traffic via the global computer network; Providing flight arrival and departure information; Providing a website featuring flight arrival and departure information; Providing an on-line computer database in the field of air travel; Providing a website featuring information in the field of air transportation; Tracking and monitoring flight and airport information, |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|------|-----------------------------------|----------------------------------|---------------------|
|      |                                   |                                  | namely, providing transportation information for others; flight transportation information services, namely, providing flight, air traffic, and air traffic control information in the field of travel; providing information to third parties regarding air traffic control; travel information services provided electronically by means of a global computer network; air travel and flight transportation information provided via RSS feed; Providing transportation information about flights, airports, and air traffic via real-time social media stream; Providing transportation information via e-mail notification alerts, namely, aggregated flight transportation and air travel advisory information; Providing performance, operations, and scheduling information, namely, providing transportation |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | information relating to air travel, air traffic, and flights; Providing performance, operations, and scheduling information, namely, providing transportation information relating to air travel, air traffic, and flights at specific airports; Providing performance, operations, and scheduling information, namely, providing transportation information relating to air travel, air traffic, and flights in specific cities; Providing air travel information based on the known or estimated geographical location of an Internet, mobile telephone or other wired or wireless digital network<br><br>IC 042. US 100 101. G & S: Providing weather information via the global computer network; Tracking and monitoring of weather information for others, namely, weather reporting; Providing weather information to |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
|  |  |  | travelers; Providing weather information via real-time social media stream; Providing weather advisory information; Providing aggregated weather information via e-mail notification alerts; Providing weather information; Providing a website featuring weather information; weather information services related to air travel and impact on flight performance, operations, and scheduling; Providing software as a service featuring software for accessing information directories in the field of air travel that may be downloaded from the global computer network; Providing online, non-downloadable software for monitoring of flight schedules, flight monitoring, weather monitoring, and providing flight information; Providing online, non-downloadable software for providing users with |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|------|-----------------------------------|---------------------------------|--------------------|
|      |                                   |                                 | access to RSS feeds, alerts, and notifications related to flights, weather, and air travel-related news; Providing decision support software as a service featuring software which provides real time weather alerts and proposes solutions by suggesting flight times based on weather forecasts; Providing software as a service featuring software for managing travel-related activities from a mobile device, namely, for accessing air traffic information and maps that may be downloaded from a global computer network, accessing flight information and reservations, and accessing weather reports and information; Providing online, non-downloadable software for monitoring the status of and providing information about flights, airports, air traffic, and weather; Providing software as a service |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | featuring software for providing information in the field of air travel, namely, for providing flight network performance, scheduling, operations, and weather information, news, and statistics |
| DELTA BIOMETRICS | Reg. 5801657 July 9, 2019 April 21, 2018 | Mar. 26, 2018 Mar. 26, 2018 | IC 035. US 100 101 102. G & S: Business services, namely, administration of a program for enabling elite passenger participants who use biometric identification technology to receive enhanced and expedited services in the fields of air transportation services, airport services featuring transit lounge facilities for passenger relaxation, and airline check in and boarding services.<br><br>IC 039. US 100 105. G & S: Air transportation of biometrically identified passengers; Airport services for biometrically identified passengers; Airport services featuring transit lounge facilities for |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | relaxation of biometrically identified passengers; Transportation reservation services for biometrically identified passengers; Reservation and booking of seats for air travel for biometrically identified passengers. |
| DELTA PROFESSIONAL SERVICES | Ser. 88190340 N/A Nov. 12, 2018 | | IC 041. US 100 101 107. G & S: Vocational education in the fields of aviation operations, airline operations, and pilot training; training services in the field of aviation; educational services, namely, conducting classes, seminars, conferences, workshops, retreats, camps and field trips in the field of aviation; educational services, namely, conducting classes, seminars, conferences, workshops, retreats, camps and field trips in the field of aviation and distribution of training material in connection therewith; leadership development training in the field of aviation; training in the |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|---|---|---|---|
| | | | use and operation of aircraft and consultation relating thereto; providing facilities for aviation, airline, and pilot training; educational services, namely, providing training of pilots for certification in the field of aviation; education services, namely, providing career re-training in the form of classes, seminars, conferences, workshops, retreats, camps and field trips in the field of aviation; business training in the field of aviation, airlines, and piloting aircraft; educational services, namely, conducting programs in the field of aviation; vocational education in the field of aviation |
| DELTA MILESTONE AWARD | Ser. 88207267 N/A Nov. 27, 2018 | | IC 035. US 100 101 102. G & S: Providing an incentive award program for customers through the issuance of awards for air travel; Business administration of frequent flyer programs; Consumer loyalty services for |

| Mark | Reg./Ser. No. Reg. Date App. Date | First Use First Use in Commerce | Class and Services |
|------|-----------------------------------|--------------------------------|---------------------|
|      |                                   |                                | commercial, promotional, and/or advertising purposes, namely, administration of a program that allows members to obtain awards for air travel<br><br>IC 039. US 100 105. G & S: Passenger air transportation services featuring a program of bonus awards for frequent travelers; Air transportation services featuring a program for bonus awards and incentives for frequent air travel; Air transportation services featuring a frequent flyer bonus program |