# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., *Plaintiff and Counterclaim Defendant,* v. MARRIOTT INTERNATIONAL, INC., *Defendant and Counterclaim Plaintiff,* and MARRIOTT WORLDWIDE CORPORATION, *Counterclaim Plaintiff.* | C.A. No. 1:20-CV-01125 (ELR) |

## CERTIFICATE OF SERVICE

Counsel for Defendant and Counterclaim Plaintiff Marriott International, Inc. and Counterclaim Plaintiff Marriott Worldwide Corporation (individually and collectively "Marriott"), hereby certifies that on October 6, 2020, a copy of the Document Subpoena of Delta Faucet Company was served by electronic mail to all attorneys of record for Plaintiff and Counterclaim Defendant.

-1-

Counsel for Marriott also certifies that the Document Subpoena of Delta Faucet Company was served on Delta Faucet Company c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204 on October 7, 2020.

/s/ *Virginia L. Carron*
Virginia L. Carron (Ga. Bar No. 112770)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
271 17th Street, NW, Suite 1400
Atlanta, Georgia 30363
Telephone: (404) 653-6452
Fax: (404) 653-6444
Email: virginia.carron@finnegan.com

Danny M. Awdeh (admitted *pro hac vice*)
Douglas A. Rettew (admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202)-408-4000
Fax: (202) 408-4444
Email: danny.awdeh@finnegan.com
Email: doug.rettew@finnegan.com

Morgan E. Smith (admitted *pro hac vice*)
Benjamin F. Tookey (*pro hac vice* pending)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.

3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Fax: (650) 849-6666
Email: morgan.smith@finnegan.com
Email: benjamin.tookey@finnegan.com

*Attorneys for Defendant and Counterclaim Plaintiff Marriott International, Inc. and Counterclaim Plaintiff Marriott Worldwide Corporation*

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Delta Air Lines, Inc.

                       Plaintiff

Civil Action No.: 1:20-CV-01125-SCJ

                         vs.

Marriott International Inc., et al.

                       Defendant(s)

## AFFIDAVIT OF SERVICE

I, Daniel Eberle, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter dated October 7, 2020, Exhibit 1: Subpoena Duces Tecum with Schedule A, and First Amended Complaint with Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/07/2020 at 1:50 PM, I served Delta Faucet Company c/o CT Corporation System, Registered Agent at 334 North Senate Avenue, Indianapolis, Indiana 46204 with the Letter dated October 7, 2020, Exhibit 1: Subpoena Duces Tecum with Schedule A, and First Amended Complaint with Exhibit A by serving Patrick Jones, Agent, authorized to accept service on behalf of CT Corporation System.

Patrick Jones is described herein as:

Gender: Male   Race/Skin: White   Age: 38   Weight: 175   Height: 5'9"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

10-8-20
Executed On



Daniel Eberle

Client Ref Number: 10620.8056
Job #: 1582191

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Delta Air Lines, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:20-CV-01125-SCJ |
| Marriott International, Inc., and ) | |
| Marriott Worldwide Corporation ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Delta Faucet Company

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

| Place: Dentons Bingham Greenebaum LLP<br>2700 Market Tower, 10 West Street<br>Indianapolis, IN 46205 | Date and Time:<br>11/06/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/07/2020

*CLERK OF COURT*

OR

_____        /s/ Virginia L. Carron
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Marriott International, Inc., and Marriott Worldwide Corporation, who issues or requests this subpoena, are:
Virginia L. Carron; 271 17th Street, NW, Suite 1400, Atlanta, GA; virginia.carron@finnegan.com; 404-653-6452

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).