**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DELTA AIR LINES, INC.,<br><br>Plaintiff and<br>Counterclaim Defendant,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>Defendant and<br>Counterclaim Plaintiff,<br><br>and MARRIOTT WORLDWIDE CORPORATION,<br><br>Counterclaim Plaintiff. | CIVIL ACTION FILE<br>NO. 1:20-CV-01125-ELR |

**DECLARATION OF MORGAN E. SMITH IN SUPPORT OF MARRIOTT'S OPPOSITION TO DELTA AIR LINES, INC.'S MOTION TO EXCLUDE ANY TESTIMONY, ARGUMENT OR EVIDENCE REGARDING CERTAIN PORTIONS OF THE EXPERT REPORTS OF JOHN G. PLUMPE**

I, Morgan E. Smith, declare as follows:

1. I am a partner at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, and I am counsel for Defendant and Counterclaim Plaintiff Marriott International, Inc. and Counterclaim Plaintiff Marriott Worldwide Corporation (collectively, "Marriott") in the above-captioned action. I make this declaration in support of Marriott's Opposition to Delta Air Lines, Inc.'s ("DAL") Motion to Exclude Any Testimony, Argument or Evidence Regarding Certain Portions of the Expert Reports of John G. Plumpe. I have personal knowledge of the facts set forth in this declaration and could competently testify to them if called as a witness.

2. Attached as **Exhibit 1** is a true and correct copy of Marriott's Fourth Supplemental Objections and Responses to DAL's Second Set of Interrogatories dated February 3, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of John G. Plumpe (Dkt. 434-15.)

4. Attached as **Exhibit 3** is a true and correct copy of a document produced by Marriott beginning with Bates No. MARRIOTT0061044, which is a Marriott Hotel Development Committee memorandum related to a potential DELTA HOTELS property. Marriott produced over 80 Hotel Development Committee memoranda regarding other potential DELTA HOTEL properties. Those documents

begin with the following beginning Bates Nos.:

| | | |
|---|---|---|
| MARRIOTT0539689 | MARRIOTT0538835 | MARRIOTT0539681 |
| MARRIOTT0539011 | MARRIOTT0539551 | MARRIOTT0538904 |
| MARRIOTT0539387 | MARRIOTT0539187 | MARRIOTT0539532 |
| MARRIOTT0539162 | MARRIOTT0539275 | MARRIOTT0539592 |
| MARRIOTT0539296 | MARRIOTT0539697 | MARRIOTT0539467 |
| MARRIOTT0539349 | MARRIOTT0539518 | MARRIOTT0539082 |
| MARRIOTT0539659 | MARRIOTT0539666 | MARRIOTT0539229 |
| MARRIOTT0538813 | MARRIOTT0539304 | MARRIOTT0539615 |
| MARRIOTT0539098 | MARRIOTT0539442 | MARRIOTT0538846 |
| MARRIOTT0539584 | MARRIOTT0538838 | MARRIOTT0538946 |
| MARRIOTT0538968 | MARRIOTT0539635 | MARRIOTT0539133 |
| MARRIOTT0539356 | MARRIOTT0539237 | MARRIOTT0539459 |
| MARRIOTT0539207 | MARRIOTT0539559 | MARRIOTT0539476 |
| MARRIOTT0540646 | MARRIOTT0539415 | MARRIOTT0539256 |
| MARRIOTT0539320 | MARRIOTT0538877 | MARRIOTT0539505 |
| MARRIOTT0539510 | MARRIOTT0538854 | MARRIOTT0539383 |
| MARRIOTT0539114 | MARRIOTT0538991 | MARRIOTT0539056 |
| MARRIOTT0539035 | MARRIOTT0539328 | MARRIOTT0538930 |
| MARRIOTT0539450 | MARRIOTT0538922 | MARRIOTT0539141 |
| MARRIOTT0539090 | MARRIOTT0539106 | MARRIOTT0539484 |
| MARRIOTT0539492 | MARRIOTT0539375 | MARRIOTT0539312 |
| MARRIOTT0539027 | MARRIOTT0539522 | MARRIOTT0539019 |
| MARRIOTT0543193 | MARRIOTT0543201 | MARRIOTT0543209 |
| MARRIOTT0543218 | MARRIOTT0543226 | MARRIOTT0540726 |
| MARRIOTT0540554 | MARRIOTT0540562 | MARRIOTT0540570 |

