# EXHIBIT 14

BREALEY MYERS ALLEN

# Principles *of* Corporate Finance

TENTH EDITION



confirming pages
END.042.001.0013_002

# Principles *of* Corporate Finance

## THE MCGRAW-HILL/IRWIN SERIES IN FINANCE, INSURANCE, AND REAL ESTATE

Stephen A. Ross, Franco Modigliani Professor of Finance and Economics, Sloan School of Management, Massachusetts Institute of Technology, Consulting Editor

### Financial Management

**Adair**
*Excel Applications for Corporate Finance*
*First Edition*

**Block, Hirt, and Danielsen**
*Foundations of Financial Management*
*Thirteenth Edition*

**Brealey, Myers, and Allen**
*Principles of Corporate Finance*
*Tenth Edition*

**Brealey, Myers, and Allen**
*Principles of Corporate Finance, Concise*
*Second Edition*

**Brealey, Myers, and Marcus**
*Fundamentals of Corporate Finance*
*Sixth Edition*

**Brooks**
*FinGame Online 5.0*

**Bruner**
*Case Studies in Finance: Managing for Corporate Value Creation*
*Sixth Edition*

**Chew**
*The New Corporate Finance: Where Theory Meets Practice*
*Third Edition*

**Cornett, Adair, and Nofsinger**
*Finance: Applications and Theory*
*First Edition*

**DeMello**
*Cases in Finance*
*Second Edition*

**Grinblatt (editor)**
*Stephen A. Ross, Mentor: Influence through Generations*

**Grinblatt and Titman**
*Financial Markets and Corporate Strategy*
*Second Edition*

**Higgins**
*Analysis for Financial Management*
*Ninth Edition*

**Kellison**
*Theory of Interest*
*Third Edition*

**Kester, Ruback, and Tufano**
*Case Problems in Finance*
*Twelfth Edition*

**Ross, Westerfield, and Jaffe**
*Corporate Finance*
*Ninth Edition*

**Ross, Westerfield, Jaffe, and Jordan**
*Corporate Finance: Core Principles and Applications*
*Second Edition*

**Ross, Westerfield, and Jordan**
*Essentials of Corporate Finance*
*Seventh Edition*

**Ross, Westerfield, and Jordan**
*Fundamentals of Corporate Finance*
*Ninth Edition*

**Shefrin**
*Behavioral Corporate Finance: Decisions That Create Value*
*First Edition*

**White**
*Financial Analysis with an Electronic Calculator*
*Sixth Edition*

### Investments

**Bodie, Kane, and Marcus**
*Essentials of Investments*
*Eighth Edition*

**Bodie, Kane, and Marcus**
*Investments*
*Eighth Edition*

**Hirt and Block**
*Fundamentals of Investment Management*
*Ninth Edition*

**Hirschey and Nofsinger**
*Investments: Analysis and Behavior*
*Second Edition*

**Jordan and Miller**
*Fundamentals of Investments: Valuation and Management*
*Fifth Edition*

**Stewart, Piros, and Heisler**
*Running Money: Professional Portfolio Management*
*First Edition*

**Sundaram and Das**
*Derivatives: Principles and Practice*
*First Edition*

### Financial Institutions and Markets

**Rose and Hudgins**
*Bank Management and Financial Services*
*Eighth Edition*

**Rose and Marquis**
*Money and Capital Markets: Financial Institutions and Instruments in a Global Marketplace*
*Tenth Edition*

**Saunders and Cornett**
*Financial Institutions Management: A Risk Management Approach*
*Seventh Edition*

**Saunders and Cornett**
*Financial Markets and Institutions*
*Fourth Edition*

### International Finance

**Eun and Resnick**
*International Financial Management*
*Fifth Edition*

**Kuemmerle**
*Case Studies in International Entrepreneurship: Managing and Financing Ventures in the Global Economy*
*First Edition*

**Robin**
*International Corporate Finance*
*First Edition*

### Real Estate

**Brueggeman and Fisher**
*Real Estate Finance and Investments*
*Fourteenth Edition*

**Ling and Archer**
*Real Estate Principles: A Value Approach*
*Third Edition*

### Financial Planning and Insurance

**Allen, Melone, Rosenbloom, and Mahoney**
*Retirement Plans: 401(k)s, IRAs, and Other Deferred Compensation Approaches*
*Tenth Edition*

**Altfest**
*Personal Financial Planning*
*First Edition*

**Harrington and Niehaus**
*Risk Management and Insurance*
*Second Edition*

**Kapoor, Dlabay, and Hughes**
*Focus on Personal Finance: An Active Approach to Help You Develop Successful Financial Skills*
*Third Edition*

**Kapoor, Dlabay, and Hughes**
*Personal Finance*
*Ninth Edition*

confirming pages
END.042.001.0013_004

# Principles *of* Corporate Finance

TENTH EDITION

**Richard A. Brealey**
*Professor of Finance*
*London Business School*

**Stewart C. Myers**
*Robert C. Merton (1970) Professor of Finance*
*Sloan School of Management*
*Massachusetts Institute of Technology*

**Franklin Allen**
*Nippon Life Professor of Finance*
*The Wharton School*
*University of Pennsylvania*

McGraw-Hill Irwin

confirming pages
END.042.001.0013_005

The McGraw·Hill Companies

McGraw-Hill Irwin

PRINCIPLES OF CORPORATE FINANCE

Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2011, 2008, 2006, 2003, 2000, 1996, 1991, 1988, 1984, 1980 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 1 0 9 8 7 6 5 4 3 2 1 0

ISBN 978-0-07-353073-4
MHID 0-07-353073-5

Vice president and editor-in-chief: *Brent Gordon*
Publisher: *Douglas Reiner*
Executive editor: *Michele Janicek*
Director of development: *Ann Torbert*
Senior development editor: *Christina Kouvelis*
Development editor II: *Karen L. Fisher*
Vice president and director of marketing: *Robin J. Zwettler*
Marketing director: *Rhonda Seelinger*
Senior marketing manager: *Melissa S. Caughlin*
Vice president of editing, design, and production: *Sesha Bolisetty*
Managing editor: *Lori Koetters*
Lead production supervisor: *Michael R. McCormick*
Interior and cover design: *Laurie J. Entringer*
Senior media project manager: *Susan Lombardi*
Cover image: © *Jupiter Images Corporation*
Typeface: *10/12 Garamond BE Regular*
Compositor: *Laserwords Private Limited*
Printer: *R. R. Donnelley*

**Library of Congress Cataloging-in-Publication Data**

Brealey, Richard A.
Principles of corporate finance / Richard A. Brealey, Stewart C. Myers, Franklin Allen.—10th ed.
p. cm.—(The McGraw-Hill/Irwin series in finance, insurance, and real estate)
Includes index.
ISBN-13: 978-0-07-353073-4 (alk. paper)
ISBN-10: 0-07-353073-5 (alk. paper)
1. Corporations—Finance. I. Myers, Stewart C. II. Allen, Franklin, 1956-III. Title.
HG4026.B667 2011
658.15—dc22 2009048209

www.mhhe.com

*To Our Parents*

# About the Authors



## Richard A. Brealey

Professor of Finance at the London Business School.
He is the former president of the European Finance Association and a former director of the American Finance Association. He is a fellow of the British Academy and has served as a special adviser to the Governor of the Bank of England and director of a number of financial institutions. Other books written by Professor Brealey include *Introduction to Risk and Return from Common Stocks.*

## Stewart C. Myers

Robert C. Merton (1970) Professor of Finance at MIT's Sloan School of Management. He is past president of the American Finance Association and a research associate of the National Bureau of Economic Research. His research has focused on financing decisions, valuation methods, the cost of capital, and financial aspects of government regulation of business. Dr. Myers is a director of Entergy Corporation and The Brattle Group, Inc. He is active as a financial consultant.

## Franklin Allen

Nippon Life Professor of Finance at the Wharton School of the University of Pennsylvania. He is past president of the American Finance Association, Western Finance Association, and Society for Financial Studies. His research has focused on financial innovation, asset price bubbles, comparing financial systems, and financial crises. He is a scientific adviser at Sveriges Riksbank (Sweden's central bank).

