The longer you have to wait for your money, the lower its present value. This is illustrated in Figure 2.2. Notice how small variations in the interest rate can have a powerful effect on the present value of distant cash flows. At an interest rate of 5%, a payment of $100 in year 20 is worth $37.69 today. If the interest rate increases to 10%, the value of the future payment falls by about 60% to $14.86.

## Calculating the Present Value of an Investment Opportunity

How do you decide whether an investment opportunity is worth undertaking? Suppose you own a small company that is contemplating construction of an office block. The total cost of buying the land and constructing the building is $370,000, but your real estate adviser forecasts a shortage of office space a year from now and predicts that you will be able sell the building for $420,000. For simplicity, we will assume that this $420,000 is a sure thing.

You should go ahead with the project if the present value (PV) of the cash inflows is greater than the $370,000 investment. Suppose that the rate of interest on U.S. government securities is $r = 5\%$ per year. Then, the present value of your office building is:

$$\text{PV} = \frac{420{,}000}{1.05} = \$400{,}000$$

The rate of return $r$ is called the **discount rate, hurdle rate,** or **opportunity cost of capital.** It is an opportunity cost because it is the return that is foregone by investing in the project rather than investing in financial markets. In our example the opportunity cost is 5%, because you could earn a safe 5% by investing in U.S. government securities. Present value was found by *discounting* the future cash flows by this opportunity cost.

Suppose that as soon as you have bought the land and paid for the construction, you decide to sell your project. How much could you sell it for? That is an easy question. If the venture will return a surefire $420,000, then your property ought to be worth its PV of $400,000 today. That is what investors would need to pay to get the same future payoff. If you tried to sell it for more than $400,000, there would be no takers, because the property would then offer an expected rate of return lower than the 5% available on government securities. Of course, you could always sell your property for less, but why sell for less than the market will bear? The $400,000 present value is the only feasible price that satisfies both buyer and seller. Therefore, the present value of the property is also its market price.

## Net Present Value

The office building is worth $400,000 today, but that does not mean you are $400,000 better off. You invested $370,000, so the **net present value (NPV)** is $30,000. Net present value equals present value minus the required investment:

$$\text{NPV} = \text{PV} - \text{investment} = 400{,}000 - 370{,}000 = \$30{,}000$$

In other words, your office development is worth more than it costs. It makes a *net* contribution to value and increases your wealth. The formula for calculating the NPV of your project can be written as:

$$\text{NPV} = C_0 + C_1/(1 + r)$$

Remember that $C_0$, the cash flow at time 0 (that is, today) is usually a negative number. In other words, $C_0$ is an investment and therefore a cash outflow. In our example, $C_0 = -\$370{,}000$.

When cash flows occur at different points in time, it is often helpful to draw a time line showing the date and value of each cash flow. Figure 2.3 shows a time line for your office development. It sets out the present value calculations assuming that the discount rate $r$ is 5%.

**FIGURE 2.3**

Calculation showing the NPV of the office development.




## Risk and Present Value

We made one unrealistic assumption in our discussion of the office development: Your real estate adviser cannot be certain about the profitability of an office building. Those future cash flows represent the best forecast, but they are not a sure thing.

If the cash flows are uncertain, your calculation of NPV is wrong. Investors could achieve those cash flows with certainty by buying $400,000 worth of U.S. government securities, so they would not buy your building for that amount. You would have to cut your asking price to attract investors' interest.

Here we can invoke a second basic financial principle: *a safe dollar is worth more than a risky dollar.* Most investors avoid risk when they can do so without sacrificing return. However, the concepts of present value and the opportunity cost of capital still make sense for risky investments. It is still proper to discount the payoff by the rate of return offered by a risk-equivalent investment in financial markets. But we have to think of *expected* payoffs and the *expected* rates of return on other investments.[2]

Not all investments are equally risky. The office development is more risky than a government security but less risky than a start-up biotech venture. Suppose you believe the project is as risky as investment in the stock market and that stocks offer a 12% expected return. Then 12% is the opportunity cost of capital. That is what you are giving up by investing in the office building and *not* investing in equally risky securities.

Now recompute NPV with $r = .12$:

$$PV = \frac{420{,}000}{1.12} = \$375{,}000$$

$$NPV = PV - 370{,}000 = \$5{,}000$$

The office building still makes a net contribution to value, but the increase in your wealth is smaller than in our first calculation, which assumed that the cash flows from the project were risk-free.

The value of the office building depends, therefore, on the timing of the cash flows and their risk. The $420,000 payoff would be worth just that if you could get it today. If the office building is as risk-free as government securities, the delay in the cash flow reduces value by $20,000 to $400,000. If the building is as risky as investment in the stock market, then the risk further reduces value by $25,000 to $375,000.

Unfortunately, adjusting asset values for both time and risk is often more complicated than our example suggests. Therefore, we take the two effects separately. For the most part, we dodge the problem of risk in Chapters 2 through 6, either by treating all cash flows as if they were known with certainty or by talking about expected cash

[2] We define "expected" more carefully in Chapter 9. For now think of expected payoff as a realistic forecast, neither optimistic nor pessimistic. Forecasts of expected payoffs are correct on average.

flows and expected rates of return without worrying how risk is defined or measured. Then in Chapter 7 we turn to the problem of understanding how financial markets cope with risk.

## Present Values and Rates of Return

We have decided that constructing the office building is a smart thing to do, since it is worth more than it costs. To discover how much it is worth, we asked how much you would need to invest directly in securities to achieve the same payoff. That is why we discounted the project's future payoff by the rate of return offered by these equivalent-risk securities—the overall stock market in our example.

We can state our decision rule in another way: your real estate venture is worth undertaking because its rate of return exceeds the opportunity cost of capital. The rate of return is simply the profit as a proportion of the initial outlay:

$$\text{Return} = \frac{\text{profit}}{\text{investment}} = \frac{420{,}000 - 370{,}000}{370{,}000} = .135, \text{ or } 13.5\%$$

The cost of capital is once again the return foregone by *not* investing in financial markets. If the office building is as risky as investing in the stock market, the return foregone is 12%. Since the 13.5% return on the office building exceeds the 12% opportunity cost, you should go ahead with the project.

Here, then, we have two equivalent decision rules for capital investment:[3]

- *Net present value rule.* Accept investments that have positive net present values.
- *Rate of return rule.* Accept investments that offer rates of return in excess of their opportunity costs of capital.[4]

## Calculating Present Values When There Are Multiple Cash Flows

One of the nice things about present values is that they are all expressed in current dollars—so you can add them up. In other words, the present value of cash flow (A + B) is equal to the present value of cash flow A plus the present value of cash flow B.

Suppose that you wish to value a stream of cash flows extending over a number of years. Our rule for adding present values tells us that the *total* present value is:

$$\text{PV} = \frac{C_1}{(1+r)} + \frac{C_2}{(1+r)^2} + \frac{C_3}{(1+r)^3} + \cdots + \frac{C_T}{(1+r)^T}$$

This is called the **discounted cash flow** (or **DCF**) formula. A shorthand way to write it is

$$\text{PV} = \sum_{t=1}^{T} \frac{C_t}{(1+r)^t}$$

where $\Sigma$ refers to the sum of the series. To find the *net* present value (NPV) we add the (usually negative) initial cash flow:

$$\text{NPV} = C_0 + \text{PV} = C_0 + \sum_{t=1}^{T} \frac{C_t}{(1+r)^t}$$

[3] You might check for yourself that these are equivalent rules. In other words, if the return of \$50,000/\$370,000 is greater than $r$, then the net present value $-$\$370,000 + [\$420,000/(1 + $r$)] *must* be greater than 0.

[4] The two rules can conflict when there are cash flows at more than two dates. We address this problem in Chapter 5.

**EXAMPLE 2.1** ● Present Values with Multiple Cash Flows

Your real estate adviser has come back with some revised forecasts. He suggests that you rent out the building for two years at \$20,000 a year, and predicts that at the end of that time you will be able to sell the building for \$400,000. Thus there are now two future cash flows—a cash flow of $C_1 = \$20{,}000$ at the end of one year and a further cash flow of $C_2 = (20{,}000 + 400{,}000) = \$420{,}000$ at the end of the second year.

The present value of your property development is equal to the present value of $C_1$ plus the present value of $C_2$. Figure 2.4 shows that the value of the first year's cash flow is $C_1/(1 + r) = 20{,}000/1.12 = \$17{,}900$ and the value of the second year's flow is $C_2/(1 + r)^2 = 420{,}000/1.12^2 = \$334{,}800$. Therefore our rule for adding present values tells us that the *total* present value of your investment is

$$\text{PV} = \frac{C_1}{1 + r} + \frac{C_2}{(1 + r)^2} = \frac{20{,}000}{1.12} + \frac{420{,}000}{1.12^2} = 17{,}900 + 334{,}800 = \$352{,}700$$

Sorry, but your office building is now worth less than it costs. NPV is negative:

$$\text{NPV} = \$352{,}700 - \$370{,}000 = -\$17{,}300$$

Perhaps you should revert to the original plan of selling in year 1.