| | | |
|---|---|---|
| MARRIOTT0540593 | MARRIOTT0540601 | MARRIOTT0540604 |
| MARRIOTT0540627 | MARRIOTT0540635 | MARRIOTT0540654 |
| MARRIOTT0540673 | MARRIOTT0540693 | MARRIOTT0540701 |

DAL did not ask any Marriott witnesses about any of these documents during fact discovery, including Marriott's corporate designee on the breach of contract claim.

5. Attached as **Exhibit 4** is a true and correct copy of a document produced by Marriott beginning with Bates No. MARRIOTT0206579.

6. Attached as **Exhibit 5** is a true and correct copy of a document produced by Marriott beginning with Bates No. MARRIOTT0206538.

7. Attached as **Exhibit 6** is a true and correct copy of a document produced by Marriott beginning with Bates No. MARRIOTT0206535.

8. Attached as **Exhibit 7** is a true and correct copy of a document produced by Marriott beginning with Bates No. MARRIOTT0206586.

9. Attached as **Exhibit 8** is a true and correct copy of a document produced by Marriott beginning with Bates No. MARRIOTT0557130.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the deposition transcript of Julie Davis.

11. Attached as **Exhibit 10** is a true and correct copy of the Declaration of Julie L. Davis in Support of Plaintiffs' Motion for Preliminary Injunction dated April

21, 2008, from the case captioned *Hologic, Inc. et al. v. Senorx, Inc.*, Case No. C08-00133-RMW-(RS) (N.D. Cal.).

12. Attached as **Exhibit 11** is a true and correct copy of the Declaration of Julie Davis in Support of Novozymes' Oppositions to Plaintiffs' Motions for Permanent Injunctive Relief, an Enhanced Royalty on Post-Judgment Sales, Supplemental Damages, Prejudgment Interest, and Post-Judgment Interest dated December 18, 2017, from the case captioned *U.S. Water Services, Inc. v. Novozymes A/S*, Case No. 3:13-cv-00864-jdp (W.D. Wis.).

13. Attached as **Exhibit 12** is a true and correct copy of DAL's Deposition Exhibit No. 752, which was introduced during the deposition of John G. Plumpe.

14. Attached as **Exhibit 13** is a true and correct copy of DAL's Deposition Exhibit No. 755, which was introduced during the deposition of John G. Plumpe.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the following corporate finance textbook: Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 10th Ed., 2011.

16. Attached as **Exhibit 15** is a true and correct copy of excerpts from the deposition transcript of Noah Silverman (Dkt. 434-11).

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. Executed this 4th day of August 2023 in San Jose, California.

*/s/ Morgan Smith*
Morgan Smith

**CERTIFICATE OF SERVICE AND COMPLIANCE**

Counsel for Defendant and Counterclaim Plaintiff Marriott International, Inc. and Counterclaim Plaintiff Marriott Worldwide Corporation (together, "Marriott") hereby certify that on August 4, 2023, the foregoing DECLARATION OF MORGAN E. SMITH IN SUPPORT OF MARRIOTT'S OPPOSITION TO DELTA AIR LINES, INC.'S MOTION TO EXCLUDE ANY TESTIMONY, ARGUMENT OR EVIDENCE REGARDING CERTAIN PORTIONS OF THE EXPERT REPORTS OF JOHN G. PLUMPE was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record, and unredacted copies have been served upon all attorneys of record via e-mail.

Pursuant to Local Rule 7.1(D), counsel for Marriott certifies that the foregoing was prepared in 14-point Times New Roman font and otherwise conforms to the requirements of Local Rule 5.1.

/s/ *Virginia L. Carron*
Virginia L. Carron (Ga. Bar No. 112770)