# Preface

This book describes the theory and practice of corporate finance. We hardly need to explain why financial managers have to master the practical aspects of their job, but we should spell out why down-to-earth managers need to bother with theory.

Managers learn from experience how to cope with routine problems. But the best managers are also able to respond to change. To do so you need more than time-honored rules of thumb; you must understand *why* companies and financial markets behave the way they do. In other words, you need a *theory* of finance.

Does that sound intimidating? It shouldn't. Good theory helps you to grasp what is going on in the world around you. It helps you to ask the right questions when times change and new problems need to be analyzed. It also tells you which things you do *not* need to worry about. Throughout this book we show how managers use financial theory to solve practical problems.

Of course, the theory presented in this book is not perfect and complete—no theory is. There are some famous controversies where financial economists cannot agree. We have not glossed over these disagreements. We set out the arguments for each side and tell you where we stand.

Much of this book is concerned with understanding what financial managers do and why. But we also say what financial managers *should* do to increase company value. Where theory suggests that financial managers are making mistakes, we say so, while admitting that there may be hidden reasons for their actions. In brief, we have tried to be fair but to pull no punches.

This book may be your first view of the world of modern finance theory. If so, you will read first for new ideas, for an understanding of how finance theory translates into practice, and occasionally, we hope, for entertainment. But eventually you will be in a position to make financial decisions, not just study them. At that point you can turn to this book as a reference and guide.

## Changes in the Tenth Edition

We are proud of the success of previous editions of *Principles*, and we have done our best to make the tenth edition even better.

What is new in the tenth edition? First, we have rewritten and refreshed several basic chapters. Content remains much the same, but we think that the revised chapters are simpler and flow better. These chapters also contain more **real-world examples**.

- **Chapter 1** is now titled "Goals and Governance of the Firm." We introduce financial management by recent examples of capital investment and financing decisions by several well-known corporations. We explain why value maximization makes sense as a financial objective. Finally, we look at why good governance and incentive systems are needed to encourage managers and employees to work together to increase firm value and to behave ethically.
- **Chapter 2** combines Chapters 2 and 3 from the ninth edition. It goes directly into how present values are calculated. We think that it is better organized and easier to understand in its new presentation.
- **Chapter 3** introduces bond valuation. The material here has been reordered and simplified. The chapter focuses on default-free bonds, but also includes an introduction to corporate debt and default risk. (We discuss corporate debt and default risk in more detail in Chapter 23.)
- Short-term and long-term financial planning are now combined in **Chapter 29**. We decided that covering financial planning in two chapters was awkward and inefficient.
- **Chapter 28** is now devoted entirely to financial analysis, which should be more convenient to instructors who wish to assign this topic early in their courses. We explain how the financial statements and ratios help to reveal the value, profitability, efficiency, and financial strength of a real company (Lowe's).

The **credit crisis** that started in 2007 dramatically demonstrated the importance of a well-functioning financial system and the problems that occur when it ceases to function properly. Some have suggested that the crisis disproved the lessons of modern finance. On the contrary, we believe that it was a wake-up call—a call to remember basic principles, including the importance of good systems of governance, proper

management incentives, sensible capital structures, and effective risk management.

We have added **examples and discussion of the crisis throughout the book**, starting in Chapter 1 with a discussion of agency costs and the importance of good governance. Other chapters have required significant revision as a result of the crisis. These include **Chapter 12**, which discusses executive compensation; **Chapter 13**, where the review of market efficiency includes an expanded discussion of asset price bubbles; **Chapter 14**, where the section on financial institutions covers the causes and progress of the crisis; **Chapter 23**, where we discuss the AIG debacle; and **Chapter 30**, where we note the effect of the crisis on money-market mutual funds.

The first edition of this book appeared in 1981. Basic principles are the same now as then, but the last three decades have also generated important changes in theory and practice. Research in finance has focused less on what financial managers should do, and more on understanding and interpreting what they do in practice. In other words, finance has become more positive and less normative. For example, we now have careful surveys of firms' capital investment practices and payout and financing policies. We review these surveys and look at how they cast light on competing theories.

Many financial decisions seem less clear-cut than they were 20 or 30 years ago. It no longer makes sense to ask whether high payouts are always good or always bad, or whether companies should always borrow less or more. The right answer is, "It depends." Therefore we set out pros and cons of different policies. We ask "What questions should the financial manager ask when setting financial policy?" You will, for example, see this shift in emphasis when we discuss payout decisions in **Chapter 16**.

This edition builds on other changes from earlier editions. We recognize that financial managers work more than ever in an international environment and therefore need to be familiar with international differences in financial management and in financial markets and institutions. **Chapters 27** (Managing International Risks) **and 33** (Governance and Corporate Control around the World) **are exclusively devoted to international issues**. We have also found more and more opportunities in other chapters to draw cross-border comparisons or use non-U.S. examples. We hope that this material will both provide a better understanding of the wider financial environment and be useful to our many readers around the world.

As every first-grader knows, it is easier to add than to subtract. To make way for new topics we have needed to make some judicious pruning. We will not tell you where we have cut out material, because we hope that the deletions will be invisible.

## Making Learning Easier

Each chapter of the book includes an introductory preview, a summary, and an annotated list of suggested further reading. The list of possible candidates for further reading is now voluminous. Rather than trying to list every important article, we have largely listed survey articles or general books. More specific references have been moved to footnotes.

Each chapter is followed by a set of **basic questions, intermediate questions** on both numerical and conceptual topics, and a few **challenge questions**. Answers to the odd-numbered basic questions appear in an appendix at the end of the book.

We have added a **Real-Time Data Analysis** section to chapters where it makes sense to do so. This section now houses some of the Web Projects you have seen in the previous edition, along with new Data Analysis problems. These exercises seek to familiarize the reader with some useful Web sites and to explain how to download and process data from the Web. Many of the Data Analysis problems use financial data that the reader can download from **Standard & Poor's Educational Version of Market Insight**, an exclusive partnership with McGraw-Hill.

The book also contains 10 end-of-chapter **mini-cases**. These include specific questions to guide the case analyses. Answers to the mini-cases are available to instructors on the book's Web site.

Spreadsheet programs such as **Excel** are tailor-made for many financial calculations. Several chapters now include boxes that introduce **the most useful financial functions** and provide some short practice questions. We show how to use the Excel function key to locate the function and then enter the data. We think that this approach is much simpler than trying to remember the formula for each function.

Many tables in the text appear as spreadsheets. In these cases an equivalent "live" spreadsheet appears on the book's Web site. Readers can use these live spreadsheets to understand better the calculations behind the table and to see the effects of changing the underlying data. We have also linked end-of-chapter questions to the spreadsheets.

We conclude the book with a glossary of financial terms.

The 34 chapters in this book are divided into 11 parts. Parts 1 to 3 cover valuation and capital investment decisions, including portfolio theory, asset

pricing models, and the cost of capital. Parts 4 to 8 cover payout policy, capital structure, options (including real options), corporate debt, and risk management. Part 9 covers financial analysis, planning, and working-capital management. Part 10 covers mergers and acquisitions, corporate restructuring, and corporate governance around the world. Part 11 concludes.

We realize that instructors will wish to select topics and may prefer a different sequence. We have therefore written chapters so that topics can be introduced in several logical orders. For example, there should be no difficulty in reading the chapters on financial analysis and planning before the chapters on valuation and capital investment.

## Acknowledgments

We have a long list of people to thank for their helpful criticism of earlier editions and for assistance in preparing this one. They include Faiza Arshad, Aleijda de Cazenove Balsan, Kedran Garrison, Robert Pindyck, Sara Salem, and Gretchen Slemmons at MIT; Elroy Dimson, Paul Marsh, Mike Staunton, and Stefania Uccheddu at London Business School; Lynda Borucki, Michael Barhum, Marjorie Fischer, Larry Kolbe, Michael Vilbert, Bente Villadsen, and Fiona Wang at The Brattle Group, Inc.; Alex Triantis at the University of Maryland; Adam Kolasinski at the University of Washington; Simon Gervais at Duke University; Michael Chui at The Bank for International Settlements; Pedro Matos at the University of Southern California; Yupana Wiwattanakantang at Hitotsubashi University; Nickolay Gantchev, Tina Horowitz, and Chenying Zhang at the University of Pennsylvania; Julie Wulf at Harvard University; Jinghua Yan at Tykhe Capital; Roger Stein at Moody's Investor Service; Bennett Stewart at EVA Dimensions; and James Matthews at Towers Perrin.