**FIGURE 2.4**

Calculation showing the NPV of the revised office project.




Your two-period calculations in Example 2.1 required just a few keystrokes on a calculator. Real problems can be much more complicated, so financial managers usually turn to financial calculators especially programmed for present value calculations or to computer spreadsheet programs. A box near the end of the chapter introduces you to some useful Excel functions that can be used to solve discounting problems. In addition, the Web site for this book (www.mhhe.com/bma) contains appendixes to help get you started using financial calculators and Excel spreadsheets. It also includes tables that can be used for a variety of discounting problems.

### The Opportunity Cost of Capital

By investing in the office building you gave up the opportunity to earn an expected return of 12% in the stock market. The opportunity cost of capital is therefore 12%. When you discount the expected cash flows by the opportunity cost of capital, you are asking how much investors in the financial markets are prepared to pay for a security that produces a similar stream of future cash flows. Your calculations showed that investors would need to pay only $352,700 for an investment that produces cash flows of $20,000 at year 1 and $420,000 at year 2. Therefore, they won't pay any more than that for your office building.

Confusion sometimes sneaks into discussions of the cost of capital. Suppose a banker approaches. "Your company is a fine and safe business with few debts," she says. "My bank will lend you the $370,000 that you need for the office block at 8%." Does this mean that the cost of capital is 8%? If so, the project would be worth doing. At an 8% cost of capital, PV would be $20{,}000/1.08 + 420{,}000/1.08^2 = \$378{,}600$ and NPV $= \$378{,}600 - \$370{,}000 = +\ \$8{,}600$.

But that can't be right. First, the interest rate on the loan has nothing to do with the risk of the project: it reflects the good health of your existing business. Second, whether you take the loan or not, you still face the choice between the office building and an equally risky investment in the stock market. The stock market investment could generate the same expected payoff as your office building at a lower cost. A financial manager who borrows $370,000 at 8% and invests in an office building is not smart, but stupid, if the company or its shareholders can borrow at 8% and invest the money at an even higher return. That is why the 12% expected return on the stock market is the opportunity cost of capital for your project.

## 2-2 Looking for Shortcuts—Perpetuities and Annuities

### How to Value Perpetuities

Sometimes there are shortcuts that make it easy to calculate present values. Let us look at some examples.

On occasion, the British and the French have been known to disagree and sometimes even to fight wars. At the end of some of these wars the British consolidated the debt they had issued during the war. The securities issued in such cases were called consols. Consols are **perpetuities.** These are bonds that the government is under no obligation to repay but that offer a fixed income for each year to perpetuity. The British government is still paying interest on consols issued all those years ago. The annual rate of return on a perpetuity is equal to the promised annual payment divided by the present value:[5]

$$\text{Return} = \frac{\text{cash flow}}{\text{present value}}$$

$$r = \frac{C}{\text{PV}}$$

[5] You can check this by writing down the present value formula

$$\text{PV} = \frac{C}{1+r} + \frac{C}{(1+r)^2} + \frac{C}{(1+r)^3} + \cdots$$

Now let $C/(1+r) = a$ and $1/(1+r) = x$. Then we have (1) $\text{PV} = a(1 + x + x^2 + \cdots)$.
Multiplying both sides by $x$, we have (2) $\text{PV}x = a(x + x^2 + \cdots)$.
Subtracting (2) from (1) gives us $\text{PV}(1 - x) = a$. Therefore, substituting for $a$ and $x$,

$$\text{PV}\left(1 - \frac{1}{1+r}\right) = \frac{C}{1+r}$$

Multiplying both sides by $(1 + r)$ and rearranging gives

$$\text{PV} = \frac{C}{r}$$

We can obviously twist this around and find the present value of a perpetuity given the discount rate $r$ and the cash payment $C$:

$$PV = \frac{C}{r}$$

The year is 2030. You have been fabulously successful and are now a billionaire many times over. It was fortunate indeed that you took that finance course all those years ago. You have decided to follow in the footsteps of two of your heroes, Bill Gates and Warren Buffet. Malaria is still a scourge and you want to help eradicate it and other infectious diseases by endowing a foundation to combat these diseases. You aim to provide $1 billion a year in perpetuity, starting next year. So, if the interest rate is 10%, you are going to have to write a check today for

$$\text{Present value of perpetuity} = \frac{C}{r} = \frac{\$1 \text{ billion}}{.1} = \$10 \text{ billion}$$

Two warnings about the perpetuity formula. First, at a quick glance you can easily confuse the formula with the present value of a single payment. A payment of $1 at the end of one year has a present value of $1/(1 + r)$. The perpetuity has a value of $1/r$. These are quite different.

Second, the perpetuity formula tells us the value of a regular stream of payments starting one period from now. Thus your $10 billion endowment would provide the foundation with its first payment in one year's time. If you also want to provide an up-front sum, you will need to lay out an extra $1 billion.

Sometimes you may need to calculate the value of a perpetuity that does not start to make payments for several years. For example, suppose that you decide to provide $1 billion a year with the first payment four years from now. We know that in year 3 this endowment will be an ordinary perpetuity with payments starting in one year. So our perpetuity formula tells us that in year 3 the endowment will be worth $\$1/r = 1/.1 = \$10$ billion. But it is not worth that much now. To find *today's* value we need to multiply by the three-year discount factor $1/(1 + r)^3 = 1/(1.1)^3 = .751$. Thus, the "delayed" perpetuity is worth $10 billion × .751 = $7.51 billion. The full calculation is

$$PV = \$1 \text{ billion} \times \frac{1}{r} \times \frac{1}{(1+r)^3} = \$1 \text{ billion} \times \frac{1}{.10} \times \frac{1}{(1.10)^3} = \$7.51 \text{ billion}$$

## How to Value Annuities

An **annuity** is an asset that pays a fixed sum each year for a specified number of years. The equal-payment house mortgage or installment credit agreement are common examples of annuities. So are interest payments on most bonds, as we see in the next chapter.

Figure 2.5 illustrates a simple trick for valuing annuities. It shows the payments and values of three investments.

**Row 1** The investment in the first row provides a perpetual stream of $1 starting at the end of the first year. We have already seen that this perpetuity has a present value of $1/r$.

**Row 2** Now look at the investment shown in the second row. It also provides a perpetual stream of $1 payments, but these payments don't start until year 4. This investment is identical to the delayed perpetuity that we have just valued. In year 3, the investment will be an ordinary perpetuity with payments starting in one year and will be worth $1/r$ in year 3. Its value today is, therefore,

$$PV = \frac{1}{r(1 + r)^3}$$

**FIGURE 2.5**

An annuity that makes payments in each of years 1 through 3 is equal to the difference between two perpetuities.

| | *Cash flow* Year: 1 2 3 4 5 6 . . . | *Present value* |
|---|---|---|
| 1. Perpetuity A | $1 $1 $1 $1 $1 $1 . . . | $\frac{1}{r}$ |
| 2. Perpetuity B | $1 $1 $1 . . . (years 4, 5, 6 . . .) | $\frac{1}{r(1+r)^3}$ |
| 3. Three-year annuity (1 − 2) | $1 $1 $1 (years 1, 2, 3) | $\frac{1}{r} - \frac{1}{r(1+r)^3}$ |

**Row 3** The perpetuities in rows 1 and 2 both provide a cash flow from year 4 onward. The only difference between the two investments is that the first one also provides a cash flow in each of years 1 through 3. In other words, the difference between the two perpetuities is an annuity of three years. Row 3 shows that the present value of this annuity is equal to the value of the row 1 perpetuity less the value of the delayed perpetuity in row 2:[6]

$$\text{PV of 3-year annuity} = \frac{1}{r} - \frac{1}{r(1+r)^3}$$

The general formula for the value of an annuity that pays $1 a year for each of $t$ years starting in year 1 is:

$$\text{Present value of annuity} = \frac{1}{r} - \frac{1}{r(1+r)^t}$$

This expression is generally known as the $t$-year annuity factor.[7] Remembering formulas is about as difficult as remembering other people's birthdays. But as long as you bear in mind that an annuity is equivalent to the difference between an immediate and a delayed perpetuity, you shouldn't have any difficulty.

---

[6] Again we can work this out from first principles. We need to calculate the sum of the finite geometric series (1) $PV = a(1 + x + x^2 + \cdots + x^{t-1})$, where $a = C/(1 + r)$ and $x = 1/(1 + r)$.

Multiplying both sides by $x$, we have (2) $PVx = a(x + x^2 + \cdots + x^t)$.

Subtracting (2) from (1) gives us $PV(1 - x) = a(1 - x^t)$.