We want to express our appreciation to those instructors whose insightful comments and suggestions were invaluable to us during the revision process:

Neyaz Ahmed *University of Maryland*
Anne Anderson *Lehigh University*
Noyan Arsen *Koc University*
Anders Axvarn *Gothenburg University*
Jan Bartholdy *ASB, Denmark*
Penny Belk *Loughborough University*
Omar Benkato *Ball State University*
Eric Benrud *University of Baltimore*
Peter Berman *University of New Haven*
Tom Boulton *Miami University of Ohio*
Edward Boyer *Temple University*
Alon Brav *Duke University*
Jean Canil *University of Adelaide*
Celtin Ciner *University of North Carolina, Wilmington*
John Cooney *Texas Tech University*
Charles Cuny *Washington University, St. Louis*
John Davenport *Regent University*
Ray DeGennaro *University of Tennessee, Knoxville*
Adri DeRidder *Gotland University*
William Dimovski *Deakin University, Melbourne*
David Ding *Nanyang Technological University*
Robert Duvic *University of Texas at Austin*
Alex Edmans *University of Pennsylvania*
Susan Edwards *Grand Valley State University*
Robert Everett *Johns Hopkins University*
Frank Flanegin *Robert Morris University*
Zsuzanna Fluck *Michigan State University*
Connel Fullenkamp *Duke University*
Mark Garmaise *University of California, Los Angeles*
Sharon Garrison *University of Arizona*
Christopher Geczy *University of Pennsylvania*
George Geis *University of Virginia*
Stuart Gillan *University of Delaware*
Felix Goltz *Edhec Business School*
Ning Gong *Melbourne Business School*
Levon Goukasian *Pepperdine University*
Gary Gray *Pennsylvania State University*
C. J. Green *Loughborough University*
Mark Griffiths *Thunderbird, American School of International Management*
Re-Jin Guo *University of Illinois, Chicago*
Ann Hackert *Idaho State University*
Winfried Hallerbach *Erasmus University, Rotterdam*
Milton Harris *University of Chicago*
Mary Hartman *Bentley College*
Glenn Henderson *University of Cincinnati*
Donna Hitscherich *Columbia University*
Ronald Hoffmeister *Arizona State University*
James Howard *University of Maryland, College Park*
George Jabbour *George Washington University*
Ravi Jagannathan *Northwestern University*
Abu Jalal *Suffolk University*
Nancy Jay *Mercer University*
Kathleen Kahle *University of Arizona*
Jarl Kallberg *NYU, Stern School of Business*
Ron Kaniel *Duke University*
Steve Kaplan *University of Chicago*
Arif Khurshed *Manchester Business School*
Ken Kim *University of Wisconsin, Milwaukee*
C. R. Krishnaswamy *Western Michigan University*
George Kutner *Marquette University*
Dirk Laschanzky *University of Iowa*
David Lins *University of Illinois, Urbana*

David Lovatt *University of East Anglia*
Debbie Lucas *Northwestern University*
Brian Lucey *Trinity College, Dublin*
Suren Mansinghka *University of California, Irvine*
Ernst Maug *Mannheim University*
George McCabe *University of Nebraska*
Eric McLaughlin *California State University, Pomona*
Joe Messina *San Francisco State University*
Dag Michalson *Bl, Oslo*
Franklin Michello *Middle Tennessee State University*
Peter Moles *University of Edinburgh*
Katherine Morgan *Columbia University*
Darshana Palkar *Minnesota State University, Mankato*
Claus Parum *Copenhagen Business School*
Dilip Patro *Rutgers University*
John Percival *University of Pennsylvania*
Birsel Pirim *University of Illinois, Urbana*
Latha Ramchand *University of Houston*
Rathin Rathinasamy *Ball State University*
Raghavendra Rau *Purdue University*
Joshua Raugh *University of Chicago*
Charu Reheja *Wake Forest University*
Thomas Rhee *California State University, Long Beach*
Tom Rietz *University of Iowa*
Robert Ritchey *Texas Tech University*
Michael Roberts *University of Pennsylvania*
Mo Rodriguez *Texas Christian University*
John Rozycki *Drake University*
Frank Ryan *San Diego State University*
Marc Schauten *Eramus University*
Brad Scott *Webster University*
Nejat Seyhun *University of Michigan*
Jay Shanken *Emory University*
Chander Shekhar *University of Melbourne*
Hamid Shomali *Golden Gate University*
Richard Simonds *Michigan State University*
Bernell Stone *Brigham Young University*
John Strong *College of William & Mary*
Avanidhar Subrahmanyam *University of California, Los Angeles*
Tim Sullivan *Bentley College*
Shrinivasan Sundaram *Ball State University*
Chu-Sheng Tai *Texas Southern University*
Stephen Todd *Loyola University, Chicago*
Walter Torous *University of California, Los Angeles*
Emery Trahan *Northeastern University*
Ilias Tsiakas *University of Warwick*
Narendar V. Rao *Northeastern University*
David Vang *St. Thomas University*
Steve Venti *Dartmouth College*
Joseph Vu *DePaul University*
John Wald *Rutgers University*
Chong Wang *Naval Postgraduate School*
Kelly Welch *University of Kansas*
Jill Wetmore *Saginaw Valley State University*
Patrick Wilkie *University of Virginia*
Matt Will *University of Indianapolis*
Art Wilson *George Washington University*
Shee Wong *University of Minnesota, Duluth*
Bob Wood *Tennessee Tech University*
Fei Xie *George Mason University*
Minhua Yang *University of Central Florida*
Chenying Zhang *University of Pennsylvania*

This list is surely incomplete. We know how much we owe to our colleagues at the London Business School, MIT's Sloan School of Management, and the University of Pennsylvania's Wharton School. In many cases, the ideas that appear in this book are as much their ideas as ours.

We would also like to thank all those at McGraw-Hill/Irwin who worked on the book, including Michele Janicek, Executive Editor; Lori Koetters, Managing Editor; Christina Kouvelis, Senior Developmental Editor; Melissa Caughlin, Senior Marketing Manager; Jennifer Jelinski, Marketing Specialist; Karen Fisher, Developmental Editor II; Laurie Entringer, Designer; Michael McCormick, Lead Production Supervisor; and Sue Lombardi Media Project Manager.

Finally, we record the continuing thanks due to our wives, Diana, Maureen, and Sally, who were unaware when they married us that they were also marrying the *Principles of Corporate Finance*.

**Richard A. Brealey**
**Stewart C. Myers**
**Franklin Allen**

# Brief Contents


**Part One: Value**

1 Goals and Governance of the Firm 1
2 How to Calculate Present Values 20
3 Valuing Bonds 45
4 The Value of Common Stocks 74
5 Net Present Value and Other Investment Criteria 101
6 Making Investment Decisions with the Net Present Value Rule 127

**Part Two Risk**

7 Introduction to Risk and Return 156
8 Portfolio Theory and the Capital Asset Pricing Model 185
9 Risk and the Cost of Capital 213

**Part Three Best Practices in Capital Budgeting**

10 Project Analysis 240
11 Investment, Strategy, and Economic Rents 268
12 Agency Problems, Compensation, and Performance Measurement 290

**Part Four Financing Decisions and Market Efficiency**

13 Efficient Markets and Behavioral Finance 312
14 An Overview of Corporate Financing 341
15 How Corporations Issue Securities 362

**Part Five Payout Policy and Capital Structure**

16 Payout Policy 391
17 Does Debt Policy Matter? 418
18 How Much Should a Corporation Borrow? 440
19 Financing and Valuation 471