Therefore, substituting for $a$ and $x$,

$$PV\left(1 - \frac{1}{1+r}\right) = C\left[\frac{1}{1+r} - \frac{1}{(1+r)^{t+1}}\right]$$

Multiplying both sides by $(1 + r)$ and rearranging gives

$$PV = C\left[\frac{1}{r} - \frac{1}{r(1+r)^t}\right]$$

[7] Some people find the following equivalent formula more intuitive:

$$\text{Present value of annuity} = \frac{1}{r}\left[1 - \frac{1}{(1+r)^t}\right]$$

$\frac{1}{r}$ ↑ perpetuity formula; 1 ↑ $1 starting next year; $\frac{1}{(1+r)^t}$ ↑ minus $1 starting at $t + 1$

**EXAMPLE 2.2** ● Costing an Installment Plan

Most installment plans call for level streams of payments. Suppose that Tiburon Autos offers an "easy payment" scheme on a new Toyota of $5,000 a year, paid at the end of each of the next five years, with no cash down. What is the car really costing you?

First let us do the calculations the slow way, to show that, if the interest rate is 7%, the present value of these payments is $20,501. The time line in Figure 2.6 shows the value of each cash flow and the total present value. The annuity formula, however, is generally quicker:

$$\text{PV} = 5{,}000\left[\frac{1}{.07} - \frac{1}{.07(1.07)^5}\right] = 5{,}000 \times 4.100 = \$20{,}501$$

**FIGURE 2.6**

Calculations showing the year-by-year present value of the installment payments.




**EXAMPLE 2.3** ● Winning Big at the Lottery

When 13 lucky machinists from Ohio pooled their money to buy Powerball lottery tickets, they won a record $295.7 million. (A fourteenth member of the group pulled out at the last minute to put in his own numbers.) We suspect that the winners received unsolicited congratulations, good wishes, and requests for money from dozens of more or less worthy charities. In response, they could fairly point out that the prize wasn't really worth $295.7 million. That sum was to be repaid in 25 annual installments of $11.828 million each. Assuming that the first payment occurred at the end of one year, what was the present value of the prize? The interest rate at the time was 5.9%.

These payments constitute a 25-year annuity. To value this annuity we simply multiply $11.828 million by the 25-year annuity factor:

$$\text{PV} = 11.828 \times \text{25-year annuity factor}$$

$$= 11.828 \times \left[\frac{1}{r} - \frac{1}{r(1+r)^{25}}\right]$$

At an interest rate of 5.9%, the annuity factor is

$$\left[\frac{1}{.059} - \frac{1}{.059(1.059)^{25}}\right] = 12.9057$$

The present value of the cash payments is $11.828 × 12.9057 = $152.6 million, much below the well-trumpeted prize, but still not a bad day's haul.

Lottery operators generally make arrangements for winners with big spending plans to take an equivalent lump sum. In our example the winners could either take the $295.7 million spread over 25 years or receive $152.6 million up front. Both arrangements had the same present value.

## PV Annuities Due

When we used the annuity formula to value the Powerball lottery prize in Example 2.3, we presupposed that the first payment was made at the end of one year. In fact, the first of the 25 yearly payments was made immediately. How does this change the value of the prize?

If we discount each cash flow by one less year, the present value is increased by the multiple $(1 + r)$. In the case of the lottery prize the value becomes $152.6 \times (1 + r) = 152.6 \times 1.059$ = $161.6 million.

A level stream of payments starting immediately is called an **annuity due.** An annuity due is worth $(1 + r)$ times the value of an ordinary annuity.

## Calculating Annual Payments

Annuity problems can be confusing on first acquaintance, but you will find that with practice they are generally straightforward. In Example 2.4, you will need to use the annuity formula to find the amount of the payment given the present value.

### EXAMPLE 2.4 ● Finding Mortgage Payments

Suppose that you take out a $250,000 house mortgage from your local savings bank. The bank requires you to repay the mortgage in equal annual installments over the next 30 years. It must therefore set the annual payments so that they have a present value of $250,000. Thus,

$$\text{PV} = \text{mortgage payment} \times \text{30-year annuity factor} = \$250{,}000$$
$$\text{Mortgage payment} = \$250{,}000/\text{30-year annuity factor}$$

Suppose that the interest rate is 12% a year. Then

$$\text{30-year annuity factor} = \left[\frac{1}{.12} - \frac{1}{.12(1.12)^{30}}\right] = 8.055$$

and

$$\text{Mortgage payment} = 250{,}000/8.055 = \$31{,}037$$

The mortgage loan is an example of an *amortizing loan.* "Amortizing" means that part of the regular payment is used to pay interest on the loan and part is used to reduce the amount of the loan.

Table 2.1 illustrates another amortizing loan. This time it is a four-year loan of $1,000 with an interest rate of 10% and annual payments. The annual payment needed to repay the loan is $315.47. In other words, $1,000 divided by the four-year annuity factor is $315.47. At the end of the first year, the interest charge is 10% of $1,000, or $100. So $100 of the first payment is absorbed by interest, and the remaining $215.47 is used to reduce (or "amortize") the loan balance to $784.53.

Next year, the outstanding balance is lower, so the interest charge is only $78.45. Therefore $315.47 − 78.45 = $237.02 can be applied to amortization. Because the loan is progressively paid off, the fraction of each payment devoted to interest steadily falls over time, while the fraction used to reduce the loan increases. By the end of year 4 the amortization is just enough to reduce the balance of the loan to zero.

| Year | Beginning-of-Year Balance | Year-end Interest on Balance | Total Year-end Payment | Amortization of Loan | End-of-Year Balance |
|---|---|---|---|---|---|
| 1 | $1,000.00 | $100.00 | $315.47 | $215.47 | $784.53 |
| 2 | 784.53 | 78.45 | 315.47 | 237.02 | 547.51 |
| 3 | 547.51 | 54.75 | 315.47 | 260.72 | 286.79 |
| 4 | 286.79 | 28.68 | 315.47 | 286.79 | 0 |

**TABLE 2.1** An example of an amortizing loan. If you borrow $1,000 at an interest rate of 10%, you would need to make an annual payment of $315.47 over four years to repay that loan with interest.

## Future Value of an Annuity

Sometimes you need to calculate the *future* value of a level stream of payments.

**EXAMPLE 2.5** ● Saving to Buy a Sailboat

Perhaps your ambition is to buy a sailboat; something like a 40-foot Beneteau would fit the bill very well. But that means some serious saving. You estimate that, once you start work, you could save $20,000 a year out of your income and earn a return of 8% on these savings. How much will you be able to spend after five years?

We are looking here at a level stream of cash flows—an annuity. We have seen that there is a shortcut formula to calculate the *present* value of an annuity. So there ought to be a similar formula for calculating the *future value* of a level stream of cash flows.

Think first how much your savings are worth today. You will set aside $20,000 in each of the next five years. The present value of this five-year annuity is therefore equal to

$$\text{PV} = \$20{,}000 \times \text{5-year annuity factor}$$

$$= \$20{,}000 \times \left[\frac{1}{.08} - \frac{1}{.08(1.08)^5}\right] = \$79{,}854$$

Now think how much you would have after five years if you invested \$79,854 today. Simple! Just multiply by $(1.08)^5$:

$$\text{Value at end of year 5} = \$79{,}854 \times 1.08^5 = \$117{,}332$$

You should be able to buy yourself a nice boat for \$117,000.

In Example 2.5 we calculated the future value of an annuity by first calculating its present value and then multiplying by $(1 + r)^t$. The general formula for the future value of a level stream of cash flows of \$1 a year for $t$ years is, therefore,

$$\text{Future value of annuity} = \text{present value of annuity of \$1 a year} \times (1 + r)^t$$

$$= \left[\frac{1}{r} - \frac{1}{r(1 + r)^t}\right] \times (1 + r)^t = \frac{(1 + r)^t - 1}{r}$$

## 2-3 More Shortcuts—Growing Perpetuities and Annuities

### Growing Perpetuities

You now know how to value level streams of cash flows, but you often need to value a stream of cash flows that grows at a constant rate. For example, think back to your plans to donate \$10 billion to fight malaria and other infectious diseases. Unfortunately, you made no allowance for the growth in salaries and other costs, which will probably average about 4% a year starting in year 1. Therefore, instead of providing \$1 billion a year in perpetuity, you must provide \$1 billion in year 1, 1.04 × \$1 billion in year 2, and so on. If we call the growth rate in costs $g$, we can write down the present value of this stream of cash flows as follows:

$$\text{PV} = \frac{C_1}{1 + r} + \frac{C_2}{(1 + r)^2} + \frac{C_3}{(1 + r)^3} + \cdots$$

$$= \frac{C_1}{1 + r} + \frac{C_1(1 + g)}{(1 + r)^2} + \frac{C_1(1 + g)^2}{(1 + r)^3} + \cdots$$

Fortunately, there is a simple formula for the sum of this geometric series.[8] If we assume that $r$ is greater than $g$, our clumsy-looking calculation simplifies to

$$\text{Present value of growing perpetuity} = \frac{C_1}{r - g}$$

Therefore, if you want to provide a perpetual stream of income that keeps pace with the growth rate in costs, the amount that you must set aside today is

$$\text{PV} = \frac{C_1}{r - g} = \frac{\$1 \text{ billion}}{.10 - .04} = \$16.667 \text{ billion}$$

You will meet this perpetual-growth formula again in Chapter 4, where we use it to value the stock of mature, slowly growing companies.