**Part Six Options**

20 Understanding Options 502
21 Valuing Options 525
22 Real Options 554

**Part Seven Debt Financing**

23 Credit Risk and the Value of Corporate Debt 577
24 The Many Different Kinds of Debt 597
25 Leasing 625

**Part Eight Risk Management**

26 Managing Risk 645
27 Managing International Risks 676

**Part Nine Financial Planning and Working Capital Management**

28 Financial Analysis 704
29 Financial Planning 731
30 Working Capital Management 757

**Part Ten Mergers, Corporate Control, and Governance**

31 Mergers 792
32 Corporate Restructuring 822
33 Governance and Corporate Control around the World 846

**Part Eleven Conclusion**

34 Conclusion: What We Do and Do Not Know about Finance 866

# Contents

**Part One** Value

## 1 Goals and Governance of the Firm 1

**1-1** Corporate Investment and Financing Decisions 2
*Investment Decisions/Financing Decisions/What Is a Corporation?*

**1-2** The Role of the Financial Manager and the Opportunity Cost of Capital 6
*The Investment Trade-off*

**1-3** Goals of the Corporation 9
*Shareholders Want Managers to Maximize Market Value/A Fundamental Result/Should Managers Look After the Interests of Their Shareholders?/Should Firms Be Managed for Shareholders or All Stakeholders?*

**1-4** Agency Problems and Corporate Governance 12
*Pushing Subprime Mortgages: Value Maximization Run Amok, or an Agency Problem?/Agency Problems Are Mitigated by Good Systems of Corporate Governance*

Summary 15 • Problem Sets 16 • Appendix: Foundations of the Net Present Value Rule 18

## 2 How to Calculate Present Values 20

**2-1** Future Values and Present Values 21
*Calculating Future Values/Calculating Present Values/Calculating the Present Value of an Investment Opportunity/Net Present Value/Risk and Present Value/Present Values and Rates of Return/Calculating Present Values When There Are Multiple Cash Flows/The Opportunity Cost of Capital*

**2-2** Looking for Shortcuts—Perpetuities and Annuities 27
*How to Value Perpetuities/How to Value Annuities/PV Annuities Due/Calculating Annual Payments/Future Value of an Annuity*

**2-3** More Shortcuts—Growing Perpetuities and Annuities 33
*Growing Perpetuities/Growing Annuities*

**2-4** How Interest Is Paid and Quoted 35
*Continuous Compounding*

Summary 39 • Problem Sets 39
Real-Time Data Analysis 43

## 3 Valuing Bonds 45

**3-1** Using the Present Value Formula to Value Bonds 46
*A Short Trip to Paris to Value a Government Bond/Back to the United States: Semiannual Coupons and Bond Prices*

**3-2** How Bond Prices Vary with Interest Rates 49
*Duration and Volatility*

**3-3** The Term Structure of Interest Rates 53
*Spot Rates, Bond Prices, and the Law of One Price/Measuring the Term Structure/Why the Discount Factor Declines as Futurity Increases—and a Digression on Money Machines*

**3-4** Explaining the Term Structure 57
*Expectations Theory of the Term Structure/Introducing Risk/Inflation and Term Structure*

**3-5** Real and Nominal Rates of Interest 59
*Indexed Bonds and the Real Rate of Interest/What Determines the Real Rate of Interest?/Inflation and Nominal Interest Rates*

**3-6** Corporate Bonds and the Risk of Default 65
*Corporate Bonds Come in Many Forms*

Summary 68 • Further Reading 69
Problem Sets 69 • Real-Time Data Analysis 73

## 4 The Value of Common Stocks 74

**4-1** How Common Stocks Are Traded 75

**4-2** How Common Stocks Are Valued 76
*Valuation by Comparables/The Determinants of Stock Prices/Today's Price/But What Determines Next Year's Price?*

**4-3** Estimating the Cost of Equity Capital 81
*Using the DCF Model to Set Gas and Electricity Prices/Dangers Lurk in Constant-Growth Formulas*

**4-4** The Link between Stock Price and Earnings per Share 87
*Calculating the Present Value of Growth Opportunities for Fledgling Electronics*

**4-5** Valuing a Business by Discounted Cash Flow 90
*Valuing the Concatenator Business/Valuation Format/Estimating Horizon Value/A Further Reality Check*

Summary 94 • Further Reading 95
Problem Sets 95 • Real-Time Data Analysis 99
Mini-Case: Reeby Sports 99

## 5 Net Present Value and Other Investment Criteria 101

**5-1** A Review of the Basics 101
*Net Present Value's Competitors/Three Points to Remember about NPV/NPV Depends on Cash Flow, Not on Book Returns*

**5-2** Payback 105
*Discounted Payback*

**5-3** Internal (or Discounted-Cash-Flow) Rate of Return 107
*Calculating the IRR/The IRR Rule/Pitfall 1—Lending or Borrowing?/Pitfall 2—Multiple Rates of Return/Pitfall 3—Mutually Exclusive Projects/Pitfall 4—What Happens When There Is More Than One Opportunity Cost of Capital?/The Verdict on IRR*

**5-4** Choosing Capital Investments When Resources Are Limited 115
*An Easy Problem in Capital Rationing/Uses of Capital Rationing Models*

Summary 119 • Further Reading 120
Problem Sets 120
Mini-Case: Vegetron's CFO Calls Again 124

## 6 Making Investment Decisions with the Net Present Value Rule 127

**6-1** Applying the Net Present Value Rule 128
*Rule 1: Only Cash Flow Is Relevant/Rule 2: Estimate Cash Flows on an Incremental Basis/Rule 3: Treat Inflation Consistently*

**6-2** Example—IM&C'S Fertilizer Project 132
*Separating Investment and Financing Decisions/Investments in Working Capital/A Further Note on Depreciation/A Final Comment on Taxes/Project Analysis/Calculating NPV in Other Countries and Currencies*

**6-3** Investment Timing 140

**6-4** Equivalent Annual Cash Flows 141
*Investing to Produce Reformulated Gasoline at California Refineries/Choosing Between Long- and Short-Lived Equipment/Equivalent Annual Cash Flow and Inflation/ Equivalent Annual Cash Flow and Technological Change/Deciding When to Replace an Existing Machine*

Summary 146 • Problem Sets 146
Mini-Case: New Economy Transport (A) and (B) 153

# Part Two Risk

## 7 Introduction to Risk and Return 156

**7-1** Over a Century of Capital Market History in One Easy Lesson 156
*Arithmetic Averages and Compound Annual Returns/Using Historical Evidence to Evaluate Today's Cost of Capital/Dividend Yields and the Risk Premium*

**7-2** Measuring Portfolio Risk 163
*Variance and Standard Deviation/Measuring Variability/How Diversification Reduces Risk*

**7-3** Calculating Portfolio Risk 170
*General Formula for Computing Portfolio Risk/Limits to Diversification*

**7-4** How Individual Securities Affect Portfolio Risk 174
*Market Risk Is Measured by Beta/Why Security Betas Determine Portfolio Risk*

**7-5** Diversification and Value Additivity 177

Summary 178 • Further Reading 179
Problem Sets 179 • Real-Time Data Analysis 184

## 8 Portfolio Theory and the Capital Asset Model Pricing 185

**8-1** Harry Markowitz and the Birth of Portfolio Theory 185
*Combining Stocks into Portfolios/We Introduce Borrowing and Lending*

**8-2** The Relationship between Risk and Return 192
*Some Estimates of Expected Returns/Review of the Capital Asset Pricing Model/What If a Stock Did Not Lie on the Security Market Line?*

**8-3** Validity and Role of the Capital Asset Pricing Model 195
*Tests of the Capital Asset Pricing Model/Assumptions behind the Capital Asset Pricing Model*

**8-4** Some Alternative Theories 199
*Arbitrage Pricing Theory/A Comparison of the Capital Asset Pricing Model and Arbitrage Pricing Theory/The Three-Factor Model*

Summary 203 • Further Reading 204
Problem Sets 204 • Real-Time Data Analysis 210
Mini-Case: John and Marsha on Portfolio Selection 211

## 9 Risk and the Cost of Capital 213

**9-1** Company and Project Costs of Capital 214
*Perfect Pitch and the Cost of Capital/Debt and the Company Cost of Capital*