[8] We need to calculate the sum of an infinite geometric series $\text{PV} = a(1 + x + x^2 + \cdots)$ where $a = C_1/(1 + r)$ and $x = (1 + g)/(1 + r)$. In footnote 5 we showed that the sum of such a series is $a/(1 - x)$. Substituting for $a$ and $x$ in this formula,

$$\text{PV} = \frac{C_1}{r - g}$$

## Growing Annuities

You are contemplating membership in the St. Swithin's and Ancient Golf Club. The annual membership dues for the coming year are \$5,000, but you can make a single payment of \$12,750, which will provide you with membership for the next three years. In each case no payments are due until the end of the first year. Which is the better deal? The answer depends on how rapidly membership fees are likely to increase over the three-year period. For example, suppose that fees are payable at the end of each year and are expected to increase by 6% per annum. The discount rate is 10%.

The problem is to calculate the value of a three-year stream of cash flows that grows at the rate of $g = .06$ each year. Of course, you could calculate each year's cash flow and discount it at 10%. The alternative is to employ the same trick that we used to find the formula for an ordinary annuity. This is illustrated in Figure 2.7. The first row shows the value of a perpetuity that produces a cash flow of \$1 in year 1, $\$1 \times (1 + g)$ in year 2, and so on. It has a present value of

$$\text{PV} = \frac{\$1}{(r - g)}$$

The second row shows a similar growing perpetuity that produces its first cash flow of $\$1 \times (1 + g)^3$ in year 4. It *will* have a present value of $\$1 \times (1 + g)^3/(r - g)$ in year 3 and therefore has a value today of

$$\text{PV} = \frac{\$1}{(r - g)} \times \frac{(1 + g)^3}{(1 + r)^3}$$

The third row in the figure shows that the difference between the two sets of cash flows consists of a three-year stream of cash flows beginning with \$1 in year 1 and growing each year at the rate of $g$. Its value is equal to the difference between our two growing perpetuities:

$$\text{PV} = \frac{\$1}{(r - g)} - \frac{\$1}{(r - g)} \times \frac{(1 + g)^3}{(1 + r)^3}$$

In our golf club example, the present value of the three annual membership dues would be:

$$\begin{aligned}\text{PV} &= [1/(.10 - .06) - (1.06)^3/(.10 - .06)(1.10)^3] \times \$5{,}000 \\ &= 2.629 \times \$5{,}000 = \$13{,}146\end{aligned}$$

| | Cash flow | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year:** | **1** | **2** | **3** | **4** | **5** | **6 . . .** | **Present value** |
| **1. Growing perpetuity A** | \$1 | $\$1 \times (1 + g)$ | $\$1 \times (1 + g)^2$ | $\$1 \times (1 + g)^3$ | $\$1 \times (1 + g)^4$ | $\$1 \times (1 + g)^5 \ldots$ | $\frac{1}{r - g}$ |
| **2. Growing perpetuity B** | | | | $\$1 \times (1 + g)^3$ | $\$1 \times (1 + g)^4$ | $\$1 \times (1 + g)^5 \ldots$ | $\frac{(1 + g)^3}{(r - g)(1 + r)^3}$ |
| **3. Growing 3-year annuity (1 – 2)** | \$1 | $\$1 \times (1 + g)$ | $\$1 \times (1 + g)^2$ | | | | $\frac{1}{r - g} - \frac{(1 + g)^3}{(r - g)(1 + r)^3}$ |

**FIGURE 2.7**

A three-year stream of cash flows that grows at the rate $g$ is equal to the difference between two growing perpetuities.

| | Cash Flow, $ | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year:** | **0** | **1** | **2 . . .** | **. . . t − 1** | **t** | **t + 1 . . .** | **Present Value** |
| Perpetuity | | 1 | 1 . . . | 1 | 1 | 1 . . . | $\frac{1}{r}$ |
| t-period annuity | | 1 | 1 . . . | 1 | 1 | | $\frac{1}{r} - \frac{1}{r(1+r)^t}$ |
| t-period annuity due | 1 | 1 | 1 . . . | 1 | | | $(1+r)\left(\frac{1}{r} - \frac{1}{r(1+r)^t}\right)$ |
| Growing perpetuity | | 1 | $1 \times (1+g)$ . . . | $1 \times (1+g)^{t-2}$ | $1 \times (1+g)^{t-1}$ | $1 \times (1+g)^{t}$ . . . | $\frac{1}{r-g}$ |
| t-period growing annuity | | 1 | $1 \times (1+g)$ . . . | $1 \times (1+g)^{t-2}$ | $1 \times (1+g)^{t-1}$ | | $\frac{1}{r-g} - \frac{1}{r-g} \times \frac{(1+g)^t}{(1+r)^t}$ |

**TABLE 2.2** Some useful shortcut formulas.

If you can find the cash, you would be better off paying now for a three-year membership.

Too many formulas are bad for the digestion. So we will stop at this point and spare you any more of them. The formulas discussed so far appear in Table 2.2.

## 2-4 How Interest Is Paid and Quoted

In our examples we have assumed that cash flows occur only at the end of each year. This is sometimes the case. For example, in France and Germany the government pays interest on its bonds annually. However, in the United States and Britain government bonds pay interest semiannually. So if the interest rate on a U.S. government bond is quoted as 10%, the investor in practice receives interest of 5% every six months.

If the first interest payment is made at the end of six months, you can earn an additional six months' interest on this payment. For example, if you invest \$100 in a bond that pays interest of 10% compounded semiannually, your wealth will grow to $1.05 \times \$100 = \$105$ by the end of six months and to $1.05 \times \$105 = \$110.25$ by the end of the year. In other words, an interest rate of 10% compounded semiannually is equivalent to 10.25% compounded annually. The *effective annual interest rate* on the bond is 10.25%.

Let's take another example. Suppose a bank offers you an automobile loan at an **annual percentage rate,** or **APR,** of 12% with interest to be paid monthly. This means that each month you need to pay one-twelfth of the annual rate, that is, $12/12 = 1\%$ a month. Thus the bank is *quoting* a rate of 12%, but the effective annual interest rate on your loan is $1.01^{12} - 1 = .1268$, or 12.68%.[9]

Our examples illustrate that you need to distinguish between the *quoted* annual interest rate and the *effective* annual rate. The quoted annual rate is usually calculated as the total

[9] In the U.S., truth-in-lending laws oblige the company to quote an APR that is calculated by multiplying the payment each period by the number of payments in the year. APRs are calculated differently in other countries. For example, in the European Union APRs must be expressed as annually compounded rates, so consumers know the effective interest rate that they are paying.

annual payment divided by the number of payments in the year. When interest is paid once a year, the quoted and effective rates are the same. When interest is paid more frequently, the effective interest rate is higher than the quoted rate.

In general, if you invest $1 at a rate of $r$ per year compounded $m$ times a year, your investment at the end of the year will be worth $[1 + (r/m)]^m$ and the effective interest rate is $[1 + (r/m)]^m - 1$. In our automobile loan example $r = .12$ and $m = 12$. So the effective annual interest rate was $[1 + .12/12]^{12} - 1 = .1268$, or 12.68%.

## Continuous Compounding

Instead of compounding interest monthly or semiannually, the rate could be compounded weekly ($m = 52$) or daily ($m = 365$). In fact there is no limit to how frequently interest could be paid. One can imagine a situation where the payments are spread evenly and continuously throughout the year, so the interest rate is continuously compounded.[10] In this case $m$ is infinite.

It turns out that there are many occasions in finance when continuous compounding is useful. For example, one important application is in option pricing models, such as the Black–Scholes model that we introduce in Chapter 21. These are continuous time models. So you will find that most computer programs for calculating option values ask for the continuously compounded interest rate.

It may seem that a lot of calculations would be needed to find a continuously compounded interest rate. However, think back to your high school algebra. You may recall that as $m$ approaches infinity $[1 + (r/m)]^m$ approaches $(2.718)^r$. The figure 2.718—or *e*, as it is called—is the base for natural logarithms. Therefore, $1 invested at a continuously compounded rate of $r$ will grow to $e^r = (2.718)^r$ by the end of the first year. By the end of $t$ years it will grow to $e^{rt} = (2.718)^{rt}$.

**Example 1** Suppose you invest $1 at a continuously compounded rate of 11% ($r = .11$) for one year ($t = 1$). The end-year value is $e^{.11}$, or $1.116. In other words, investing at 11% a year *continuously* compounded is exactly the same as investing at 11.6% a year *annually* compounded.

**Example 2** Suppose you invest $1 at a continuously compounded rate of 11% ($r = .11$) for two years ($t = 2$). The final value of the investment is $e^{rt} = e^{.22}$, or $1.246.

Sometimes it may be more reasonable to assume that the cash flows from a project are spread evenly over the year rather than occurring at the year's end. It is easy to adapt our previous formulas to handle this. For example, suppose that we wish to compute the present value of a perpetuity of $C$ dollars a year. We already know that if the payment is made at the end of the year, we divide the payment by the *annually* compounded rate of $r$:

$$PV = \frac{C}{r}$$

If the same total payment is made in an even stream throughout the year, we use the same formula but substitute the *continuously* compounded rate.