**9-2** Measuring the Cost of Equity 217
*Estimating Beta/The Expected Return on Union Pacific Corporation's Common Stock/ Union Pacific's After-Tax Weighted-Average Cost of Capital/Union Pacific's Asset Beta*

**9-3** Analyzing Project Risk 221
*What Determines Asset Betas?/Don't Be Fooled by Diversifiable Risk/Avoid Fudge Factors in Discount Rates/Discount Rates for International Projects*

**9-4** Certainty Equivalents—Another Way to Adjust for Risk 227
*Valuation by Certainty Equivalents/When to Use a Single Risk-Adjusted Discount Rate for Long-Lived Assets/A Common Mistake/When You Cannot Use a Single Risk-Adjusted Discount Rate for Long-Lived Assets*

Summary 232 • Further Reading 233
Problem Sets 233 • Real-Time Data Analysis 237
Mini-Case: The Jones Family, Incorporated 237

# Part Three Best Practices in Capital Budgeting

## 10 Project Analysis 240

**10-1** The Capital Investment Process 241
*Project Authorizations—and the Problem of Biased Forecasts/Postaudits*

**10-2** Sensitivity Analysis 243
*Value of Information/Limits to Sensitivity Analysis/ Scenario Analysis/Break-Even Analysis/Operating Leverage and the Break-Even Point*

**10-3** Monte Carlo Simulation 249
*Simulating the Electric Scooter Project*

**10-4** Real Options and Decision Trees 253
*The Option to Expand/The Option to Abandon/Production Options/Timing Options/More on Decision Trees/Pro and Con Decision Trees*

Summary 260 • Further Reading 261
Problem Sets 262
Mini-Case: Waldo County 266

## 11 Investment, Strategy, and Economic Rents 268

**11-1** Look First to Market Values 268
*The Cadillac and the Movie Star*

**11-2** Economic Rents and Competitive Advantage 273

**11-3** Marvin Enterprises Decides to Exploit a New Technology: an Example 276
*Forecasting Prices of Gargle Blasters / The Value of Marvin's New Expansion / Alternative Expansion Plans / The Value of Marvin Stock / The Lessons of Marvin Enterprises*

Summary 283 • Further Reading 284
Problem Sets 284
Mini-Case: Ecsy-Cola 289

## 12 Agency Problems, Compensation, and Performance Measurement 290

**12-1** Incentives and Compensation 290
*Agency Problems in Capital Budgeting/ Monitoring/Management Compensation/Incentive Compensation*

**12-2** Measuring and Rewarding Performance: Residual Income and EVA 298
*Pros and Cons of EVA*

**12-3** Biases in Accounting Measures of Performance 301
*Example: Measuring the Profitability of the Nodhead Supermarket/Measuring Economic Profitability/Do the Biases Wash Out in the Long Run?/What Can We Do about Biases in Accounting Profitability Measures?/Earnings and Earnings Targets*

Summary 307 • Further Reading 307
Problem Sets 308

## Part Four Financing Decisions and Market Efficiency

### 13 Efficient Markets and Behavioral Finance 312

**13-1** We Always Come Back to NPV 313
*Differences between Investment and Financing Decisions*

**13-2** What Is an Efficient Market? 314
*A Startling Discovery: Price Changes Are Random/Three Forms of Market Efficiency/Efficient Markets: The Evidence*

**13-3** The Evidence against Market Efficiency 321
*Do Investors Respond Slowly to New Information?/Bubbles and Market Efficiency*

**13-4** Behavioral Finance 326
*Limits to Arbitrage/Incentive Problems and the Subprime Crisis*

**13-5** The Six Lessons of Market Efficiency 329
*Lesson 1: Markets Have No Memory/Lesson 2: Trust Market Prices/Lesson 3: Read the Entrails/Lesson 4: There Are No Financial Illusions/Lesson 5: The Do-It-Yourself Alternative/Lesson 6: Seen One Stock, Seen Them All/What if Markets Are Not Efficient? Implications for the Financial Manager*

Summary 335 • Further Reading 335
Problem Sets 337 • Real-Time Data Analysis 340

### 14 An Overview of Corporate Financing 341

**14-1** Patterns of Corporate Financing 341
*Do Firms Rely Too Much on Internal Funds?/How Much Do Firms Borrow?*

**14-2** Common Stock 345
*Ownership of the Corporation/Voting Procedures/Dual-class Shares and Private Benefits/Equity in Disguise/Preferred Stock*

**14-3** Debt 351
*Debt Comes in Many Forms/A Debt by Any Other Name/Variety's the Very Spice of Life*

**14-4** Financial Markets and Institutions 354
*The Financial Crisis of 2007–2009/The Role of Financial Institutions*

Summary 357 • Further Reading 358
Problem Sets 359 • Real-Time Data Analysis 361

### 15 How Corporations Issue Securities 362

**15-1** Venture Capital 362
*The Venture Capital Market*

**15-2** The Initial Public Offering 366
*Arranging an Initial Public Offering/The Sale of Marvin Stock/The Underwriters/Costs of a New Issue/Underpricing of IPOs/Hot New-Issue Periods*

**15-3** Alternative Issue Procedures for IPOs 375
*Types of Auction: a Digression*

**15-4** Security Sales by Public Companies 376
*General Cash Offers/International Security Issues/The Costs of a General Cash Offer/Market Reaction to Stock Issues/Rights Issues*

**15-5** Private Placements and Public Issues 381

Summary 382 • Further Reading 383
Problem Sets 383 • Real-Time Data Analysis 387
Appendix: Marvin's New-Issue Prospectus 387

## Part Five Payout Policy and Capital Structure

### 16 Payout Policy 391

**16-1** Facts about Payout 391

**16-2** How Firms Pay Dividends and Repurchase Stock 392
*How Firms Repurchase Stock*

**16-3** How Do Companies Decide on Payouts? 394

**16-4** The Information in Dividends and Stock Repurchases 395
*The Information Content of Share Repurchases*

**16-5** The Payout Controversy 397
*Dividend Policy Is Irrelevant in Perfect Capital Markets/Dividend Irrelevance—An Illustration/Calculating Share Price/Stock Repurchase/Stock Repurchase and Valuation*

**16-6** The Rightists 402
*Payout Policy, Investment Policy, and Management Incentives*

**16-7** Taxes and the Radical Left 404
*Why Pay Any Dividends at All?/Empirical Evidence on Dividends and Taxes/The Taxation of Dividends and Capital Gains/Alternative Tax Systems*

**16-8** The Middle-of-the-Roaders 409
*Payout Policy and the Life Cycle of the Firm*

Summary 411 • Further Reading 412
Problem Sets 412

## 17 Does Debt Policy Matter? 418

**17-1** The Effect of Financial Leverage in a Competitive Tax-free Economy 419
*Enter Modigliani and Miller/The Law of Conservation of Value/An Example of Proposition 1*

**17-2** Financial Risk and Expected Returns 424
*Proposition 2/How Changing Capital Structure Affects Beta*

**17-3** The Weighted-Average Cost of Capital 428
*Two Warnings/Rates of Return on Levered Equity—The Traditional Position/Today's Unsatisfied Clienteles Are Probably Interested in Exotic Securities/Imperfections and Opportunities*

**17-4** A Final Word on the After-Tax Weighted-Average Cost of Capital 433

Summary 434 • Further Reading 434
Problem Sets 435

## 18 How Much Should a Corporation Borrow? 440

**18-1** Corporate Taxes 441
*How Do Interest Tax Shields Contribute to the Value of Stockholders' Equity?/Recasting Merck's Capital Structure/MM and Taxes*

**18-2** Corporate and Personal Taxes 444

**18-3** Costs of Financial Distress 447
*Bankruptcy Costs/Evidence on Bankruptcy Costs/Direct versus Indirect Costs of Bankruptcy/Financial Distress without Bankruptcy/Debt and Incentives/Risk Shifting: The First Game/Refusing to Contribute Equity Capital: The Second Game/And Three More Games, Briefly/What the Games Cost/Costs of Distress Vary with Type of Asset/The Trade-off Theory of Capital Structure*