**Example 3** Suppose the annually compounded rate is 18.5%. The present value of a $100 perpetuity, with each cash flow received at the end of the year, is 100/.185 = $540.54. If

[10] When we talk about *continuous* payments, we are pretending that money can be dispensed in a continuous stream like water out of a faucet. One can never quite do this. For example, instead of paying out $1 billion every year to combat malaria, you could pay out about $1 million every 8¾ hours or $10,000 every 5¼ minutes or $10 every 3⅙ seconds but you could not pay it out *continuously*. Financial managers *pretend* that payments are continuous rather than hourly, daily, or weekly because (1) it simplifies the calculations and (2) it gives a very close approximation to the NPV of frequent payments.

# USEFUL SPREADSHEET FUNCTIONS

## Discounting Cash Flows

Spreadsheet programs such as Excel provide built-in functions to solve discounted-cash-flow (DCF) problems. You can find these functions by pressing *fx* on the Excel toolbar. If you then click on the function that you wish to use, Excel asks you for the inputs that it needs. At the bottom left of the function box there is a Help facility with an example of how the function is used.

Here is a list of useful functions for DCF problems and some points to remember when entering data:

- **FV:** Future value of single investment or annuity.
- **PV:** Present value of single future cash flow or annuity.
- **RATE:** Interest rate (or rate of return) needed to produce given future value or annuity.
- **NPER:** Number of periods (e.g., years) that it takes an investment to reach a given future value or series of future cash flows.
- **PMT:** Amount of annuity payment with a given present or future value.
- **NPV:** Calculates the value of a stream of negative and positive cash flows. (When using this function, note the warning below.)
- **XNPV:** Calculates the net present value of a series of unequal cash flows at the date of the first cash flow.
- **EFFECT:** The effective annual interest rate, given the quoted rate (APR) and number of interest payments in a year.




- **NOMINAL:** The quoted interest rate (APR) given the effective annual interest rate.

All the inputs in these functions can be entered directly as numbers or as the addresses of cells that contain the numbers. Three warnings:

1. PV is the amount that needs to be invested today to produce a given future value. It should therefore be entered as a negative number. Entering both PV and FV with the same sign when solving for RATE results in an error message.
2. Always enter the interest or discount rate as a decimal value.
3. Use the NPV function with care. It gives the value of the cash flows one period *before* the first cash flow and not the value at the date of the first cash flow.

### SPREADSHEET QUESTIONS

The following questions provide opportunities to practice each of the Excel functions.

**2.1** (FV) In 1880 five aboriginal trackers were each promised the equivalent of 100 Australian dollars for helping to capture the notorious outlaw Ned Kelly. One hundred and thirteen years later the granddaughters of two of the trackers claimed that this reward had not been paid. If the interest rate over this period averaged about 4.5%, how much would the A$100 have accumulated to?

**2.2** (PV) Your company can lease a truck for $10,000 a year (paid at the end of the year) for six years, or it can buy the truck today for $50,000. At the end of the six years the truck will be worthless. If the interest rate is 6%, what is the present value of the lease payments? Is the lease worthwhile?

**2.3** (RATE) Ford Motor stock was one of the victims of the 2008 credit crisis. In June 2007, Ford stock price stood at $9.42. Eighteen months later it was $2.72. What was the annual rate of return over this period to an investor in Ford stock?

**2.4** (NPER) An investment adviser has promised to double your money. If the interest rate is 7% a year, how many years will she take to do so?

**2.5** (PMT) You need to take out a home mortgage for \$200,000. If payments are made annually over 30 years and the interest rate is 8%, what is the amount of the annual payment?

**2.6** (XNPV) Your office building requires an initial cash outlay of \$370,000. Suppose that you plan to rent it out for three years at \$20,000 a year and then sell it for \$400,000. If the cost of capital is 12%, what is its net present value?

**2.7** (EFFECT) First National Bank pays 6.2% interest compounded annually. Second National Bank pays 6% interest compounded monthly. Which bank offers the higher effective annual interest rate?

**2.8** (NOMINAL) What monthly compounded interest rate would Second National Bank need to pay on savings deposits to provide an effective rate of 6.2%?

the cash flow is received continuously, we must divide \$100 by 17%, because 17% continuously compounded is equivalent to 18.5% annually compounded ($e^{.17} = 1.185$). The present value of the continuous cash flow stream is $100/.17 = \$588.24$. Investors are prepared to pay more for the continuous cash payments because the cash starts to flow in immediately.

For any other continuous payments, we can always use our formula for valuing annuities. For instance, suppose that you have thought again about your donation and have decided to fund a vaccination program in emerging countries, which will cost \$1 billion a year, starting immediately, and spread evenly over 20 years. Previously, we used the annually compounded rate of 10%; now we must use the continuously compounded rate of $r = 9.53\%$ ($e^{.0953} = 1.10$). To cover such an expenditure, then, you need to set aside the following sum:[11]

$$\text{PV} = C\left(\frac{1}{r} - \frac{1}{r} \times \frac{1}{e^{rt}}\right)$$

$$= \$1 \text{ billion}\left(\frac{1}{.0953} - \frac{1}{.0953} \times \frac{1}{6.727}\right) = \$1 \text{ billion} \times 8.932 = \$8.932 \text{ billion}$$

If you look back at our earlier discussion of annuities, you will notice that the present value of \$1 billion paid at the *end* of each of the 20 years was \$8.514 billion. Therefore, it costs you \$418 million—or 5%—more to provide a continuous payment stream.

Often in finance we need only a ballpark estimate of present value. An error of 5% in a present value calculation may be perfectly acceptable. In such cases it doesn't usually matter whether we assume that cash flows occur at the end of the year or in a continuous stream. At other times precision matters, and we do need to worry about the exact frequency of the cash flows.

[11] Remember that an annuity is simply the difference between a perpetuity received today and a perpetuity received in year $t$. A continuous stream of $C$ dollars a year in perpetuity is worth $C/r$, where $r$ is the continuously compounded rate. Our annuity, then, is worth

$$\text{PV} = \frac{C}{r} - \text{present value of } \frac{C}{r} \text{ received in year } t$$

Since $r$ is the continuously compounded rate, $C/r$ received in year $t$ is worth $(C/r) \times (1/e^{rt})$ today. Our annuity formula is therefore

$$\text{PV} = \frac{C}{r} - \frac{C}{r} \times \frac{1}{e^{rt}}$$

sometimes written as

$$\frac{C}{r}(1 - e^{-rt})$$

## SUMMARY

Firms can best help their shareholders by accepting all projects that are worth more than they cost. In other words, they need to seek out projects with positive net present values. To find net present value we first calculate present value. Just discount future cash flows by an appropriate rate $r$, usually called the *discount rate, hurdle rate,* or *opportunity cost of capital:*

$$\text{Present value (PV)} = \frac{C_1}{(1+r)} + \frac{C_2}{(1+r)^2} + \frac{C_3}{(1+r)^3} + \cdots$$

Net present value is present value plus any immediate cash flow:

$$\text{Net present value (NPV)} = C_0 + \text{PV}$$

Remember that $C_0$ is negative if the immediate cash flow is an investment, that is, if it is a cash outflow.

The discount rate $r$ is determined by rates of return prevailing in capital markets. If the future cash flow is absolutely safe, then the discount rate is the interest rate on safe securities such as U.S. government debt. If the future cash flow is uncertain, then the expected cash flow should be discounted at the expected rate of return offered by equivalent-risk securities. (We talk more about risk and the cost of capital in Chapters 7 to 9.)

Cash flows are discounted for two simple reasons: because (1) a dollar today is worth more than a dollar tomorrow and (2) a safe dollar is worth more than a risky one. Formulas for PV and NPV are numerical expressions of these ideas.

Financial markets, including the bond and stock markets, are the markets where safe and risky future cash flows are traded and valued. That is why we look to rates of return prevailing in the financial markets to determine how much to discount for time and risk. By calculating the present value of an asset, we are estimating how much people will pay for it if they have the alternative of investing in the capital markets.

You can always work out any present value using the basic formula, but shortcut formulas can reduce the tedium. We showed how to value an investment that makes a level stream of cash flows forever (a *perpetuity*) and one that produces a level stream for a limited period (an *annuity*). We also showed how to value investments that produce growing streams of cash flows.

When someone offers to lend you a dollar at a quoted interest rate, you should always check how frequently the interest is to be paid. For example, suppose that a $100 loan requires six-month payments of $3. The total yearly interest payment is $6 and the interest will be quoted as a rate of 6% compounded semiannually. The equivalent *annually compounded rate* is $(1.03)^2 - 1 = .061$, or 6.1%. Sometimes it is convenient to assume that interest is paid evenly over the year, so that interest is quoted as a continuously compounded rate.