**18-4** The Pecking Order of Financing Choices 460
*Debt and Equity Issues with Asymmetric Information/Implications of the Pecking Order/The Trade-off Theory vs. the Pecking-Order Theory—Some Recent Tests/The Bright Side and the Dark Side of Financial Slack/Is There a Theory of Optimal Capital Structure?*

Summary 465 • Further Reading 466
Problem Sets 467 • Real-Time Data Analysis 470

## 19 Financing and Valuation 471

**19-1** The After-Tax Weighted-Average Cost of Capital 471
*Review of Assumptions*

**19-2** Valuing Businesses 475
*Valuing Rio Corporation/Estimating Horizon Value/WACC vs. the Flow-to-Equity Method*

**19-3** Using WACC in Practice 479
*Some Tricks of the Trade/Mistakes People Make in Using the Weighted-Average Formula/Adjusting WACC When Debt Ratios and Business Risks Differ/Unlevering and Relevering Betas/The Importance of Rebalancing/The Modigliani–Miller Formula, Plus Some Final Advice*

**19-4** Adjusted Present Value 486
*APV for the Perpetual Crusher/Other Financing Side Effects/APV for Businesses/APV for International Investments*

**19-5** Your Questions Answered 490

Summary 492 • Further Reading 493

Problem Sets 494 • Real-Time Data Analysis 498

Appendix: Discounting Safe, Nominal Cash Flows 498

Part Six Options

20 Understanding Options 502

**20-1** Calls, Puts, and Shares 503
*Call Options and Position Diagrams/Put Options/Selling Calls, Puts, and Shares/Position Diagrams Are Not Profit Diagrams*

**21-2** Financial Alchemy with Options 507
*Spotting the Option*

**21-3** What Determines Option Values? 513
*Risk and Option Values*

Summary 519 • Further Reading 519

Problem Sets 519 • Real-Time Data Analysis 524

21 Valuing Options 525

**21-1** A Simple Option-Valuation Model 525
*Why Discounted Cash Flow Won't Work for Options/Constructing Option Equivalents from Common Stocks and Borrowing/Valuing the Google Put Option*

**21-2** The Binomial Method for Valuing Options 530
*Example: The Two-Stage Binomial Method/The General Binomial Method/The Binomial Method and Decision Trees*

**21-3** The Black–Scholes Formula 534
*Using the Black–Scholes Formula/The Risk of an Option/The Black–Scholes Formula and the Binomial Method*

**21-4** Black–Scholes in Action 538
*Executive Stock Options/Warrants/Portfolio Insurance/Calculating Implied Volatilities*

**21-5** Option Values at a Glance 542

**21-6** The Option Menagerie 543

Summary 544 • Further Reading 544

Problem Sets 545 • Real-Time Data Analysis 548

Mini-Case: Bruce Honiball's Invention 549

Appendix: How Dilution Affects Option Value 550

22 Real Options 554

**22-1** The Value of Follow-on Investment Opportunities 554
*Questions and Answers about Blitzen's Mark II/Other Expansion Options*

**22-2** The Timing Option 558
*Valuing the Malted Herring Option/Optimal Timing for Real Estate Development*

**22-3** The Abandonment Option 561
*The Zircon Subductor Project/Abandonment Value and Project Life/Temporary Abandonment*

**22-4** Flexible Production 566

**22-5** Aircraft Purchase Options 567

**22-6** A Conceptual Problem? 569
*Practical Challenges*

Summary 571 • Further Reading 572

Problem Sets 572

Part Seven Debt Financing

23 Credit Risk and the Value of Corporate Debt 577

**23-1** Yields on Corporate Debt 577
*What Determines the Yield Spread?*

**23-2** The Option to Default 581
*How the Default Option Affects a Bond's Risk and Yield/A Digression: Valuing Government Financial Guarantees*

**23-3** Bond Ratings and the Probability of Default 587

**23-4** Predicting the Probability of Default 588
*Credit Scoring/Market-Based Risk Models*

**23-5** Value at Risk 592
Summary 594 • Further Reading 594
Problem Sets 595 • Real-Time Data Analysis 596

## 24 The Many Different Kinds of Debt 597

**24-1** Domestic Bonds, Foreign Bonds, and Eurobonds 598
**24-2** The Bond Contract 599
*Indenture, or Trust Deed/The Bond Terms*
**24-3** Security and Seniority 601
*Asset-Backed Securities*
**24-4** Repayment Provisions 603
*Sinking Funds/Call Provisions*
**24-5** Debt Covenants 605
**24-6** Convertible Bonds and Warrants 607
*The Value of a Convertible at Maturity/Forcing Conversion/Why Do Companies Issue Convertibles?/Valuing Convertible Bonds/A Variation on Convertible Bonds: The Bond–Warrant Package*
**24-7** Private Placements and Project Finance 612
*Project Finance/Project Finance—Some Common Features/The Role of Project Finance*
**24-8** Innovation in the Bond Market 615
Summary 617 • Further Reading 618
Problem Sets 619
Mini-Case: The Shocking Demise of Mr. Thorndike 623

## 25 Leasing 625

**25-1** What Is a Lease? 625
**25-2** Why Lease? 626
*Sensible Reasons for Leasing/Some Dubious Reasons for Leasing*
**25-3** Operating Leases 630
*Example of an Operating Lease/Lease or Buy?*
**25-4** Valuing Financial Leases 632
*Example of a Financial Lease/Who Really Owns the Leased Asset?/Leasing and the Internal Revenue Service/A First Pass at Valuing a Lease Contract/The Story So Far*
**25-5** When Do Financial Leases Pay? 637
*Leasing Around the World*
**25-6** Leveraged Leases 638
Summary 640 • Further Reading 640
Problem Sets 641

# Part Eight Risk Management

## 26 Managing Risk 645

**26-1** Why Manage Risk? 645
*Reducing the Risk of Cash Shortfalls or Financial Distress/Agency Costs May Be Mitigated by Risk Management/The Evidence on Risk Management*
**26-2** Insurance 648
*How BP Changed Its Insurance Strategy*
**26-3** Reducing Risk with Options 651
**26-4** Forward and Futures Contracts 652
*A Simple Forward Contract/Futures Exchanges/The Mechanics of Futures Trading/Trading and Pricing Financial Futures Contracts/Spot and Futures Prices—Commodities/More about Forward Contracts/Homemade Forward Rate Contracts*
**26-5** Swaps 660
*Interest Rate Swaps/Currency Swaps/Total Return Swaps*
**26-6** How to Set Up a Hedge 664
**26-7** Is “Derivative” a Four-Letter Word? 666
Summary 668 • Further Reading 669
Problem Sets 670 • Real-Time Data Analysis 675

## 27 Managing International Risks 676

**27-1** The Foreign Exchange Market 676
**27-2** Some Basic Relationships 678
*Interest Rates and Exchange Rates/The Forward Premium and Changes in Spot Rates/Changes in the Exchange Rate and Inflation Rates/Interest Rates and Inflation Rates/Is Life Really That Simple?*
**27-3** Hedging Currency Risk 687
*Transaction Exposure and Economic Exposure*

**27-4** Exchange Risk and International Investment Decisions 690
*The Cost of Capital for International Investments/Do Some Countries Have a Lower Interest Rate?*

**27-5** Political Risk 694

Summary 696 • Further Reading 696
Problem Sets 698 • Real-Time Data Analysis 701
Mini-Case: Exacta, s.a. 702

Part Nine Financial Planning and Working Capital Management

## 28 Financial Analysis 704

**28-1** Financial Statements 704
**28-2** Lowe's Financial Statements 705
*The Balance Sheet/The Income Statement*

**28-3** Measuring Lowe's Performance 708
*Economic Value Added (EVA)/Accounting Rates of Return/Problems with EVA and Accounting Rates of Return*

**28-4** Measuring Efficiency 713
**28-5** Analyzing the Return on Assets: the Du Pont System 714
*The Du Pont System*

**28-6** Measuring Leverage 716
*Leverage and the Return on Equity*

**28-7** Measuring Liquidity 718
**28-8** Interpreting Financial Ratios 720

Summary 724 • Further Reading 724
Problem Sets 725

## 29 Financial Planning 731

**29-1** Links between Long-Term and Short-Term Financing Decisions 731
**29-2** Tracing Changes in Cash 734
*The Cash Cycle*