## PROBLEM SETS

McGraw Hill connect™

**Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

### BASIC

1. At an interest rate of 12%, the six-year discount factor is .507. How many dollars is $.507 worth in six years if invested at 12%?
2. If the PV of $139 is $125, what is the discount factor?
3. If the cost of capital is 9%, what is the PV of $374 paid in year 9?
4. A project produces a cash flow of $432 in year 1, $137 in year 2, and $797 in year 3. If the cost of capital is 15%, what is the project's PV?
5. If you invest $100 at an interest rate of 15%, how much will you have at the end of eight years?

Visit us at www.mhhe.com/bma

6. An investment costs $1,548 and pays $138 in perpetuity. If the interest rate is 9%, what is the NPV?
7. A common stock will pay a cash dividend of $4 next year. After that, the dividends are expected to increase indefinitely at 4% per year. If the discount rate is 14%, what is the PV of the stream of dividend payments?
8. The interest rate is 10%.
   a. What is the PV of an asset that pays $1 a year in perpetuity?
   b. The value of an asset that appreciates at 10% per annum approximately doubles in seven years. What is the approximate PV of an asset that pays $1 a year in perpetuity beginning in year 8?
   c. What is the approximate PV of an asset that pays $1 a year for each of the next seven years?
   d. A piece of land produces an income that grows by 5% per annum. If the first year's income is $10,000, what is the value of the land?
9. a. The cost of a new automobile is $10,000. If the interest rate is 5%, how much would you have to set aside now to provide this sum in five years?
   b. You have to pay $12,000 a year in school fees at the end of each of the next six years. If the interest rate is 8%, how much do you need to set aside today to cover these bills?
   c. You have invested $60,476 at 8%. After paying the above school fees, how much would remain at the end of the six years?
10. The continuously compounded interest rate is 12%.
   a. You invest $1,000 at this rate. What is the investment worth after five years?
   b. What is the PV of $5 million to be received in eight years?
   c. What is the PV of a continuous stream of cash flows, amounting to $2,000 per year, starting immediately and continuing for 15 years?
11. You are quoted an interest rate of 6% on an investment of $10 million. What is the value of your investment after four years if interest is compounded:
   a. Annually?
   b. Monthly? or
   c. Continuously?

## INTERMEDIATE

12. What is the PV of $100 received in:
   a. Year 10 (at a discount rate of 1%)?
   b. Year 10 (at a discount rate of 13%)?
   c. Year 15 (at a discount rate of 25%)?
   d. Each of years 1 through 3 (at a discount rate of 12%)?
13. a. If the one-year discount factor is .905, what is the one-year interest rate?
   b. If the two-year interest rate is 10.5%, what is the two-year discount factor?
   c. Given these one- and two-year discount factors, calculate the two-year annuity factor.
   d. If the PV of $10 a year for three years is $24.65, what is the three-year annuity factor?
   e. From your answers to (c) and (d), calculate the three-year discount factor.
14. A factory costs $800,000. You reckon that it will produce an inflow after operating costs of $170,000 a year for 10 years. If the opportunity cost of capital is 14%, what is the net present value of the factory? What will the factory be worth at the end of five years?
15. A machine costs $380,000 and is expected to produce the following cash flows:

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash flow ($000s) | 50 | 57 | 75 | 80 | 85 | 92 | 92 | 80 | 68 | 50 |

If the cost of capital is 12%, what is the machine's NPV?

eXcel
Visit us at www.mhhe.com/bma

Visit us at www.mhhe.com/bma

**16.** Mike Polanski is 30 years of age and his salary next year will be $40,000. Mike forecasts that his salary will increase at a steady rate of 5% per annum until his retirement at age 60.

a. If the discount rate is 8%, what is the PV of these future salary payments?

b. If Mike saves 5% of his salary each year and invests these savings at an interest rate of 8%, how much will he have saved by age 60?

c. If Mike plans to spend these savings in even amounts over the subsequent 20 years, how much can he spend each year?

**17.** A factory costs $400,000. It will produce an inflow after operating costs of $100,000 in year 1, $200,000 in year 2, and $300,000 in year 3. The opportunity cost of capital is 12%. Calculate the NPV.

**18.** Halcyon Lines is considering the purchase of a new bulk carrier for $8 million. The forecasted revenues are $5 million a year and operating costs are $4 million. A major refit costing $2 million will be required after both the fifth and tenth years. After 15 years, the ship is expected to be sold for scrap at $1.5 million. If the discount rate is 8%, what is the ship's NPV?

eXcel
Visit us at www.mhhe.com/bma

**19.** As winner of a breakfast cereal competition, you can choose one of the following prizes:

a. $100,000 now.

b. $180,000 at the end of five years.

c. $11,400 a year forever.

d. $19,000 for each of 10 years.

e. $6,500 next year and increasing thereafter by 5% a year forever.

If the interest rate is 12%, which is the most valuable prize?

**20.** Siegfried Basset is 65 years of age and has a life expectancy of 12 more years. He wishes to invest $20,000 in an annuity that will make a level payment at the end of each year until his death. If the interest rate is 8%, what income can Mr. Basset expect to receive each year?

**21.** David and Helen Zhang are saving to buy a boat at the end of five years. If the boat costs $20,000 and they can earn 10% a year on their savings, how much do they need to put aside at the end of years 1 through 5?

**22.** Kangaroo Autos is offering free credit on a new $10,000 car. You pay $1,000 down and then $300 a month for the next 30 months. Turtle Motors next door does not offer free credit but will give you $1,000 off the list price. If the rate of interest is 10% a year, (about .83% a month) which company is offering the better deal?

**23.** Recalculate the NPV of the office building venture in Section 2.1 at interest rates of 5, 10, and 15%. Plot the points on a graph with NPV on the vertical axis and the discount rates on the horizontal axis. At what discount rate (approximately) would the project have zero NPV? Check your answer.

**24.** If the interest rate is 7%, what is the value of the following three investments?

a. An investment that offers you $100 a year in perpetuity with the payment at the *end* of each year.

b. A similar investment with the payment at the *beginning* of each year.

c. A similar investment with the payment spread evenly over each year.

**25.** Refer back to Sections 2.2–2.4. If the rate of interest is 8% rather than 10%, how much would you need to set aside to provide each of the following?

a. $1 billion at the end of each year in perpetuity.

b. A perpetuity that pays $1 billion at the end of the first year and that grows at 4% a year.

c. $1 billion at the end of each year for 20 years.

d. $1 billion a year spread evenly over 20 years.

Visit us at www.mhhe.com/bma

**26.** How much will you have at the end of 20 years if you invest $100 today at 15% *annually* compounded? How much will you have if you invest at 15% *continuously* compounded?

**27.** You have just read an advertisement stating, "Pay us $100 a year for 10 years and we will pay you $100 a year thereafter in perpetuity." If this is a fair deal, what is the rate of interest?

**28.** Which would you prefer?

a. An investment paying interest of 12% compounded annually.

b. An investment paying interest of 11.7% compounded semiannually.

c. An investment paying 11.5% compounded continuously.

Work out the value of each of these investments after 1, 5, and 20 years.

**29.** A leasing contract calls for an immediate payment of $100,000 and nine subsequent $100,000 semiannual payments at six-month intervals. What is the PV of these payments if the *annual* discount rate is 8%?

eXcel
Visit us at
www.mhhe.com/bma

**30.** Several years ago *The Wall Street Journal* reported that the winner of the Massachusetts State Lottery prize had the misfortune to be both bankrupt and in prison for fraud. The prize was $9,420,713, to be paid in 19 equal annual installments. (There were 20 installments, but the winner had already received the first payment.) The bankruptcy court judge ruled that the prize should be sold off to the highest bidder and the proceeds used to pay off the creditors.

a. If the interest rate was 8%, how much would you have been prepared to bid for the prize?

b. Enhance Reinsurance Company was reported to have offered $4.2 million. Use Excel to find the return that the company was looking for.

**31.** A mortgage requires you to pay $70,000 at the end of each of the next eight years. The interest rate is 8%.

a. What is the present value of these payments?

b. Calculate for each year the loan balance that remains outstanding, the interest payment on the loan, and the reduction in the loan balance.

**32.** You estimate that by the time you retire in 35 years, you will have accumulated savings of $2 million. If the interest rate is 8% and you live 15 years after retirement, what annual level of expenditure will those savings support?

Unfortunately, inflation will eat into the value of your retirement income. Assume a 4% inflation rate and work out a spending program for your retirement that will allow you to increase your expenditure in line with inflation.

**33.** The *annually* compounded discount rate is 5.5%. You are asked to calculate the present value of a 12-year annuity with payments of $50,000 per year. Calculate PV for each of the following cases.

a. The annuity payments arrive at one-year intervals. The first payment arrives one year from now.

b. The first payment arrives in six months. Following payments arrive at one-year intervals (i.e., at 18 months, 30 months, etc.).

**34.** Dear Financial Adviser,

My spouse and I are each 62 and hope to retire in three years. After retirement we will receive $7,500 per month after taxes from our employers' pension plans and $1,500 per month after taxes from Social Security. Unfortunately our monthly living expenses are $15,000. Our social obligations preclude further economies.