**29-3** Cash Budgeting 737
*Preparing the Cash Budget: Inflows/Preparing the Cash Budget: Outflows*

**29-4** The Short-Term Financing Plan 740
*Options for Short-Term Financing/Dynamic's Financing Plan/Evaluating the Plan/A Note on Short-Term Financial Planning Models*

**29-5** Long-term Financial Planning 743
*Why Build Financial Plans?/A Long-Term Financial Planning Model for Dynamic Mattress/Pitfalls in Model Design/Choosing a Plan*

**29-6** Growth and External Financing 748
Summary 749 • Further Reading 750
Problem Sets 750 • Real-Time Data Analysis 756

## 30 Working Capital Management 757

**30-1** Inventories 758
**30-2** Credit Management 760
*Terms of Sale/The Promise to Pay/Credit Analysis/The Credit Decision/Collection Policy*

**30-3** Cash 766
*How Purchases Are Paid For/Speeding up Check Collections/International Cash Management/Paying for Bank Services*

**30-4** Marketable Securities 771
*Calculating the Yield on Money-Market Investments/Yields on Money-Market Investments/The International Money Market/Money-Market Instruments*

**30-5** Sources of Short-Term Borrowing 777
*Bank Loans/Commercial Paper/Medium-Term Notes*

Summary 782 • Further Reading 784
Problem Sets 784 • Real-Time Data Analysis 791

Part Ten Mergers, Corporate Control, and Governance

## 31 Mergers 792

**31-1** Sensible Motives for Mergers 792
*Economies of Scale/Economies of Vertical Integration/Complementary Resources/Surplus Funds/Eliminating Inefficiencies/Industry Consolidation*

**31-2** Some Dubious Reasons for Mergers 798
*Diversification/Increasing Earnings per Share: The Bootstrap Game/Lower Financing Costs*

**31-3** Estimating Merger Gains and Costs 801
*Right and Wrong Ways to Estimate the Benefits of Mergers/More on Estimating Costs—What If the Target's Stock Price Anticipates the Merger?/Estimating Cost When the Merger Is Financed by Stock/Asymmetric Information*

**31-4** The Mechanics of a Merger 805
*Mergers, Antitrust Law, and Popular Opposition/The Form of Acquisition/Merger Accounting/Some Tax Considerations*

**31-5** Proxy Fights, Takeovers, and the Market for Corporate Control 808
*Proxy Contests/Takeovers/Oracle Bids for PeopleSoft/Takeover Defenses/Who Gains Most in Mergers?*

**31-6** Mergers and the Economy 814
*Merger Waves/Do Mergers Generate Net Benefits?*

Summary 816 • Further Reading 817
Problem Sets 817 • Appendix: Conglomerate Mergers and Value Additivity 820

## 32 Corporate Restructuring 822

**32-1** Leveraged Buyouts 822
*RJR Nabisco/Barbarians at the Gate?/Leveraged Restructurings/LBOs and Leveraged Restructurings*

**32-2** Fusion and Fission in Corporate Finance 827
*Spin-offs/Carve-outs/Asset Sales/Privatization and Nationalization*

**32-3** Private Equity 831
*Private-Equity Partnerships/Are Private-Equity Funds Today's Conglomerates?*

**32-4** Bankruptcy 837
*Is Chapter 11 Efficient?/Workouts/Alternative Bankruptcy Procedures*

Summary 842 • Further Reading 843
Problem Sets 844

## 33 Governance and Corporate Control around the World 846

**33-1** Financial Markets and Institutions 846
*Investor Protection and the Development of Financial Markets*

**33-2** Ownership, Control, and Governance 851
*Ownership and Control in Japan/Ownership and Control in Germany/European Boards of Directors/Ownership and Control in Other Countries/Conglomerates Revisited*

**33-3** Do These Differences Matter? 859
*Risk and Short-termism/Growth Industries and Declining Industries/Transparency and Governance*

Summary 863 • Further Reading 864
Problem Sets 864

# Part Eleven Conclusion

## 34 Conclusion: What We Do and Do not Know about Finance 866

**34-1** What We Do Know: The Seven Most Important Ideas in Finance 866
*1. Net Present Value/2. The Capital Asset Pricing Model/3. Efficient Capital Markets/4. Value Additivity and the Law of Conservation of Value/5. Capital Structure Theory/6. Option Theory/7. Agency Theory*

**34-2** What We Do Not Know: 10 Unsolved Problems in Finance 869
*1. What Determines Project Risk and Present Value?/2. Risk and Return—What Have We Missed?/3. How Important Are the Exceptions to the Efficient-Market Theory?/4. Is Management an Off-Balance-Sheet Liability?/5. How Can We Explain the Success of New Securities and New Markets?/6. How Can We Resolve the Payout Controversy?/7. What Risks Should a Firm Take?/8. What Is the Value of Liquidity?/9. How Can We Explain Merger Waves?/10. Why Are Financial Systems So Prone to Crisis?*

**34-3** A Final Word 875

Appendix: Answers to Select Basic Problems A

Glossary G

Index I-1

Note: Present value tables are available on the book's Web site, www.mhhe.com/bma.

# APPENDIX

## Foundations of the Net Present Value Rule

We have suggested that well-functioning financial markets allow different investors to agree on the objective of maximizing value. This idea is sufficiently important that we need to pause and examine it more carefully.

**How Financial Markets Reconcile Preferences for Current vs. Future Consumption** Suppose that there are two possible investors with entirely different preferences. Think of A as an ant, who wishes to save for the future, and of G as a grasshopper, who would prefer to spend all his wealth on some ephemeral frolic, taking no heed of tomorrow. Suppose that each has a nest egg of exactly $100,000 in cash. G chooses to spend all of it today, while A prefers to invest it in the financial market. If the interest rate is 10%, A would then have 1.10 × $100,000 = $110,000 to spend a year from now. Of course, there are many possible intermediate strategies. For example, A or G could choose to split the difference, spending $50,000 now and putting the remaining $50,000 to work at 10% to provide 1.10 × $50,000 = $55,000 next year. The entire range of possibilities is shown by the green line in Figure 1A.1.

In our example, A used the financial market to postpone consumption. But the market can also be used to bring consumption forward in time. Let's illustrate by assuming that instead of having cash on hand of $100,000, our two friends are due to receive $110,000 each at the end of the year. In this case A will be happy to wait and spend the income when it arrives. G will prefer to borrow against his future income and party it away today. With an interest rate of 10%, G can borrow and spend $110,000/1.10 = $100,000. Thus the financial market provides a kind of time machine that allows people to separate the timing of their income from that of their spending. Notice that with an interest rate of 10%, A and G are equally happy with cash on hand of $100,000 or an income of $110,000 at the end of the year. They do not care about the timing of the cash flow; they just prefer the cash flow that has the highest value today ($100,000 in our example).

**Investing in Real Assets** In practice individuals are not limited to investing in financial markets; they may also acquire plant, machinery, and other real assets. For example, suppose that A and G are offered the opportunity to invest their $100,000 in a new business that a friend is founding. This will produce a one-off sure fire payment of $121,000 next year. A would clearly be happy to invest in the business. It will provide her with $121,000 to spend at the end of the year, rather than the $110,000 that she gets by investing her $100,000 in the financial market. But what about G, who wants money now, not in one year's time? He too is happy to invest, as long as he can borrow against the future payoff of the investment project. At an interest rate of

**FIGURE 1A.1**

The green line shows the possible spending patterns for the ant and grasshopper if they invest $100,000 in the capital market. The maroon line shows the possible spending patterns if they invest in their friend's business. Both are better off by investing in the business as long as the grasshopper can borrow against the future income.




Visit us at www.mhhe.com/bma

10%, G can borrow $110,000 and so will have an extra $10,000 to spend today. Both A and G are better off investing in their friend's venture. The investment increases their wealth. It moves them up from the green to the maroon line in Figure 1A.1.