We have $1,000,000 invested in a high-grade, tax-free municipal-bond mutual fund. The return on the fund is 3.5% per year. We plan to make annual withdrawals from the mutual fund to cover the difference between our pension and Social Security income and our living expenses. How many years before we run out of money?

Visit us at www.mhhe.com/bma

Sincerely,
Luxury Challenged
Marblehead, MA

You can assume that the withdrawals (one per year) will sit in a checking account (no interest). The couple will use the account to cover the monthly shortfalls.

**35.** Your firm's geologists have discovered a small oil field in New York's Westchester County. The field is forecasted to produce a cash flow of $C_1 = \$2$ million in the first year. You estimate that you could earn an expected return of $r = 12\%$ from investing in stocks with a similar degree of risk to your oil field. Therefore, 12% is the opportunity cost of capital.

What is the present value? The answer, of course, depends on what happens to the cash flows after the first year. Calculate present value for the following cases:

a. The cash flows are forecasted to continue forever, with no expected growth or decline.

b. The cash flows are forecasted to continue for 20 years only, with no expected growth or decline during that period.

c. The cash flows are forecasted to continue forever, increasing by 3% per year because of inflation.

d. The cash flows are forecasted to continue for 20 years only, increasing by 3% per year because of inflation.

## CHALLENGE

**36.** Here are two useful rules of thumb. The "Rule of 72" says that with discrete compounding the time it takes for an investment to double in value is roughly 72/interest rate (in percent). The "Rule of 69" says that with continuous compounding the time that it takes to double is exactly 69.3/interest rate (in percent).

a. If the annually compounded interest rate is 12%, use the Rule of 72 to calculate roughly how long it takes before your money doubles. Now work it out exactly.

b. Can you prove the Rule of 69?

**37.** Use Excel to construct your own set of annuity tables showing the annuity factor for a selection of interest rates and years.

excel
Visit us at www.mhhe.com/bma

**38.** You own an oil pipeline that will generate a $2 million cash return over the coming year. The pipeline's operating costs are negligible, and it is expected to last for a very long time. Unfortunately, the volume of oil shipped is declining, and cash flows are expected to decline by 4% per year. The discount rate is 10%.

a. What is the PV of the pipeline's cash flows if its cash flows are assumed to last forever?

b. What is the PV of the cash flows if the pipeline is scrapped after 20 years?

## REAL-TIME DATA ANALYSIS

There are dozens of Web sites that provide calculators to help with personal financial decisions. Two good examples are www.smartmoney.com and finance.yahoo.com. (*Note:* for both calculators the annual rate of interest is quoted as 12 times the monthly rate.)

**1. Amortizing loans** Suppose that you take out a 30-year mortgage loan of $200,000 at an interest rate of 10%.

a. What is your total monthly payment?

b. How much of the first month's payment goes to reduce the size of the loan?

c. How much of the payment after two years goes to reduce the size of the loan?

Visit us at www.mhhe.com/bma

You can check your answers by logging on to the personal finance page of **www.smartmoney.com** and using the mortgage calculator.

2. **Retirement planning** You need to have accumulated savings of $2 million by the time that you retire in 20 years. You currently have savings of $200,000. How much do you need to save each year to meet your goal? Find the savings calculator on **finance.yahoo.com** to check your answer.

3. In 2006 the State of Indiana sold a 75-year concession to operate and maintain the East-West Toll Road. Before doing so, it commissioned a consulting report that estimated the value of the concession. You can access this report at **www.in.gov/ifa/files/TollRoadFinancialAnalysis.pdf.** Download the spreadsheet of the forecasted cash flows from the toll road from this book's Web site at **www.mhhe.com/bma** to answer the following questions. (*Note:* Cash flows are reported only for each 10-year block. Except where more information is available, we have arbitrarily assumed cash flows are spread evenly during those 10 years.)
   a. Calculate the present value of the concession using a discount rate of 6%. (*Note:* Your figure will differ slightly from that in the consultant's report because we do not have exact cash flow forecasts for each year.)
   b. The consultant chose this discount rate because it was the interest rate that the state paid on its bonds. Do you think that this was the correct criterion? Why or why not?
   c. How does the value of the concession change if you use a higher discount rate?

Visit us at www.mhhe.com/bma

PART 1

CHAPTER 5

VALUE

# Net Present Value and Other Investment Criteria

**A company's shareholders** prefer to be rich rather than poor. Therefore, they want the firm to invest in every project that is worth more than it costs. The difference between a project's value and its cost is its *net present value (NPV)*. Companies can best help their shareholders by investing in all projects with a positive NPV and rejecting those with a negative NPV.

We start this chapter with a review of the net present value rule. We then turn to some other measures that companies may look at when making investment decisions. The first two of these measures, the project's payback period and its book rate of return, are little better than rules of thumb, easy to calculate and easy to communicate. Although there is a place for rules of thumb in this world, an engineer needs something more accurate when designing a 100-story building, and a financial manager needs more than a rule of thumb when making a substantial capital investment decision.

Instead of calculating a project's NPV, companies often compare the expected rate of return from investing in the project with the return that shareholders could earn on equivalent-risk investments in the capital market. The company accepts those projects that provide a higher return than shareholders could earn for themselves. If used correctly, this rate of return rule should always identify projects that increase firm value. However, we shall see that the rule sets several traps for the unwary.

We conclude the chapter by showing how to cope with situations when the firm has only limited capital. This raises two problems. One is computational. In simple cases we just choose those projects that give the highest NPV per dollar invested, but more elaborate techniques are sometimes needed to sort through the possible alternatives. The other problem is to decide whether capital rationing really exists and whether it invalidates the net present value rule. Guess what? NPV, properly interpreted, wins out in the end.

## 5-1 A Review of the Basics

Vegetron's chief financial officer (CFO) is wondering how to analyze a proposed \$1 million investment in a new venture called project X. He asks what you think.

Your response should be as follows: "First, forecast the cash flows generated by project X over its economic life. Second, determine the appropriate opportunity cost of capital ($r$). This should reflect both the time value of money and the risk involved in project X. Third, use this opportunity cost of capital to discount the project's future cash flows. The sum of the discounted cash flows is called present value (PV). Fourth, calculate *net* present value (NPV) by subtracting the \$1 million investment from PV. If we call the cash flows $C_0$, $C_1$, and so on, then

$$\text{NPV} = C_0 + \frac{C_1}{1 + r} + \frac{C_2}{(1 + r)^2} + \cdots$$

We should invest in project X if its NPV is greater than zero."

However, Vegetron's CFO is unmoved by your sagacity. He asks why NPV is so important.

Your reply: "Let us look at what is best for Vegetron stockholders. They want you to make their Vegetron shares as valuable as possible.

"Right now Vegetron's total market value (price per share times the number of shares outstanding) is $10 million. That includes $1 million cash we can invest in project X. The value of Vegetron's other assets and opportunities must therefore be $9 million. We have to decide whether it is better to keep the $1 million cash and reject project X or to spend the cash and accept the project. Let us call the value of the new project PV. Then the choice is as follows:

| | Market Value ($ millions) | |
|---|---|---|
| **Asset** | **Reject Project X** | **Accept Project X** |
| Cash | 1 | 0 |
| Other assets | 9 | 9 |
| Project X | 0 | PV |
| | 10 | 9 + PV |

"Clearly project X is worthwhile if its present value, PV, is greater than $1 million, that is, if net present value is positive."

CFO: "How do I know that the PV of project X will actually show up in Vegetron's market value?"

Your reply: "Suppose we set up a new, independent firm X, whose only asset is project X. What would be the market value of firm X?

"Investors would forecast the dividends that firm X would pay and discount those dividends by the expected rate of return of securities having similar risks. We know that stock prices are equal to the present value of forecasted dividends.

"Since project X is the only asset, the dividend payments we would expect firm X to pay are exactly the cash flows we have forecasted for project X. Moreover, the rate investors would use to discount firm X's dividends is exactly the rate we should use to discount project X's cash flows.

"I agree that firm X is entirely hypothetical. But if project X is accepted, investors holding Vegetron stock will really hold a portfolio of project X and the firm's other assets. We know the other assets are worth $9 million considered as a separate venture. Since asset values add up, we can easily figure out the portfolio value once we calculate the value of project X as a separate venture.

"By calculating the present value of project X, we are replicating the process by which the common stock of firm X would be valued in capital markets."

CFO: "The one thing I don't understand is where the discount rate comes from."

Your reply: "I agree that the discount rate is difficult to measure precisely. But it is easy to see what we are *trying* to measure. The discount rate is the opportunity cost of investing in the project rather than in the capital market. In other words, instead of accepting a project, the firm can always return the cash to the shareholders and let them invest it in financial assets.

"You can see the trade-off (Figure 5.1). The opportunity cost of taking the project is the return shareholders could have earned had they invested the funds on their own. When we discount the project's cash flows by the expected rate of return on financial assets, we are measuring how much investors would be prepared to pay for your project."