**A Crucial Assumption** The key condition that allows A and G to agree to invest in the new venture is that both have access to a well-functioning, competitive capital market, in which they can borrow and lend at the same rate. Whenever the corporation's shareholders have equal access to competitive capital markets, the goal of maximizing market value makes sense.

It is easy to see how this rule would be damaged if we did *not* have such a well-functioning capital market. For example, suppose that G could not easily borrow against future income. In that case he might well prefer to spend his cash today rather than invest it in the new venture. If A and G were shareholders in the same enterprise, A would be happy for the firm to invest, while G would be clamoring for higher current dividends.

No one believes unreservedly that capital markets function perfectly. Later in this book we discuss several cases in which differences in taxation, transaction costs, and other imperfections must be taken into account in financial decision making. However, we also discuss research indicating that, in general, capital markets function fairly well. In this case maximizing shareholder value is a sensible corporate objective. But for now, having glimpsed the problems of imperfect markets, we shall, like an economist in a shipwreck, simply *assume* our life jacket and swim safely to shore.

## QUESTIONS

**1.** Look back to the numerical example graphed in Figure 1A.1. Suppose the interest rate is 20%. What would the ant (A) and grasshopper (G) do if they both start with $100,000? Would they invest in their friend's business? Would they borrow or lend? How much and when would each consume?

**2.** Answer this question by drawing graphs like Figure 1A.1. Casper Milktoast has $200,000 available to support consumption in periods 0 (now) and 1 (next year). He wants to consume *exactly* the same amount in each period. The interest rate is 8%. There is no risk.

   a. How much should he invest, and how much can he consume in each period?

   b. Suppose Casper is given an opportunity to invest up to $200,000 at 10% risk-free. The interest rate stays at 8%. What should he do, and how much can he consume in each period?

Visit us at www.mhhe.com/bma

2

CHAPTER



# How to Calculate Present Values

**A corporation's shareholders** want maximum value and the maximum honest share price. To reach this goal, the company needs to invest in real assets that are worth more than they cost. In this chapter we take the first steps toward understanding how assets are valued and capital investments are made.

There are a few cases in which it is not that difficult to estimate asset values. In real estate, for example, you can hire a professional appraiser to do it for you. Suppose you own a warehouse. The odds are that your appraiser's estimate of its value will be within a few percent of what the building would actually sell for. After all, there is continuous activity in the real estate market, and the appraiser's stock-in-trade is knowledge of the prices at which similar properties have recently changed hands. Thus the problem of valuing real estate is simplified by the existence of an active market in which all kinds of properties are bought and sold.[1] No formal theory of value is needed. We can take the market's word for it.

But we need to go deeper than that. First, it is important to know how asset values are reached in an active market. Even if you can take the appraiser's word for it, it is important to understand *why* that warehouse is worth, say, $2 million and not a higher or lower figure. Second, the market for most corporate assets is pretty thin. Look in the classified advertisements in *The Wall Street Journal:* it is not often that you see a blast furnace for sale.

Companies are always searching for assets that are worth more to them than to others. That warehouse is worth more to you if you can manage it better than others can. But in that case, the price of similar buildings may not tell you what the warehouse is worth under your management. You need to know how asset values are determined.

In the first section of this chapter we work through a simple numerical example: Should you invest in a new office building in the hope of selling it at a profit next year? You should do so if net present value is positive, that is, if the new building's value today exceeds the investment that is required. A positive net present value implies that the rate of return on your investment is higher than your opportunity cost of capital, that is, higher than you could earn by investing in financial markets.

Next we introduce shortcut formulas for calculating present values. We show how to value an investment that delivers a steady stream of cash flows forever (a *perpetuity*) and one that produces a steady stream for a limited period (an *annuity*). We also look at investments that produce growing cash flows. We illustrate the formulas by applications to some personal financial decisions.

The term *interest rate* sounds straightforward enough, but rates can be quoted in various ways. We conclude the chapter by explaining the difference between the quoted rate and the true or effective interest rate.

By then you will deserve some payoff for the mental investment you have made in learning how to calculate present values. Therefore, in the next two chapters we try out these new tools on bonds and stocks. After that we tackle capital investment decisions at a practical level of detail.

For simplicity, every problem in this chapter is set out in dollars, but the concepts and calculations are identical in euros, yen, or any other currency.

[1] Needless to say, there are some properties that appraisers find nearly impossible to value—for example, nobody knows the potential selling price of the Taj Mahal, the Parthenon, or Windsor Castle.

## 2-1 Future Values and Present Values

### Calculating Future Values

Money can be invested to earn interest. So, if you are offered the choice between \$100 today and \$100 next year, you naturally take the money now to get a year's interest. Financial managers make the same point when they say that money has a *time value* or when they quote the most basic principle of finance: *a dollar today is worth more than a dollar tomorrow.*

Suppose you invest \$100 in a bank account that pays interest of $r = 7\%$ a year. In the first year you will earn interest of $.07 \times \$100 = \$7$ and the value of your investment will grow to \$107:

$$\text{Value of investment after 1 year} = \$100 \times (1 + r) = 100 \times 1.07 = \$107$$

By investing, you give up the opportunity to spend \$100 today and you gain the chance to spend \$107 next year.

If you leave your money in the bank for a second year, you earn interest of $.07 \times \$107 = \$7.49$ and your investment will grow to \$114.49:

$$\text{Value of investment after 2 years} = \$107 \times 1.07 = \$100 \times 1.07^2 = \$114.49$$

| Today | | Year 2 |
|---|---|---|
| \$100 | $\times 1.07^2$ → | \$114.49 |

Notice that in the second year you earn interest on both your initial investment (\$100) and the previous year's interest (\$7). Thus your wealth grows at a *compound rate* and the interest that you earn is called **compound interest.**

If you invest your \$100 for *t* years, your investment will continue to grow at a 7% compound rate to $\$100 \times (1.07)^t$. For any interest rate *r*, the future value of your \$100 investment will be

$$\text{Future value of } \$100 = \$100 \times (1 + r)^t$$

The higher the interest rate, the faster your savings will grow. Figure 2.1 shows that a few percentage points added to the interest rate can do wonders for your future wealth. For example, by the end of 20 years \$100 invested at 10% will grow to $\$100 \times (1.10)^{20} = \$672.75$. If it is invested at 5%, it will grow to only $\$100 \times (1.05)^{20} = \$265.33$.




**FIGURE 2.1**

How an investment of \$100 grows with compound interest at different interest rates.

## Calculating Present Values

We have seen that \$100 invested for two years at 7% will grow to a future value of $100 \times 1.07^2 = \$114.49$. Let's turn this around and ask how much you need to invest *today* to produce \$114.49 at the end of the second year. In other words, what is the **present value (PV)** of the \$114.49 payoff?

You already know that the answer is \$100. But, if you didn't know or you forgot, you can just run the future value calculation in reverse and divide the future payoff by $(1.07)^2$:

$$\text{Present value} = \text{PV} = \frac{\$114.49}{(1.07)^2} = \$100$$

| Today | | Year 2 |
|---|---|---|
| \$100 | ← $\div 1.07^2$ | \$114.49 |

In general, suppose that you will receive a cash flow of $C_t$ dollars at the end of year $t$. The present value of this future payment is

$$\text{Present value} = \text{PV} = \frac{C_t}{(1+r)^t}$$

You sometimes see this present value formula written differently. Instead of *dividing* the future payment by $(1+r)^t$, you can equally well *multiply* the payment by $1/(1+r)^t$. The expression $1/(1+r)^t$ is called the **discount factor.** It measures the present value of one dollar received in year $t$. For example, with an interest rate of 7% the two-year discount factor is

$$\text{DF}_2 = 1/(1.07)^2 = .8734$$

Investors are willing to pay \$.8734 today for delivery of \$1 at the end of two years. If each dollar received in year 2 is worth \$.8734 today, then the present value of your payment of \$114.49 in year 2 must be

$$\text{Present value} = \text{DF}_2 \times C_2 = .8734 \times 114.49 = \$100$$

**FIGURE 2.2**

Present value of a future cash flow of \$100. Notice that the longer you have to wait for your money, the less it is worth today.