**FIGURE 5.1**

The firm can either keep and reinvest cash or return it to investors. (Arrows represent possible cash flows or transfers.) If cash is reinvested, the opportunity cost is the expected rate of return that shareholders could have obtained by investing in financial assets.

"But which financial assets?" Vegetron's CFO queries. "The fact that investors expect only 12% on IBM stock does not mean that we should purchase Fly-by-Night Electronics if it offers 13%."

Your reply: "The opportunity-cost concept makes sense only if assets of equivalent risk are compared. In general, you should identify financial assets that have the same risk as your project, estimate the expected rate of return on these assets, and use this rate as the opportunity cost."

## Net Present Value's Competitors

When you advised the CFO to calculate the project's NPV, you were in good company. These days 75% of firms always, or almost always, calculate net present value when deciding on investment projects. However, as you can see from Figure 5.2, NPV is not the only investment criterion that companies use, and firms often look at more than one measure of a project's attractiveness.

About three-quarters of firms calculate the project's internal rate of return (or IRR); that is roughly the same proportion as use NPV. The IRR rule is a close relative of NPV and, when used properly, it will give the same answer. You therefore need to understand the IRR rule and how to take care when using it.

A large part of this chapter is concerned with explaining the IRR rule, but first we look at two other measures of a project's attractiveness—the project's payback and its book rate of return. As we will explain, both measures have obvious defects. Few companies rely on them to make their investment decisions, but they do use them as supplementary measures that may help to distinguish the marginal project from the no-brainer.

Later in the chapter we also come across one further investment measure, the profitability index. Figure 5.2 shows that it is not often used, but you will find that there are circumstances in which this measure has some special advantages.

## Three Points to Remember about NPV

As we look at these alternative criteria, it is worth keeping in mind the following key features of the net present value rule. First, the NPV rule recognizes that *a dollar today is worth more than a dollar tomorrow,* because the dollar today can be invested to start earning interest immediately. Any investment rule that does not recognize the *time value of money* cannot be sensible. Second, net present value depends solely on the *forecasted cash flows*




**FIGURE 5.2**

Survey evidence on the percentage of CFOs who always, or almost always, use a particular technique for evaluating investment projects.

*Source:* Reprinted from J. R. Graham and C. R. Harvey, "The Theory and Practice of Finance: Evidence from the Field," *Journal of Financial Economics* 61 (2001), pp. 187–243, © 2001 with permission from Elsevier Science.

from the project and the *opportunity cost of capital.* Any investment rule that is affected by the manager's tastes, the company's choice of accounting method, the profitability of the company's existing business, or the profitability of other independent projects will lead to inferior decisions. Third, *because present values are all measured in today's dollars, you can add them up*. Therefore, if you have two projects A and B, the net present value of the combined investment is

$$NPV(A + B) = NPV(A) + NPV(B)$$

This adding-up property has important implications. Suppose project B has a negative NPV. If you tack it onto project A, the joint project (A + B) must have a lower NPV than A on its own. Therefore, you are unlikely to be misled into accepting a poor project (B) just because it is packaged with a good one (A). As we shall see, the alternative measures do not have this property. If you are not careful, you may be tricked into deciding that a package of a good and a bad project is better than the good project on its own.

## NPV Depends on Cash Flow, Not on Book Returns

Net present value depends only on the project's cash flows and the opportunity cost of capital. But when companies report to shareholders, they do not simply show the cash flows. They also report book—that is, accounting—income and book assets.

Financial managers sometimes use these numbers to calculate a book (or accounting) rate of return on a proposed investment. In other words, they look at the prospective book income as a proportion of the book value of the assets that the firm is proposing to acquire:

$$\text{Book rate of return} = \frac{\text{book income}}{\text{book assets}}$$

Cash flows and book income are often very different. For example, the accountant labels some cash outflows as *capital investments* and others as *operating expenses.* The operating expenses are, of course, deducted immediately from each year's income. The capital expenditures are put on the firm's balance sheet and then depreciated. The annual depreciation charge is deducted from each year's income. Thus the book rate of return depends

on which items the accountant treats as capital investments and how rapidly they are depreciated.[1]

Now the merits of an investment project do not depend on how accountants classify the cash flows[2] and few companies these days make investment decisions just on the basis of the book rate of return. But managers know that the company's shareholders pay considerable attention to book measures of profitability and naturally they think (and worry) about how major projects would affect the company's book return. Those projects that would reduce the company's book return may be scrutinized more carefully by senior management.

You can see the dangers here. The company's book rate of return may not be a good measure of true profitability. It is also an *average* across all of the firm's activities. The average profitability of past investments is not usually the right hurdle for new investments. Think of a firm that has been exceptionally lucky and successful. Say its average book return is 24%, double shareholders' 12% opportunity cost of capital. Should it demand that all *new* investments offer 24% or better? Clearly not: That would mean passing up many positive-NPV opportunities with rates of return between 12 and 24%.

We will come back to the book rate of return in Chapters 12 and 28, when we look more closely at accounting measures of financial performance.

## 5-2 Payback

We suspect that you have often heard conversations that go something like this: "We are spending $6 a week, or around $300 a year, at the laundromat. If we bought a washing machine for $800, it would pay for itself within three years. That's well worth it." You have just encountered the payback rule.

A project's **payback period** is found by counting the number of years it takes before the cumulative cash flow equals the initial investment. For the washing machine the payback period was just under three years. The **payback *rule*** states that a project should be accepted if its payback period is less than some specified cutoff period. For example, if the cutoff period is four years, the washing machine makes the grade; if the cutoff is two years, it doesn't.

### EXAMPLE 5.1 ● The Payback Rule

Consider the following three projects:

| | Cash Flows ($) | | | | | |
|---|---|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | $C_2$ | $C_3$ | **Payback Period (years)** | **NPV at 10%** |
| A | −2,000 | 500 | 500 | 5,000 | 3 | +2,624 |
| B | −2,000 | 500 | 1,800 | 0 | 2 | −58 |
| C | −2,000 | 1,800 | 500 | 0 | 2 | +50 |

[1] This chapter's mini-case contains simple illustrations of how book rates of return are calculated and of the difference between accounting income and project cash flow. Read the case if you wish to refresh your understanding of these topics. Better still, do the case calculations.

[2] Of course, the depreciation method used for tax purposes does have cash consequences that should be taken into account in calculating NPV. We cover depreciation and taxes in the next chapter.

Project A involves an initial investment of $2,000 ($C_0 = -2{,}000$) followed by cash inflows during the next three years. Suppose the opportunity cost of capital is 10%. Then project A has an NPV of +$2,624:

$$\text{NPV(A)} = -2{,}000 + \frac{500}{1.10} + \frac{500}{1.10^2} + \frac{5{,}000}{1.10^3} = +\$2{,}624$$

Project B also requires an initial investment of $2,000 but produces a cash inflow of $500 in year 1 and $1,800 in year 2. At a 10% opportunity cost of capital project B has an NPV of −$58:

$$\text{NPV(B)} = -2{,}000 + \frac{500}{1.10} + \frac{1{,}800}{1.10^2} = -\$58$$

The third project, C, involves the same initial outlay as the other two projects but its first-period cash flow is larger. It has an NPV of +$50.

$$\text{NPV(C)} = -2{,}000 + \frac{1{,}800}{1.10} + \frac{500}{1.10^2} = +\$50$$

The net present value rule tells us to accept projects A and C but to reject project B.

Now look at how rapidly each project pays back its initial investment. With project A you take three years to recover the $2,000 investment; with projects B and C you take only two years. If the firm used the *payback rule* with a cutoff period of two years, it would accept only projects B and C; if it used the payback rule with a cutoff period of three or more years, it would accept all three projects. Therefore, regardless of the choice of cutoff period, the payback rule gives different answers from the net present value rule.

You can see why payback can give misleading answers as illustrated in Example 5.1:

1. *The payback rule ignores all cash flows after the cutoff date.* If the cutoff date is two years, the payback rule rejects project A regardless of the size of the cash inflow in year 3.
2. *The payback rule gives equal weight to all cash flows before the cutoff date.* The payback rule says that projects B and C are equally attractive, but because C's cash inflows occur earlier, C has the higher net present value at any discount rate.

In order to use the payback rule, a firm has to decide on an appropriate cutoff date. If it uses the same cutoff regardless of project life, it will tend to accept many poor short-lived projects and reject many good long-lived ones.

We have had little good to say about the payback rule. So why do many companies continue to use it? Senior managers don't truly believe that all cash flows after the payback period are irrelevant. We suggest three explanations. First, payback may be used because it is the simplest way to *communicate* an idea of project profitability. Investment decisions require discussion and negotiation between people from all parts of the firm, and it is important to have a measure that everyone can understand. Second, managers of larger corporations may opt for projects with short paybacks because they believe that quicker profits mean quicker promotion. That takes us back to Chapter 1 where we discussed the need to align the objectives of managers with those of shareholders. Finally, owners of family firms with limited access to capital may worry about their future ability to raise capital. These worries may lead them to favor rapid payback projects even though a longer-term venture may have a higher NPV.