### Discounted Payback

Occasionally companies discount the cash flows before they compute the payback period. The discounted cash flows for our three projects are as follows:

| Discounted Cash Flows ($) | | | | | | |
|---|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | Discounted Payback Period (years) | NPV at 20% |
| A | −2,000 | 500/1.10 = 455 | $500/1.10^2$ = 413 | $5{,}000/1.10^3$ = 3,757 | 3 | +2,624 |
| B | −2,000 | 500/1.10 = 455 | $1{,}800/1.10^2$ = 1,488 | | — | −58 |
| C | −2,000 | 1,800/1.10 = 1,636 | $500/1.10^2$ = 413 | | 2 | +50 |

The *discounted payback rule* asks, How many years does the project have to last in order for it to make sense in terms of net present value? You can see that the value of the cash inflows from project B never exceeds the initial outlay and would always be rejected under the discounted payback rule. Thus the discounted payback rule will never accept a negative-NPV project. On the other hand, it still takes no account of cash flows after the cutoff date, so that good long-term projects such as A continue to risk rejection.

Rather than automatically rejecting any project with a long discounted payback period, many managers simply use the measure as a warning signal. These managers don't unthinkingly reject a project with a long discounted-payback period. Instead they check that the proposer is not unduly optimistic about the project's ability to generate cash flows into the distant future. They satisfy themselves that the equipment has a long life and that competitors will not enter the market and eat into the project's cash flows.

## 5-3 Internal (or Discounted-Cash-Flow) Rate of Return

Whereas payback and return on book are ad hoc measures, internal rate of return has a much more respectable ancestry and is recommended in many finance texts. If, therefore, we dwell more on its deficiencies, it is not because they are more numerous but because they are less obvious.

In Chapter 2 we noted that the net present value rule could also be expressed in terms of rate of return, which would lead to the following rule: "Accept investment opportunities offering rates of return in excess of their opportunity costs of capital." That statement, properly interpreted, is absolutely correct. However, interpretation is not always easy for long-lived investment projects.

There is no ambiguity in defining the true rate of return of an investment that generates a single payoff after one period:

$$\text{Rate of return} = \frac{\text{payoff}}{\text{investment}} - 1$$

Alternatively, we could write down the NPV of the investment and find the discount rate that makes NPV = 0.

$$\text{NPV} = C_0 + \frac{C_1}{1 + \text{discount rate}} = 0$$

implies

$$\text{Discount rate} = \frac{C_1}{-C_0} - 1$$

Of course $C_1$ is the payoff and $-C_0$ is the required investment, and so our two equations say exactly the same thing. *The discount rate that makes NPV = 0 is also the rate of return.*

How do we calculate return when the project produces cash flows in several periods? Answer: we use the same definition that we just developed for one-period projects—*the project rate of return is the discount rate that gives a zero NPV.* This discount rate is known as the **discounted-cash-flow (DCF) rate of return** or **internal rate of return (IRR).** The internal rate of return is used frequently in finance. It can be a handy measure, but, as we shall see, it can also be a misleading measure. You should, therefore, know how to calculate it and how to use it properly.

## Calculating the IRR

The internal rate of return is defined as the rate of discount that makes NPV = 0. So to find the IRR for an investment project lasting $T$ years, we must solve for IRR in the following expression:

$$\text{NPV} = C_0 + \frac{C_1}{1 + \text{IRR}} + \frac{C_2}{(1 + \text{IRR})^2} + \cdots + \frac{C_T}{(1 + \text{IRR})^T} = 0$$

Actual calculation of IRR usually involves trial and error. For example, consider a project that produces the following flows:

| Cash Flows ($) | | |
|---|---|---|
| $C_0$ | $C_1$ | $C_2$ |
| −4,000 | +2,000 | +4,000 |

The internal rate of return is IRR in the equation

$$\text{NPV} = -4{,}000 + \frac{2{,}000}{1 + \text{IRR}} + \frac{4{,}000}{(1 + \text{IRR})^2} = 0$$

Let us arbitrarily try a zero discount rate. In this case NPV is not zero but +$2,000:

$$\text{NPV} = -4{,}000 + \frac{2{,}000}{1.0} + \frac{4{,}000}{(1.0)^2} = +\$2{,}000$$

The NPV is positive; therefore, the IRR must be greater than zero. The next step might be to try a discount rate of 50%. In this case net present value is −$889:

$$\text{NPV} = -4{,}000 + \frac{2{,}000}{1.50} + \frac{4{,}000}{(1.50)^2} = -\$889$$

The NPV is negative; therefore, the IRR must be less than 50%. In Figure 5.3 we have plotted the net present values implied by a range of discount rates. From this we can see that a discount rate of 28% gives the desired net present value of zero. Therefore IRR is 28%.

The easiest way to calculate IRR, if you have to do it by hand, is to plot three or four combinations of NPV and discount rate on a graph like Figure 5.3, connect the points with a smooth line, and read off the discount rate at which NPV = 0. It is of course quicker and more accurate to use a computer spreadsheet or a specially programmed calculator, and in practice this is what

financial managers do. The Useful Spreadsheet Functions box near the end of the chapter presents Excel functions for doing so.

Some people confuse the internal rate of return and the opportunity cost of capital because both appear as discount rates in the NPV formula. The internal rate of return is a *profitability measure* that depends solely on the amount and timing of the project cash flows. The opportunity cost of capital is a *standard of profitability* that we use to calculate how much the project is worth. The opportunity cost of capital is established in capital markets. It is the expected rate of return offered by other assets with the same risk as the project being evaluated.




**FIGURE 5.3**

This project costs $4,000 and then produces cash inflows of $2,000 in year 1 and $4,000 in year 2. Its internal rate of return (IRR) is 28%, the rate of discount at which NPV is zero.

## The IRR Rule

*The internal rate of return rule* is to accept an investment project if the opportunity cost of capital is less than the internal rate of return. You can see the reasoning behind this idea if you look again at Figure 5.3. If the opportunity cost of capital is less than the 28% IRR, then the project has a *positive* NPV when discounted at the opportunity cost of capital. If it is equal to the IRR, the project has a *zero* NPV. And if it is greater than the IRR, the project has a *negative* NPV. Therefore, when we compare the opportunity cost of capital with the IRR on our project, we are effectively asking whether our project has a positive NPV. This is true not only for our example. The rule will give the same answer as the net present value rule *whenever the NPV of a project is a smoothly declining function of the discount rate.*

Many firms use internal rate of return as a criterion in preference to net present value. We think that this is a pity. Although, properly stated, the two criteria are formally equivalent, the internal rate of return rule contains several pitfalls.

## Pitfall 1—Lending or Borrowing?

Not all cash-flow streams have NPVs that decline as the discount rate increases. Consider the following projects A and B:

| | Cash Flows ($) | | | |
|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | **IRR** | **NPV at 10%** |
| A | −1,000 | +1,500 | +50% | +364 |
| B | +1,000 | −1,500 | +50% | −364 |

Each project has an IRR of 50%. (In other words, $-1{,}000 + 1{,}500/1.50 = 0$ *and* $+ 1{,}000 - 1{,}500/1.50 = 0$.)

Does this mean that they are equally attractive? Clearly not, for in the case of A, where we are initially paying out $1,000, we are *lending* money at 50%, in the case of B, where we

are initially receiving $1,000, we are *borrowing* money at 50%. When we lend money, we want a *high* rate of return; when we borrow money, we want a *low* rate of return.

If you plot a graph like Figure 5.3 for project B, you will find that NPV increases as the discount rate increases. Obviously the internal rate of return rule, as we stated it above, won't work in this case; we have to look for an IRR *less* than the opportunity cost of capital.

## Pitfall 2—Multiple Rates of Return

Helmsley Iron is proposing to develop a new strip mine in Western Australia. The mine involves an initial investment of A$3 billion and is expected to produce a cash inflow of A$1 billion a year for the next nine years. At the end of that time the company will incur A$6.5 billion of cleanup costs. Thus the cash flows from the project are:

| Cash Flows (billions of Australian dollars) | | | | |
|---|---|---|---|---|
| $C_0$ | $C_1$ | . . . | $C_9$ | $C_{10}$ |
| −3 | 1 | | 1 | −6.5 |

Helmsley calculates the project's IRR and its NPV as follows:

| IRR (%) | NPV at 10% |
|---|---|
| +3.50 *and* 19.54 | $A253 million |

Note that there are *two* discount rates that make NPV = 0. That is, *each* of the following statements holds:

$$\text{NPV} = -3 + \frac{1}{1.035} + \frac{1}{1.035^2} + \cdots + \frac{1}{1.035^9} - \frac{6.5}{1.035^{10}} = 0$$

$$\text{NPV} = -3 + \frac{1}{1.1954} + \frac{1}{1.1954^2} + \cdots + \frac{1}{1.1954^9} - \frac{6.5}{1.1954^{10}} = 0$$

In other words, the investment has an IRR of both 3.50 *and* 19.54%. Figure 5.4 shows how this comes about. As the discount rate increases, NPV initially rises and then declines. The reason for this is the double change in the sign of the cash-flow stream. There can be as many internal rates of return for a project as there are changes in the sign of the cash flows.[3]

Decommissioning and clean-up costs can sometimes be huge. Phillips Petroleum has estimated that it will need to spend $1 billion to remove its Norwegian offshore oil platforms. It can cost over $300 million to decommission a nuclear power plant. These are obvious instances where cash flows go from positive to negative, but you can probably think of a number of other cases where the company needs to plan for later expenditures. Ships periodically need to go into dry dock for a refit, hotels may receive a major face-lift, machine parts may need replacement, and so on.

Whenever the cash-flow stream is expected to change sign more than once, the company typically sees more than one IRR.

As if this is not difficult enough, there are also cases in which *no* internal rate of return exists. For example, project C has a positive net present value at all discount rates:

| | Cash Flows ($) | | | | |
|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | IRR (%) | NPV at 10% |
| C | +1,000 | −3,000 | +2,500 | None | +339 |

[3] By Descartes's "rule of signs" there can be as many different solutions to a polynomial as there are changes of sign.




**FIGURE 5.4**

Helmsley Iron's mine has two internal rates of return. NPV = 0 when the discount rate is +3.50% *and* when it is +19.54%.

A number of adaptations of the IRR rule have been devised for such cases. Not only are they inadequate, but they also are unnecessary, for the simple solution is to use net present value.[4]

## Pitfall 3—Mutually Exclusive Projects

Firms often have to choose from among several alternative ways of doing the same job or using the same facility. In other words, they need to choose from among **mutually exclusive projects.** Here too the IRR rule can be misleading.

Consider projects D and E:

| | Cash Flows ($) | | | |
|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | **IRR (%)** | **NPV at 10%** |
| D | −10,000 | +20,000 | 100 | + 8,182 |
| E | −20,000 | +35,000 | 75 | +11,818 |

Perhaps project D is a manually controlled machine tool and project E is the same tool with the addition of computer control. Both are good investments, but E has the higher NPV and is, therefore, better. However, the IRR rule seems to indicate that if you have to choose, you should go for D since it has the higher IRR. If you follow the IRR rule, you have the satisfaction of earning a 100% rate of return; if you follow the NPV rule, you are $11,818 richer.

---

[4] Companies sometimes get around the problem of multiple rates of return by discounting the later cash flows back at the cost of capital until there remains only one change in the sign of the cash flows. A *modified internal rate of return* (MIRR) can then be calculated on this revised series. In our example, the MIRR is calculated as follows:

1. Calculate the present value in year 5 of all the subsequent cash flows:

$$\text{PV in year 5} = 1/1.1 + 1/1.1^2 + 1/1.1^3 + +1/1.1^4 - 6.5/1.1^5 = -.866$$

2. Add to the year 5 cash flow the present value of subsequent cash flows:

$$C_5 + \text{PV(subsequent cash flows)} = 1 - .866 = .134$$

3. Since there is now only one change in the sign of the cash flows, the revised series has a unique rate of return, which is 13.7%

$$\text{NPV} = 1/1.137 + 1/1.137^2 + 1/1.137^3 + 1/1.137^4 + .134/1.137^5 = 0$$

Since the MIRR of 13.7% is greater than the cost of capital (and the initial cash flow is negative), the project has a positive NPV when valued at the cost of capital.

Of course, it would be much easier in such cases to abandon the IRR rule and just calculate project NPV.

You can salvage the IRR rule in these cases by looking at the internal rate of return on the *incremental* flows. Here is how to do it: First, consider the smaller project (D in our example). It has an IRR of 100%, which is well in excess of the 10% opportunity cost of capital. You know, therefore, that D is acceptable. You now ask yourself whether it is worth making the additional $10,000 investment in E. The incremental flows from undertaking E rather than D are as follows:

| Cash Flows ($) | | | | |
|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | **IRR (%)** | **NPV at 10%** |
| E − D | −10,000 | +15,000 | 50 | +3,636 |

The IRR on the incremental investment is 50%, which is also well in excess of the 10% opportunity cost of capital. So you should prefer project E to project D.[5]

Unless you look at the incremental expenditure, IRR is unreliable in ranking projects of different scale. It is also unreliable in ranking projects that offer different patterns of cash flow over time. For example, suppose the firm can take project F *or* project G but not both (ignore H for the moment):

| Cash Flows ($) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | **Etc.** | **IRR (%)** | **NPV at 10%** |
| F | −9,000 | +6,000 | +5,000 | +4,000 | 0 | 0 | . . . | 33 | 3,592 |
| G | −9,000 | +1,800 | +1,800 | +1,800 | +1,800 | +1,800 | . . . | 20 | 9,000 |
| H | | −6,000 | +1,200 | +1,200 | +1,200 | +1,200 | . . . | 20 | 6,000 |

Project F has a higher IRR, but project G, which is a perpetuity, has the higher NPV. Figure 5.5 shows why the two rules give different answers. The green line gives the net present value of project F at different rates of discount. Since a discount rate of 33% produces a net present value of zero, this is the internal rate of return for project F. Similarly, the brown line shows the net present value of project G at different discount rates. The IRR of project G is 20%. (We assume project G's cash flows continue indefinitely.) Note, however, that project G has a higher NPV as long as the opportunity cost of capital is less than 15.6%.

The reason that IRR is misleading is that the total cash inflow of project G is larger but tends to occur later. Therefore, when the discount rate is low, G has the higher NPV; when the discount rate is high, F has the higher NPV. (You can see from Figure 5.5 that the two projects have the *same* NPV when the discount rate is 15.6%.) The internal rates of return on the two projects tell us that at a discount rate of 20% G has a zero NPV (IRR = 20%) and F has a positive NPV. Thus if the opportunity cost of capital were 20%, investors would place a higher value on the shorter-lived project F. But in our example the opportunity cost of capital is not 20% but 10%. So investors will

**FIGURE 5.5**

The IRR of project F exceeds that of project G, but the NPV of project F is higher *only* if the discount rate is greater than 15.6%.




[5] You may, however, find that you have jumped out of the frying pan into the fire. The series of incremental cash flows may involve several changes in sign. In this case there are likely to be multiple IRRs and you will be forced to use the NPV rule after all.

pay a relatively high price for the longer-lived project. At a 10% cost of capital, an investment in G has an NPV of $9,000 and an investment in F has an NPV of only $3,592.[6]

This is a favorite example of ours. We have gotten many businesspeople's reaction to it. When asked to choose between F and G, many choose F. The reason seems to be the rapid payback generated by project F. In other words, they believe that if they take F, they will also be able to take a later project like H (note that H can be financed using the cash flows from F), whereas if they take G, they won't have money enough for H. In other words they implicitly assume that it is a *shortage of capital* that forces the choice between F and G. When this implicit assumption is brought out, they usually admit that G is better if there is no capital shortage.

But the introduction of capital constraints raises two further questions. The first stems from the fact that most of the executives preferring F to G work for firms that would have no difficulty raising more capital. Why would a manager at IBM, say, choose F on the grounds of limited capital? IBM can raise plenty of capital and can take project H regardless of whether F or G is chosen; therefore H should not affect the choice between F and G. The answer seems to be that large firms usually impose capital budgets on divisions and subdivisions as a part of the firm's planning and control system. Since the system is complicated and cumbersome, the budgets are not easily altered, and so they are perceived as real constraints by middle management.

The second question is this. If there is a capital constraint, either real or self-imposed, should IRR be used to rank projects? The answer is no. The problem in this case is to find the package of investment projects that satisfies the capital constraint and has the largest net present value. The IRR rule will not identify this package. As we will show in the next section, the only practical and general way to do so is to use the technique of linear programming.

When we have to choose between projects F and G, it is easiest to compare the net present values. But if your heart is set on the IRR rule, you can use it as long as you look at the internal rate of return on the incremental flows. The procedure is exactly the same as we showed above. First, you check that project F has a satisfactory IRR. Then you look at the return on the incremental cash flows from G.

| | Cash Flows ($) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | **Etc.** | **IRR (%)** | **NPV at 10%** |
| G − F | 0 | −4,200 | −3,200 | −2,200 | +1,800 | +1,800 | . . . | 15.6 | +5,408 |

The IRR on the incremental cash flows from G is 15.6%. Since this is greater than the opportunity cost of capital, you should undertake G rather than F.[7]

## Pitfall 4—What Happens When There Is More than One Opportunity Cost of Capital?

We have simplified our discussion of capital budgeting by assuming that the opportunity cost of capital is the same for all the cash flows, $C_1$, $C_2$, $C_3$, etc. Remember our most general formula for calculating net present value:

$$\text{NPV} = C_0 + \frac{C_1}{1 + r_1} + \frac{C_2}{(1 + r_2)^2} + \frac{C_3}{(1 + r_3)^3} + \cdots$$

[6] It is often suggested that the choice between the net present value rule and the internal rate of return rule should depend on the probable reinvestment rate. This is wrong. The prospective return on another *independent* investment should *never* be allowed to influence the investment decision.

[7] Because F and G had the same 10% cost of capital, we could choose between the two projects by asking whether the IRR on the incremental cash flows was greater or less than 10%. But suppose that F and G had different risks and therefore different costs of capital. In that case there would be no simple yardstick for assessing whether the IRR on the incremental cash flows was adequate.

In other words, we discount $C_1$ at the opportunity cost of capital for one year, $C_2$ at the opportunity cost of capital for two years, and so on. The IRR rule tells us to accept a project if the IRR is greater than the opportunity cost of capital. But what do we do when we have several opportunity costs? Do we compare IRR with $r_1$, $r_2$, $r_3$, . . .? Actually we would have to compute a complex weighted average of these rates to obtain a number comparable to IRR.

What does this mean for capital budgeting? It means trouble for the IRR rule whenever there is more than one opportunity cost of capital. Many firms use the IRR, thereby implicitly assuming that there is no difference between short-term and long-term discount rates. They do this for the same reason that we have so far finessed the issue: simplicity.[8]

## The Verdict on IRR

We have given four examples of things that can go wrong with IRR. We spent much less space on payback or return on book. Does this mean that IRR is worse than the other two measures? Quite the contrary. There is little point in dwelling on the deficiencies of payback or return on book. They are clearly ad hoc measures that often lead to silly conclusions. The IRR rule has a much more respectable ancestry. It is less easy to use than NPV, but, used properly, it gives the same answer.

Nowadays few large corporations use the payback period or return on book as their primary measure of project attractiveness. Most use discounted cash flow or "DCF," and for many companies DCF means IRR, not NPV. For "normal" investment projects with an initial cash outflow followed by a series of cash inflows, there is no difficulty in using the internal rate of return to make a simple accept/reject decision. However, we think that financial managers need to worry more about Pitfall 3. Financial managers never see all possible projects. Most projects are proposed by operating managers. A company that instructs nonfinancial managers to look first at project IRRs prompts a search for those projects with the highest IRRs rather than the highest NPVs. It also encourages managers to *modify* projects so that their IRRs are higher. Where do you typically find the highest IRRs? In short-lived projects requiring little up-front investment. Such projects may not add much to the value of the firm.

We don't know why so many companies pay such close attention to the internal rate of return, but we suspect that it may reflect the fact that management does not trust the forecasts it receives. Suppose that two plant managers approach you with proposals for two new investments. Both have a positive NPV of $1,400 at the company's 8% cost of capital, but you nevertheless decide to accept project A and reject B. Are you being irrational?

The cash flows for the two projects and their NPVs are set out in the table below. You can see that, although both proposals have the same NPV, project A involves an investment of $9,000, while B requires an investment of $9 million. Investing $9,000 to make $1,400 is clearly an attractive proposition, and this shows up in A's IRR of nearly 16%. Investing $9 million to make $1,400 might also be worth doing if you could be *sure* of the plant manager's forecasts, but there is almost no room for error in project B. You could spend time and money checking the cash-flow forecasts, but is it really worth the effort? Most managers would look at the IRR and decide that, if the cost of capital is 8%, a project that offers a return of 8.01% is not worth the worrying time.

Alternatively, management may conclude that project A is a clear winner that is worth undertaking right away, but in the case of project B it may make sense to wait and see

[8] In Chapter 9 we look at some other cases in which it would be misleading to use the same discount rate for both short-term and long-term cash flows.

whether the decision looks more clear-cut in a year's time.[9] Management postpones the decision on projects such as B by setting a hurdle rate for the IRR that is higher than the cost of capital.

| Cash Flows ($ thousands) | | | | | | |
|---|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | NPV at 8% | IRR (%) |
| A | −9.0 | 2.9 | 4.0 | 5.4 | 1.4 | 15.58 |
| B | −9,000 | 2,560 | 3,540 | 4,530 | 1.4 | 8.01 |

## 5-4 Choosing Capital Investments When Resources Are Limited

Our entire discussion of methods of capital budgeting has rested on the proposition that the wealth of a firm's shareholders is highest if the firm accepts *every* project that has a positive net present value. Suppose, however, that there are limitations on the investment program that prevent the company from undertaking all such projects. Economists call this *capital rationing.* When capital is rationed, we need a method of selecting the package of projects that is within the company's resources yet gives the highest possible net present value.

### An Easy Problem in Capital Rationing

Let us start with a simple example. The opportunity cost of capital is 10%, and our company has the following opportunities:

| Cash Flows ($ millions) | | | | |
|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | NPV at 10% |
| A | −10 | +30 | +5 | 21 |
| B | −5 | +5 | +20 | 16 |
| C | −5 | +5 | +15 | 12 |

All three projects are attractive, but suppose that the firm is limited to spending $10 million. In that case, it can invest *either* in project A *or* in projects B and C, but it cannot invest in all three. Although individually B and C have lower net present values than project A, when taken together they have the higher net present value. Here we cannot choose between projects solely on the basis of net present values. When funds are limited, we need to concentrate on getting the biggest bang for our buck. In other words, we must pick the projects that offer the highest net present value per dollar of initial outlay. This ratio is known as the **profitability index:**[10]

$$\text{Profitability index} = \frac{\text{net present value}}{\text{investment}}$$

[9] In Chapter 22 we discuss when it may pay a company to delay undertaking a positive-NPV project. We will see that when projects are "deep-in-the-money" (project A), it generally pays to invest right away and capture the cash flows. However, in the case of projects that are close-to-the-money (project B) it makes more sense to wait and see.

[10] If a project requires outlays in two or more periods, the denominator should be the present value of the outlays. A few companies do not discount the benefits or costs before calculating the profitability index. The less said about these companies the better.

confirming pages
END.042.001.0013_145



For our three projects the profitability index is calculated as follows:[11]

| Project | Investment ($ millions) | NPV ($ millions) | Profitability Index |
|---|---|---|---|
| A | 10 | 21 | 2.1 |
| B | 5 | 16 | 3.2 |
| C | 5 | 12 | 2.4 |

Project B has the highest profitability index and C has the next highest. Therefore, if our budget limit is $10 million, we should accept these two projects.[12]

Unfortunately, there are some limitations to this simple ranking method. One of the most serious is that it breaks down whenever more than one resource is rationed.[13] For example, suppose that the firm can raise only $10 million for investment in *each* of years 0 and 1 and that the menu of possible projects is expanded to include an investment next year in project D:

| | Cash Flows ($ millions) | | | | |
|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | NPV at 10% | Profitability Index |
| A | −10 | +30 | +5 | 21 | 2.1 |
| B | −5 | +5 | +20 | 16 | 3.2 |
| C | −5 | +5 | +15 | 12 | 2.4 |
| D | 0 | −40 | +60 | 13 | 0.4 |

One strategy is to accept projects B and C; however, if we do this, we cannot also accept D, which costs more than our budget limit for period 1. An alternative is to accept project A in period 0. Although this has a lower net present value than the combination of B and C, it provides a $30 million positive cash flow in period 1. When this is added to the $10 million budget, we can also afford to undertake D next year. A and D have *lower* profitability indexes than B and C, but they have a *higher* total net present value.

The reason that ranking on the profitability index fails in this example is that resources are constrained in each of two periods. In fact, this ranking method is inadequate whenever there is *any* other constraint on the choice of projects. This means that it cannot cope with cases in which two projects are mutually exclusive or in which one project is dependent on another.

For example, suppose that you have a long menu of possible projects starting this year and next. There is a limit on how much you can invest in each year. Perhaps also you can't undertake both project alpha and beta (they both require the same piece of land), and you can't invest in project gamma unless you invest in delta (gamma is simply an add-on to

[11] Sometimes the profitability index is defined as the ratio of the present value to initial outlay, that is, as PV/investment. This measure is also known as the *benefit–cost ratio*. To calculate the benefit–cost ratio, simply add 1.0 to each profitability index. Project rankings are unchanged.

[12] If a project has a positive profitability index, it must also have a positive NPV. Therefore, firms sometimes use the profitability index to select projects when capital is *not* limited. However, like the IRR, the profitability index can be misleading when used to choose between mutually exclusive projects. For example, suppose you were forced to choose between (1) investing $100 in a project whose payoffs have a present value of $200 or (2) investing $1 million in a project whose payoffs have a present value of $1.5 million. The first investment has the higher profitability index; the second makes you richer.

[13] It may also break down if it causes some money to be left over. It might be better to spend all the available funds even if this involves accepting a project with a slightly lower profitability index.

delta). You need to find the package of projects that satisfies all these constraints and gives the highest NPV.

One way to tackle such a problem is to work through all possible combinations of projects. For each combination you first check whether the projects satisfy the constraints and then calculate the net present value. But it is smarter to recognize that linear programming (LP) techniques are specially designed to search through such possible combinations.[14]

## Uses of Capital Rationing Models

Linear programming models seem tailor-made for solving capital budgeting problems when resources are limited. Why then are they not universally accepted either in theory or in practice? One reason is that these models can turn out to be very complex. Second, as with any sophisticated long-range planning tool, there is the general problem of getting good data. It is just not worth applying costly, sophisticated methods to poor data. Furthermore, these models are based on the assumption that all future investment opportunities are known. In reality, the discovery of investment ideas is an unfolding process.

Our most serious misgivings center on the basic assumption that capital is limited. When we come to discuss company financing, we shall see that most large corporations do not face capital rationing and can raise large sums of money on fair terms. Why then do many company presidents tell their subordinates that capital is limited? If they are right, the capital market is seriously imperfect. What then are they doing maximizing NPV?[15] We might be tempted to suppose that if capital is not rationed, they do not *need* to use linear programming and, if it is rationed, then surely they *ought* not to use it. But that would be too quick a judgment. Let us look at this problem more deliberately.

**Soft Rationing** Many firms' capital constraints are "soft." They reflect no imperfections in capital markets. Instead they are provisional limits adopted by management as an aid to financial control.

Some ambitious divisional managers habitually overstate their investment opportunities. Rather than trying to distinguish which projects really are worthwhile, headquarters may find it simpler to impose an upper limit on divisional expenditures and thereby force the divisions to set their own priorities. In such instances budget limits are a rough but effective way of dealing with biased cash-flow forecasts. In other cases management may believe that very rapid corporate growth could impose intolerable strains on management and the organization. Since it is difficult to quantify such constraints explicitly, the budget limit may be used as a proxy.

Because such budget limits have nothing to do with any inefficiency in the capital market, there is no contradiction in using an LP model in the division to maximize net present value subject to the budget constraint. On the other hand, there is not much point in elaborate selection procedures if the cash-flow forecasts of the division are seriously biased.

Even if capital is not rationed, other resources may be. The availability of management time, skilled labor, or even other capital equipment often constitutes an important constraint on a company's growth.

---

[14] On our Web site at www.mhhe.com/bma we show how linear programming can be used to select from the four projects in our earlier example.

[15] Don't forget that in Chapter 1 we had to assume perfect capital markets to derive the NPV rule.

# USEFUL SPREADSHEET FUNCTIONS

## Internal Rate of Return

Spreadsheet programs such as Excel provide built-in functions to solve for internal rates of return. You can find these functions by pressing *fx* on the Excel toolbar. If you then click on the function that you wish to use, Excel will guide you through the inputs that are required. At the bottom left of the function box there is a Help facility with an example of how the function is used.

Here is a list of useful functions for calculating internal rates of return, together with some points to remember when entering data:

- **IRR:** Internal rate of return on a series of regularly spaced cash flows.
- **XIRR:** The same as IRR, but for irregularly spaced flows.




Note the following:

- For these functions, you must enter the addresses of the cells that contain the input values.
- The IRR functions calculate only one IRR even when there are multiple IRRs.

### SPREADSHEET QUESTIONS

The following questions provide an opportunity to practice each of the above functions:

1. (IRR) Check the IRRs on projects F and G in Section 5-3.
2. (IRR) What is the IRR of a project with the following cash flows:

| $C_0$ | $C_1$ | $C_2$ | $C_3$ |
|---|---|---|---|
| −$5,000 | +$2,200 | +$4,650 | +$3,330 |

3. (IRR) Now use the function to calculate the IRR on Helmsley Iron's mining project in Section 5-3. There are really two IRRs to this project (why?). How many IRRs does the function calculate?
4. (XIRR) What is the IRR of a project with the following cash flows:

| $C_0$ | | $C_4$ | | $C_5$ | | $C_6$ |
|---|---|---|---|---|---|---|
| −$215,000 | . . . | +$185,000 | . . . | +$85,000 | . . . | +$43,000 |

(All other cash flows are 0.)

**Hard Rationing** Soft rationing should never cost the firm anything. If capital constraints become tight enough to hurt—in the sense that projects with significant positive NPVs are passed up—then the firm raises more money and loosens the constraint. But what if it *can't* raise more money—what if it faces *hard* rationing?

Hard rationing implies market imperfections, but that does not necessarily mean we have to throw away net present value as a criterion for capital budgeting. It depends on the nature of the imperfection.

Arizona Aquaculture, Inc. (AAI), borrows as much as the banks will lend it, yet it still has good investment opportunities. This is not hard rationing so long as AAI can issue stock. But perhaps it can't. Perhaps the founder and majority shareholder vetoes the idea from

fear of losing control of the firm. Perhaps a stock issue would bring costly red tape or legal complications.[16]

This does not invalidate the NPV rule. AAI's *shareholders* can borrow or lend, sell their shares, or buy more. They have free access to security markets. The type of portfolio they hold is independent of AAI's financing or investment decisions. The only way AAI can help its shareholders is to make them richer. Thus AAI should invest its available cash in the package of projects having the largest aggregate net present value.

A barrier between the firm and capital markets does not undermine net present value so long as the barrier is the *only* market imperfection. The important thing is that the firm's *shareholders* have free access to well-functioning capital markets.

The net present value rule *is* undermined when imperfections restrict shareholders' portfolio choice. Suppose that Nevada Aquaculture, Inc. (NAI), is solely owned by its founder, Alexander Turbot. Mr. Turbot has no cash or credit remaining, but he is convinced that expansion of his operation is a high-NPV investment. He has tried to sell stock but has found that prospective investors, skeptical of prospects for fish farming in the desert, offer him much less than he thinks his firm is worth. For Mr. Turbot capital markets hardly exist. It makes little sense for him to discount prospective cash flows at a market opportunity cost of capital.

[16] A majority owner who is "locked in" and has much personal wealth tied up in AAI may be effectively cut off from capital markets. The NPV rule may not make sense to such an owner, though it will to the other shareholders.

## SUMMARY

If you are going to persuade your company to use the net present value rule, you must be prepared to explain why other rules may *not* lead to correct decisions. That is why we have examined three alternative investment criteria in this chapter.

Some firms look at the book rate of return on the project. In this case the company decides which cash payments are capital expenditures and picks the appropriate rate to depreciate these expenditures. It then calculates the ratio of book income to the book value of the investment. Few companies nowadays base their investment decision simply on the book rate of return, but shareholders pay attention to book measures of firm profitability and some managers therefore look with a jaundiced eye on projects that would damage the company's book rate of return.

Some companies use the payback method to make investment decisions. In other words, they accept only those projects that recover their initial investment within some specified period. Payback is an ad hoc rule. It ignores the timing of cash flows within the payback period, and it ignores subsequent cash flows entirely. It therefore takes no account of the opportunity cost of capital.

The internal rate of return (IRR) is defined as the rate of discount at which a project would have zero NPV. It is a handy measure and widely used in finance; you should therefore know how to calculate it. The IRR rule states that companies should accept any investment offering an IRR in excess of the opportunity cost of capital. The IRR rule is, like net present value, a technique based on discounted cash flows. It will therefore give the correct answer if properly used. The problem is that it is easily misapplied. There are four things to look out for:

1. *Lending or borrowing?* If a project offers positive cash flows followed by negative flows, NPV can *rise* as the discount rate is increased. You should accept such projects if their IRR is *less* than the opportunity cost of capital.

Visit us at www.mhhe.com/bma

2. *Multiple rates of return.* If there is more than one change in the sign of the cash flows, the project may have several IRRs or no IRR at all.
3. *Mutually exclusive projects.* The IRR rule may give the wrong ranking of mutually exclusive projects that differ in economic life or in scale of required investment. If you insist on using IRR to rank mutually exclusive projects, you must examine the IRR on each incremental investment.
4. *The cost of capital for near-term cash flows may be different from the cost for distant cash flows.* The IRR rule requires you to compare the project's IRR with the opportunity cost of capital. But sometimes there is an opportunity cost of capital for one-year cash flows, a different cost of capital for two-year cash flows, and so on. In these cases there is no simple yardstick for evaluating the IRR of a project.

In developing the NPV rule, we assumed that the company can maximize shareholder wealth by accepting every project that is worth more than it costs. But, if capital is strictly limited, then it may not be possible to take every project with a positive NPV. If capital is rationed in only one period, then the firm should follow a simple rule: Calculate each project's profitability index, which is the project's net present value per dollar of investment. Then pick the projects with the highest profitability indexes until you run out of capital. Unfortunately, this procedure fails when capital is rationed in more than one period or when there are other constraints on project choice. The only general solution is linear programming.

Hard capital rationing always reflects a market imperfection—a barrier between the firm and capital markets. If that barrier also implies that the firm's shareholders lack free access to a well-functioning capital market, the very foundations of net present value crumble. Fortunately, hard rationing is rare for corporations in the United States. Many firms do use soft capital rationing, however. That is, they set up self-imposed limits as a means of financial planning and control.

## FURTHER READING

*For a survey of capital budgeting procedures, see:*

J. Graham and C. Harvey, "How CFOs Make Capital Budgeting and Capital Structure Decisions," *Journal of Applied Corporate Finance* 15 (spring 2002), pp. 8–23.

Mc Graw Hill connect™ **Select problems are available in McGraw-Hill Connect. Please see the preface for more information.**

## PROBLEM SETS

### BASIC

1. a. What is the payback period on each of the following projects?

| | Cash Flows ($) | | | | |
|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ |
| A | −5,000 | +1,000 | +1,000 | +3,000 | 0 |
| B | −1,000 | 0 | +1,000 | +2,000 | +3,000 |
| C | −5,000 | +1,000 | +1,000 | +3,000 | +5,000 |

Visit us at www.mhhe.com/bma

b. Given that you wish to use the payback rule with a cutoff period of two years, which projects would you accept?

c. If you use a cutoff period of three years, which projects would you accept?

d. If the opportunity cost of capital is 10%, which projects have positive NPVs?

e. "If a firm uses a single cutoff period for all projects, it is likely to accept too many short-lived projects." True or false?

f. If the firm uses the discounted-payback rule, will it accept any negative-NPV projects? Will it turn down positive-NPV projects? Explain.

**2.** Write down the equation defining a project's internal rate of return (IRR). In practice how is IRR calculated?

**3.** a. Calculate the net present value of the following project for discount rates of 0, 50, and 100%:

| Cash Flows ($) | | |
|---|---|---|
| $C_0$ | $C_1$ | $C_2$ |
| −6,750 | +4,500 | +18,000 |

b. What is the IRR of the project?

**4.** You have the chance to participate in a project that produces the following cash flows:

| Cash Flows ($) | | |
|---|---|---|
| $C_0$ | $C_1$ | $C_2$ |
| +5,000 | +4,000 | −11,000 |

The internal rate of return is 13%. If the opportunity cost of capital is 10%, would you accept the offer?

**5.** Consider a project with the following cash flows:

| $C_0$ | $C_1$ | $C_2$ |
|---|---|---|
| −100 | +200 | −75 |

a. How many internal rates of return does this project have?

b. Which of the following numbers is the project IRR:
(i) −50%; (ii) −12%; (iii) +5%; (iv) +50%?

c. The opportunity cost of capital is 20%. Is this an attractive project? Briefly explain.

**6.** Consider projects Alpha and Beta:

| | Cash Flows ($) | | | |
|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | $C_2$ | **IRR (%)** |
| Alpha | −400,000 | +241,000 | +293,000 | 21 |
| Beta | −200,000 | +131,000 | +172,000 | 31 |

The opportunity cost of capital is 8%.

Suppose you can undertake Alpha or Beta, but not both. Use the IRR rule to make the choice. (*Hint:* What's the incremental investment in Alpha?)

Visit us at www.mhhe.com/bma

7. Suppose you have the following investment opportunities, but only $90,000 available for investment. Which projects should you take?

| Project | NPV | Investment |
|---|---|---|
| 1 | 5,000 | 10,000 |
| 2 | 5,000 | 5,000 |
| 3 | 10,000 | 90,000 |
| 4 | 15,000 | 60,000 |
| 5 | 15,000 | 75,000 |
| 6 | 3,000 | 15,000 |

## INTERMEDIATE

8. Consider the following projects:

| | Cash Flows ($) | | | | | |
|---|---|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ |
| A | −1,000 | +1,000 | 0 | 0 | 0 | 0 |
| B | −2,000 | +1,000 | +1,000 | +4,000 | +1,000 | +1,000 |
| C | −3,000 | +1,000 | +1,000 | 0 | +1,000 | +1,000 |

a. If the opportunity cost of capital is 10%, which projects have a positive NPV?
b. Calculate the payback period for each project.
c. Which project(s) would a firm using the payback rule accept if the cutoff period were three years?
d. Calculate the discounted payback period for each project.
e. Which project(s) would a firm using the discounted payback rule accept if the cutoff period were three years?

9. Respond to the following comments:
a. "I like the IRR rule. I can use it to rank projects without having to specify a discount rate."
b. "I like the payback rule. As long as the minimum payback period is short, the rule makes sure that the company takes no borderline projects. That reduces risk."

eXcel
Visit us at www.mhhe.com/bma

10. Calculate the IRR (or IRRs) for the following project:

| $C_0$ | $C_1$ | $C_2$ | $C_3$ |
|---|---|---|---|
| −3,000 | +3,500 | +4,000 | −4,000 |

For what range of discount rates does the project have positive NPV?

11. Consider the following two mutually exclusive projects:

| | Cash Flows ($) | | | |
|---|---|---|---|---|
| Project | $C_0$ | $C_1$ | $C_2$ | $C_3$ |
| A | −100 | +60 | +60 | 0 |
| B | −100 | 0 | 0 | +140 |

a. Calculate the NPV of each project for discount rates of 0, 10, and 20%. Plot these on a graph with NPV on the vertical axis and discount rate on the horizontal axis.
b. What is the approximate IRR for each project?

Visit us at www.mhhe.com/bma

c. In what circumstances should the company accept project A?

d. Calculate the NPV of the incremental investment (B − A) for discount rates of 0, 10, and 20%. Plot these on your graph. Show that the circumstances in which you would accept A are also those in which the IRR on the incremental investment is less than the opportunity cost of capital.

**12.** Mr. Cyrus Clops, the president of Giant Enterprises, has to make a choice between two possible investments:

| Cash Flows ($ thousands) | | | | |
|---|---|---|---|---|
| **Project** | $C_0$ | $C_1$ | $C_2$ | **IRR (%)** |
| A | −400 | +250 | +300 | 23 |
| B | −200 | +140 | +179 | 36 |

The opportunity cost of capital is 9%. Mr. Clops is tempted to take B, which has the higher IRR.

a. Explain to Mr. Clops why this is not the correct procedure.

b. Show him how to adapt the IRR rule to choose the best project.

c. Show him that this project also has the higher NPV.

**13.** The Titanic Shipbuilding Company has a noncancelable contract to build a small cargo vessel. Construction involves a cash outlay of $250,000 at the end of each of the next two years. At the end of the third year the company will receive payment of $650,000. The company can speed up construction by working an extra shift. In this case there will be a cash outlay of $550,000 at the end of the first year followed by a cash payment of $650,000 at the end of the second year. Use the IRR rule to show the (approximate) range of opportunity costs of capital at which the company should work the extra shift.

excel
Visit us at
www.mhhe.com/bma

**14.** Look again at projects D and E in Section 5.3. Assume that the projects are mutually exclusive and that the opportunity cost of capital is 10%.

a. Calculate the profitability index for each project.

b. Show how the profitability-index rule can be used to select the superior project.

**15.** Borghia Pharmaceuticals has $1 million allocated for capital expenditures. Which of the following projects should the company accept to stay within the $1 million budget? How much does the budget limit cost the company in terms of its market value? The opportunity cost of capital for each project is 11%.

| Project | Investment ($ thousands) | NPV ($ thousands) | IRR (%) |
|---|---|---|---|
| 1 | 300 | 66 | 17.2 |
| 2 | 200 | −4 | 10.7 |
| 3 | 250 | 43 | 16.6 |
| 4 | 100 | 14 | 12.1 |
| 5 | 100 | 7 | 11.8 |
| 6 | 350 | 63 | 18.0 |
| 7 | 400 | 48 | 13.5 |

## CHALLENGE

**16.** Some people believe firmly, even passionately, that ranking projects on IRR is OK if each project's cash flows can be reinvested at the project's IRR. They also say that the NPV rule

Visit us at www.mhhe.com/bma

"assumes that cash flows are reinvested at the opportunity cost of capital." Think carefully about these statements. Are they true? Are they helpful?

**17.** Look again at the project cash flows in Problem 10. Calculate the modified IRR as defined in Footnote 4 in Section 5.3. Assume the cost of capital is 12%.

Now try the following variation on the MIRR concept. Figure out the fraction $x$ such that $x$ times $C_1$ and $C_2$ has the same present value as (minus) $C_3$.

$$xC_1 + \frac{xC_2}{1.12} = -\frac{C_3}{1.12^2}$$

Define the modified project IRR as the solution of

$$C_0 + \frac{(1-x)C_1}{1+\text{IRR}} + \frac{(1-x)C_2}{(1+\text{IRR})^2} = 0$$

Now you have two MIRRs. Which is more meaningful? If you can't decide, what do you conclude about the usefulness of MIRRs?

**18.** Consider the following capital rationing problem:

| Project | $C_0$ | $C_1$ | $C_2$ | NPV |
|---|---|---|---|---|
| W | −10,000 | −10,000 | 0 | +6,700 |
| X | 0 | −20,000 | +5,000 | +9,000 |
| Y | −10,000 | +5,000 | +5,000 | +0 |
| Z | −15,000 | +5,000 | +4,000 | −1,500 |
| Financing available | 20,000 | 20,000 | 20,000 | |

Set up this problem as a linear program and solve it.

You can allow partial investments, that is, $0 \leqslant x \leqslant 1$. Calculate and interpret the shadow prices[17] on the capital constraints.

## MINI-CASE

### Vegetron's CFO Calls Again

*(The first episode of this story was presented in Section 5.1.)*

Later that afternoon, Vegetron's CFO bursts into your office in a state of anxious confusion. The problem, he explains, is a last-minute proposal for a change in the design of the fermentation tanks that Vegetron will build to extract hydrated zirconium from a stockpile of powdered ore. The CFO has brought a printout (Table 5.1) of the forecasted revenues, costs, income, and book rates of return for the standard, low-temperature design. Vegetron's engineers have just proposed an alternative high-temperature design that will extract most of the hydrated zirconium over a shorter period, five instead of seven years. The forecasts for the high-temperature method are given in Table 5.2.[18]

[17] A shadow price is the marginal change in the objective for a marginal change in the constraint.

[18] For simplicity we have ignored taxes. There will be plenty about taxes in Chapter 6.

Visit us at www.mhhe.com/bma

***CFO:*** Why do these engineers always have a bright idea at the last minute? But you've got to admit the high-temperature process looks good. We'll get a faster payback, and the rate of return beats Vegetron's 9% cost of capital in every year except the first. Let's see, income is \$30,000 per year. Average investment is half the \$400,000 capital outlay, or \$200,000, so the average rate of return is 30,000/200,000, or 15%—a lot better than the 9% hurdle rate. The average rate of return for the low-temperature process is not that good, only 28,000/200,000, or 14%. Of course we might get a higher rate of return for the low-temperature proposal if we depreciated the investment faster—do you think we should try that?

***You:*** Let's not fixate on book accounting numbers. Book income is not the same as cash flow to Vegetron or its investors. Book rates of return don't measure the true rate of return.

***CFO:*** But people use accounting numbers all the time. We have to publish them in our annual report to investors.

***You:*** Accounting numbers have many valid uses, but they're not a sound basis for capital investment decisions. Accounting changes can have big effects on book income or rate of return, even when cash flows are unchanged.

Here's an example. Suppose the accountant depreciates the capital investment for the low-temperature process over six years rather than seven. Then income for years 1 to 6 goes down, because depreciation is higher. Income for year 7 goes up because the depreciation for that year becomes zero. But there is no effect on year-to-year cash flows, because depreciation is not a cash outlay. It is simply the accountant's device for spreading out the "recovery" of the up-front capital outlay over the life of the project.

***CFO:*** So how do we get cash flows?

***You:*** In these cases it's easy. Depreciation is the only noncash entry in your spreadsheets (Tables 5.1 and 5.2), so we can just leave it out of the calculation. Cash flow equals revenue minus operating costs. For the high-temperature process, annual cash flow is:

$$\text{Cash flow} = \text{revenue} - \text{operating cost} = 180 - 70 = 110, \text{ or } \$110{,}000$$

***CFO:*** In effect you're adding back depreciation, because depreciation is a noncash accounting expense.

***You:*** Right. You could also do it that way:

$$\text{Cash flow} = \text{net income} + \text{depreciation} = 30 + 80 = 110, \text{ or } \$110{,}000$$

***CFO:*** Of course. I remember all this now, but book returns seem important when someone shoves them in front of your nose.

| | Year | | | | | | |
|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** |
| 1. Revenue | 140 | 140 | 140 | 140 | 140 | 140 | 140 |
| 2. Operating costs | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| 3. Depreciation* | 57 | 57 | 57 | 57 | 57 | 57 | 57 |
| 4. Net income | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| 5. Start-of-year book value† | 400 | 343 | 286 | 229 | 171 | 114 | 57 |
| 6. Book rate of return (4 ÷ 5) | 7% | 8.2% | 9.8% | 12.2% | 16.4% | 24.6% | 49.1% |

**TABLE 5.1** Income statement and book rates of return for low-temperature extraction of hydrated zirconium (\$ thousands).

* Rounded. Straight-line depreciation over seven years is 400/7 = 57.14, or \$57,140 per year.
† Capital investment is \$400,000 in year 0.

Visit us at www.mhhe.com/bma

| | Year | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| 1. Revenue | 180 | 180 | 180 | 180 | 180 |
| 2. Operating costs | 70 | 70 | 70 | 70 | 70 |
| 3. Depreciation* | 80 | 80 | 80 | 80 | 80 |
| 4. Net income | 30 | 30 | 30 | 30 | 30 |
| 5. Start-of-year book value† | 400 | 320 | 240 | 160 | 80 |
| 6. Book rate of return (4 ÷ 5) | 7.5% | 9.4% | 12.5% | 18.75% | 37.5% |

**TABLE 5.2** Income statement and book rates of return for high-temperature extraction of hydrated zirconium ($ thousands).

* Straight-line depreciation over five years is 400/5 = 80, or $80,000 per year.
† Capital investment is $400,000 in year 0.

*You:* It's not clear which project is better. The high-temperature process appears to be less efficient. It has higher operating costs and generates less total revenue over the life of the project, but of course it generates more cash flow in years 1 to 5.

*CFO:* Maybe the processes are equally good from a financial point of view. If so we'll stick with the low-temperature process rather than switching at the last minute.

*You:* We'll have to lay out the cash flows and calculate NPV for each process.

*CFO:* OK, do that. I'll be back in a half hour—and I also want to see each project's true, DCF rate of return.

## QUESTIONS

1. Are the book rates of return reported in Tables 5.1 and 5.2 useful inputs for the capital investment decision?
2. Calculate NPV and IRR for each process. What is your recommendation? Be ready to explain to the CFO.

Visit us at www.mhhe.com/bma

PART 1

VALUE

CHAPTER 6

# Making Investment Decisions with the Net Present Value Rule

**In late 2003** Boeing announced its intention to produce and market the 787 Dreamliner. The decision committed Boeing and its partners to a $10 billion capital investment, involving 3 million square feet of additional facilities. If the technical glitches that have delayed production can be sorted out, it looks as if Boeing will earn a good return on this investment. As we write this in August 2009, Boeing has booked orders for 865 Dreamliners, making it one of the most successful aircraft launches in history.

How does a company, such as Boeing, decide to go ahead with the launch of a new airliner? We know the answer in principle. The company needs to forecast the project's cash flows and discount them at the opportunity cost of capital to arrive at the project's NPV. A project with a positive NPV increases shareholder value.

But those cash flow forecasts do not arrive on a silver platter. First, the company's managers need answers to a number of basic questions. How soon can the company get the plane into production? How many planes are likely to be sold each year and at what price? How much does the firm need to invest in new production facilities, and what is the likely production cost? How long will the model stay in production, and what happens to the plant and equipment at the end of that time?

These predictions need to be checked for completeness and accuracy, and then pulled together to produce a single set of cash-flow forecasts. That requires careful tracking of taxes, changes in working capital, inflation, and the end-of-project salvage values of plant, property, and equipment. The financial manager must also ferret out hidden cash flows and take care to reject accounting entries that look like cash flows but truly are not.

Our first task in this chapter is to look at how to develop a set of project cash flows. We will then work through a realistic and comprehensive example of a capital investment analysis.

We conclude the chapter by looking at how the financial manager should apply the present value rule when choosing between investment in plant and equipment with different economic lives. For example, suppose you must decide between machine Y with a 5-year useful life and Z with a 10-year life. The present value of Y's lifetime investment and operating costs is naturally less than Z's because Z will last twice as long. Does that necessarily make Y the better choice? Of course not. You will find that, when you are faced with this type of problem, the trick is to transform the present value of the cash flow into an *equivalent annual* flow, that is, the total cash per year from buying and operating the asset.

## 6-1 Applying the Net Present Value Rule

Many projects require a heavy initial outlay on new production facilities. But often the largest investments involve the acquisition of intangible assets. Consider, for example, the expenditure by major banks on information technology. These projects can soak up hundreds of millions of dollars. Yet much of the expenditure goes to intangibles such as system design, programming, testing, and training. Think also of the huge expenditure by pharmaceutical companies on research and development (R&D). Pfizer, one of the largest pharmaceutical companies, spent $7.9 billion on R&D in 2008. The R&D cost of bringing *one* new prescription drug to market has been estimated at $800 million.

Expenditures on intangible assets such as IT and R&D are investments just like expenditures on new plant and equipment. In each case the company is spending money today in the expectation that it will generate a stream of future profits. Ideally, firms should apply the same criteria to all capital investments, regardless of whether they involve a tangible or intangible asset.

We have seen that an investment in any asset creates wealth if the discounted value of the future cash flows exceeds the up-front cost. But up to this point we have glossed over the problem of *what* to discount. When you are faced with this problem, you should stick to three general rules:

1. Only cash flow is relevant.
2. Always estimate cash flows on an incremental basis.
3. Be consistent in your treatment of inflation.

We discuss each of these rules in turn.

### Rule 1: Only Cash Flow Is Relevant

The first and most important point: Net present value depends on future cash flows. Cash flow is the simplest possible concept; it is just the difference between cash received and cash paid out. Many people nevertheless confuse cash flow with accounting income.

Income statements are intended to show how well the company is performing. Therefore, accountants *start* with "dollars in" and "dollars out," but to obtain accounting income they adjust these inputs in two ways. First, they try to show profit as it is *earned* rather than when the company and its customers get around to paying their bills. Second, they sort cash outflows into two categories: current expenses and capital expenses. They deduct current expenses when calculating income but do not deduct capital expenses. There is a good reason for this. If the firm lays out a large amount of money on a big capital project, you do not conclude that the firm is performing poorly, even though a lot of cash is going out the door. Therefore, the accountant does not deduct capital expenditure when calculating the year's income but, instead, depreciates it over several years.

As a result of these adjustments, income includes some cash flows and excludes others, and it is reduced by depreciation charges, which are not cash flows at all. It is not always easy to translate the customary accounting data back into actual dollars—dollars you can buy beer with. If you are in doubt about what is a cash flow, simply count the dollars coming in and take away the dollars going out. Don't assume without checking that you can find cash flow by routine manipulations of accounting data.

Always estimate cash flows on an after-tax basis. Some firms do not deduct tax payments. They try to offset this mistake by discounting the cash flows before taxes at a rate higher than the opportunity cost of capital. Unfortunately, there is no reliable formula for making such adjustments to the discount rate.

You should also make sure that cash flows are recorded *only when they occur* and not when work is undertaken or a liability is incurred. For example, taxes should be discounted from

their actual payment date, not from the time when the tax liability is recorded in the firm's books.

## Rule 2: Estimate Cash Flows on an Incremental Basis

The value of a project depends on *all* the additional cash flows that follow from project acceptance. Here are some things to watch for when you are deciding which cash flows to include:

**Do Not Confuse Average with Incremental Payoffs** Most managers naturally hesitate to throw good money after bad. For example, they are reluctant to invest more money in a losing division. But occasionally you will encounter turnaround opportunities in which the *incremental* NPV from investing in a loser is strongly positive.

Conversely, it does not always make sense to throw good money after good. A division with an outstanding past profitability record may have run out of good opportunities. You would not pay a large sum for a 20-year-old horse, sentiment aside, regardless of how many races that horse had won or how many champions it had sired.

Here is another example illustrating the difference between average and incremental returns: Suppose that a railroad bridge is in urgent need of repair. With the bridge the railroad can continue to operate; without the bridge it can't. In this case the payoff from the repair work consists of all the benefits of operating the railroad. The incremental NPV of such an investment may be enormous. Of course, these benefits should be net of all other costs and all subsequent repairs; otherwise the company may be misled into rebuilding an unprofitable railroad piece by piece.

**Include All Incidental Effects** It is important to consider a project's effects on the remainder of the firm's business. For example, suppose Sony proposes to launch PlayStation 4, a new version of its video game console. Demand for the new product will almost certainly cut into sales of Sony's existing consoles. This incidental effect needs to be factored into the incremental cash flows. Of course, Sony may reason that it needs to go ahead with the new product because its existing product line is likely to come under increasing threat from competitors. So, even if it decides not to produce the new PlayStation, there is no guarantee that sales of the existing consoles will continue at their present level. Sooner or later they will decline.

Sometimes a new project will *help* the firm's existing business. Suppose that you are the financial manager of an airline that is considering opening a new short-haul route from Peoria, Illinois, to Chicago's O'Hare Airport. When considered in isolation, the new route may have a negative NPV. But once you allow for the additional business that the new route brings to your other traffic out of O'Hare, it may be a very worthwhile investment.

**Forecast Sales Today and Recognize After-Sales Cash Flows to Come Later** Financial managers should forecast all incremental cash flows generated by an investment. Sometimes these incremental cash flows last for decades. When GE commits to the design and production of a new jet engine, the cash inflows come first from the sale of engines and then from service and spare parts. A jet engine will be in use for 30 years. Over that period revenues from service and spare parts will be roughly seven times the engine's purchase price. GE's revenue in 2008 from commercial engine services was $6.8 billion versus $5.2 billion from commercial engine sales.[1]

Many manufacturing companies depend on the revenues that come *after* their products are sold. The consulting firm Accenture estimates that services and parts typically account for about 25% of revenues and 50% of profits for industrial companies.

[1] P. Glader, "GE's Focus on Services Faces Test," *The Wall Street Journal,* March 3, 2009, p. B1. The following estimate from Accenture also comes from this article.

**Do Not Forget Working Capital Requirements** **Net working capital** (often referred to simply as *working capital*) is the difference between a company's short-term assets and liabilities. The principal short-term assets are accounts receivable (customers' unpaid bills) and inventories of raw materials and finished goods. The principal short-term liabilities are accounts payable (bills that *you* have not paid). Most projects entail an additional investment in working capital. This investment should, therefore, be recognized in your cash-flow forecasts. By the same token, when the project comes to an end, you can usually recover some of the investment. This is treated as a cash inflow. We supply a numerical example of working-capital investment later in this chapter.

**Include Opportunity Costs** The cost of a resource may be relevant to the investment decision even when no cash changes hands. For example, suppose a new manufacturing operation uses land that could otherwise be sold for $100,000. This resource is not free: It has an opportunity cost, which is the cash it could generate for the company if the project were rejected and the resource were sold or put to some other productive use.

This example prompts us to warn you against judging projects on the basis of "before versus after." The proper comparison is "with or without." A manager comparing before versus after might not assign any value to the land because the firm owns it both before and after:

| Before | Take Project | After | Cash Flow, Before versus After |
|---|---|---|---|
| Firm owns land | → | Firm still owns land | 0 |

The proper comparison, with or without, is as follows:

| With | Take Project | After | Cash Flow, with Project |
|---|---|---|---|
| Firm owns land | → | Firm still owns land | 0 |

| Without | Do Not Take Project | After | Cash Flow, without Project |
|---|---|---|---|
| | → | Firm sells land for $100,000 | $100,000 |

Comparing the two possible "afters," we see that the firm gives up $100,000 by undertaking the project. This reasoning still holds if the land will not be sold but is worth $100,000 to the firm in some other use.

Sometimes opportunity costs may be very difficult to estimate; however, where the resource can be freely traded, its opportunity cost is simply equal to the market price. Why? It cannot be otherwise. If the value of a parcel of land to the firm is less than its market price, the firm will sell it. On the other hand, the opportunity cost of using land in a particular project cannot exceed the cost of buying an equivalent parcel to replace it.

**Forget Sunk Costs** Sunk costs are like spilled milk: They are past and irreversible outflows. Because sunk costs are bygones, they cannot be affected by the decision to accept or reject the project, and so they should be ignored.

For example, when Lockheed sought a federal guarantee for a bank loan to continue development of the TriStar airplane, the company and its supporters argued it would be foolish to abandon a project on which nearly $1 billion had already been spent. Some of Lockheed's critics countered that it would be equally foolish to continue with a project that offered no prospect of a satisfactory return on that $1 billion. Both groups were guilty of the *sunk-cost fallacy;* the $1 billion was irrecoverable and, therefore, irrelevant.

**Beware of Allocated Overhead Costs** We have already mentioned that the accountant's objective is not always the same as the investment analyst's. A case in point is the allocation of overhead costs. Overheads include such items as supervisory salaries, rent, heat, and light. These overheads may not be related to any particular project, but they have to be paid for somehow. Therefore, when the accountant assigns costs to the firm's projects, a charge for overhead is usually made. Now our principle of incremental cash flows says that in investment appraisal we should include only the *extra* expenses that would result from the project. A project may generate extra overhead expenses; then again, it may not. We should be cautious about assuming that the accountant's allocation of overheads represents the true extra expenses that would be incurred.

**Remember Salvage Value** When the project comes to an end, you may be able to sell the plant and equipment or redeploy the assets elsewhere in the business. If the equipment is sold, you must pay tax on the difference between the sale price and the book value of the asset. The salvage value (net of any taxes) represents a positive cash flow to the firm.

Some projects have significant shut-down costs, in which case the final cash flows may be *negative*. For example, the mining company, FCX, has earmarked over $430 million to cover the future reclamation and closure costs of its New Mexico mines.

## Rule 3: Treat Inflation Consistently

As we pointed out in Chapter 3, interest rates are usually quoted in *nominal* rather than *real* terms. For example, if you buy an 8% Treasury bond, the government promises to pay you $80 interest each year, but it does not promise what that $80 will buy. Investors take inflation into account when they decide what is an acceptable rate of interest.

If the discount rate is stated in nominal terms, then consistency requires that cash flows should also be estimated in nominal terms, taking account of trends in selling price, labor and materials costs, etc. This calls for more than simply applying a single assumed inflation rate to all components of cash flow. Labor costs per hour of work, for example, normally increase at a faster rate than the consumer price index because of improvements in productivity. Tax savings from depreciation do *not* increase with inflation; they are constant in nominal terms because tax law in the United States allows only the original cost of assets to be depreciated.

Of course, there is nothing wrong with discounting real cash flows at a real discount rate. In fact this is standard procedure in countries with high and volatile inflation. Here is a simple example showing that real and nominal discounting, properly applied, always give the same present value.

Suppose your firm usually forecasts cash flows in nominal terms and discounts at a 15% nominal rate. In this particular case, however, you are given project cash flows in real terms, that is, current dollars:

| Real Cash Flows ($ thousands) | | | |
|---|---|---|---|
| $C_0$ | $C_1$ | $C_2$ | $C_3$ |
| −100 | +35 | +50 | +30 |

It would be inconsistent to discount these real cash flows at the 15% nominal rate. You have two alternatives: Either restate the cash flows in nominal terms and discount at 15%, or restate the discount rate in real terms and use it to discount the real cash flows.

Assume that inflation is projected at 10% a year. Then the cash flow for year 1, which is $35,000 in current dollars, will be $35,000 \times 1.10 = \$38,500$ in year-1 dollars. Similarly the

cash flow for year 2 will be 50,000 × $(1.10)^2$ = $60,500 in year-2 dollars, and so on. If we discount these nominal cash flows at the 15% nominal discount rate, we have

$$\text{NPV} = -100 + \frac{38.5}{1.15} + \frac{60.5}{(1.15)^2} + \frac{39.9}{(1.15)^3} = 5.5, \text{ or } \$5{,}500$$

Instead of converting the cash-flow forecasts into nominal terms, we could convert the discount rate into real terms by using the following relationship:

$$\text{Real discount rate} = \frac{1 + \text{nominal discount rate}}{1 + \text{inflation rate}} - 1$$

In our example this gives

$$\text{Real discount rate} = \frac{1.15}{1.10} - 1 = .045, \text{ or } 4.5\%$$

If we now discount the real cash flows by the real discount rate, we have an NPV of $5,500, just as before:

$$\text{NPV} = -100 + \frac{35}{1.045} + \frac{50}{(1.045)^2} + \frac{30}{(1.045)^3} = 5.5, \text{ or } \$5{,}500$$

The message of all this is quite simple. Discount nominal cash flows at a nominal discount rate. Discount real cash flows at a real rate. *Never* mix real cash flows with nominal discount rates or nominal flows with real rates.

## 6-2 Example—IM&C's Fertilizer Project

As the newly appointed financial manager of International Mulch and Compost Company (IM&C), you are about to analyze a proposal for marketing guano as a garden fertilizer. (IM&C's planned advertising campaign features a rustic gentleman who steps out of a vegetable patch singing, "All my troubles have guano way.")[2]

You are given the forecasts shown in Table 6.1.[3] The project requires an investment of $10 million in plant and machinery (line 1). This machinery can be dismantled and sold for net proceeds estimated at $1.949 million in year 7 (line 1, column 7). This amount is your forecast of the plant's *salvage value.*

Whoever prepared Table 6.1 depreciated the capital investment over six years to an arbitrary salvage value of $500,000, which is less than your forecast of salvage value. *Straight-line depreciation* was assumed. Under this method annual depreciation equals a constant proportion of the initial investment less salvage value ($9.5 million). If we call the depreciable life $T$, then the straight-line depreciation in year $t$ is

$$\text{Depreciation in year } t = 1/T \times \text{depreciable amount} = 1/6 \times 9.5 = \$1.583 \text{ million}$$

Lines 6 through 12 in Table 6.1 show a simplified income statement for the guano project.[4] This will be our starting point for estimating cash flow. All the entries in the table are nominal amounts. In other words, IM&C's managers have taken into account the likely effect of inflation on prices and costs.

[2] Sorry.

[3] "Live" Excel versions of Tables 6.1, 6.2, 6.4, 6.5, and 6.6 are available on the book's Web site, www.mhhe.com/bma.

[4] We have departed from the usual income-statement format by separating depreciation from costs of goods sold.

Table 6.2 derives cash-flow forecasts from the investment and income data given in Table 6.1. The project's net cash flow is the sum of three elements:

Net cash flow = cash flow from capital investment and disposal
+ cash flow from changes in working capital
+ operating cash flow

| | | Period | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | Capital investment | 10,000 | | | | | | | -1,949[a] |
| 2 | Accumulated depreciation | | 1,583 | 3,167 | 4,750 | 6,333 | 7,917 | 9,500 | 0 |
| 3 | Year-end book value | 10,000 | 8,417 | 6,833 | 5,250 | 3,667 | 2,083 | 500 | 0 |
| 4 | Working capital | | 550 | 1,289 | 3,261 | 4,890 | 3,583 | 2,002 | 0 |
| 5 | Total book value (3 + 4) | | 8,967 | 8,122 | 8,511 | 8,557 | 5,666 | 2,502 | 0 |
| 6 | Sales | | 523 | 12,887 | 32,610 | 48,901 | 35,834 | 19,717 | |
| 7 | Cost of goods sold[b] | | 837 | 7,729 | 19,552 | 29,345 | 21,492 | 11,830 | |
| 8 | Other costs[c] | 4,000 | 2,200 | 1,210 | 1,331 | 1,464 | 1,611 | 1,772 | |
| 9 | Depreciation | | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 0 |
| 10 | Pretax profit (6 − 7 − 8 − 9) | −4,000 | −4,097 | 2,365 | 10,144 | 16,509 | 11,148 | 4,532 | 1,449[d] |
| 11 | Tax at 35% | −1,400 | −1,434 | 828 | 3,550 | 5,778 | 3,902 | 1,586 | 507 |
| 12 | Profit after tax (10 − 11) | −2,600 | −2,663 | 1,537 | 6,593 | 10,731 | 7,246 | 2,946 | 942 |

**TABLE 6.1** IM&C's guano project—projections ($ thousands) reflecting inflation and assuming straight-line depreciation.

eXcel
Visit us at
www.mhhe.com/bma

[a] Salvage value.
[b] We have departed from the usual income-statement format by *not* including depreciation in cost of goods sold. Instead, we break out depreciation separately (see line 9).
[c] Start-up costs in years 0 and 1, and general and administrative costs in years 1 to 6.
[d] The difference between the salvage value and the ending book value of $500 is a taxable profit.

| | | Period | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | Capital investment and disposal | −10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 1,442[a] |
| 2 | Change in working capital | | −550 | −739 | −1,972 | −1,629 | 1,307 | 1,581 | 2,002 |
| 3 | Sales | 0 | 523 | 12,887 | 32,610 | 48,901 | 35,834 | 19,717 | 0 |
| 4 | Cost of goods sold | 0 | 837 | 7,729 | 19,552 | 29,345 | 21,492 | 11,830 | 0 |
| 5 | Other costs | 4,000 | 2,200 | 1,210 | 1,331 | 1,464 | 1,611 | 1,772 | 0 |
| 6 | Tax | −1,400 | −1,434 | 828 | 3,550 | 5,778 | 3,902 | 1,586 | |
| 7 | Operating cash flow (3 − 4 − 5 − 6) | −2,600 | −1,080 | 3,120 | 8,177 | 12,314 | 8,829 | 4,529 | |
| 8 | Net cash flow (1 + 2 + 7) | −12,600 | −1,630 | 2,381 | 6,205 | 10,685 | 10,136 | 6,110 | 3,444 |
| 9 | Present value at 20% | −12,600 | −1,358 | 1,654 | 3,591 | 5,153 | 4,074 | 2,046 | 961 |
| 10 | Net present value = | +3,520 | (sum of 9) | | | | | | |

**TABLE 6.2** IM&C's guano project—initial cash-flow analysis assuming straight-line depreciation ($ thousands).

eXcel
Visit us at
www.mhhe.com/bma

[a] Salvage value of $1,949 less tax of $507 on the difference between salvage value and ending book value.

Each of these items is shown in the table. Row 1 shows the initial capital investment and the estimated salvage value of the equipment when the project comes to an end. If, as you expect, the salvage value is higher than the depreciated value of the machinery, you will have to pay tax on the difference. So the salvage value in row 1 is shown after payment of this tax. Row 2 of the table shows the changes in working capital, and the remaining rows calculate the project's operating cash flows.

Notice that in calculating the operating cash flows we did not deduct depreciation. Depreciation is an accounting entry. It affects the tax that the company pays, but the firm does not send anyone a check for depreciation. The operating cash flow is simply the dollars coming in less the dollars going out:[5]

$$\text{Operating cash flow} = \text{revenues} - \text{cash expenses} - \text{taxes}$$

For example, in year 6 of the guano project:

$$\text{Operating cash flow} = 19{,}717 - (11{,}830 + 1{,}772) - 1{,}586 = 4{,}529$$

IM&C estimates the nominal opportunity cost of capital for projects of this type as 20%. When all cash flows are added up and discounted, the guano project is seen to offer a net present value of about $3.5 million:

$$\text{NPV} = -12{,}600 - \frac{1{,}630}{1.20} + \frac{2{,}381}{(1.20)^2} + \frac{6{,}205}{(1.20)^3} + \frac{10{,}685}{(1.20)^4} + \frac{10{,}136}{(1.20)^5} + \frac{6{,}110}{(1.20)^6} + \frac{3{,}444}{(1.20)^7} = +3{,}520, \text{ or } \$3{,}520{,}000$$

## Separating Investment and Financing Decisions

Our analysis of the guano project takes no notice of how that project is financed. It may be that IM&C will decide to finance partly by debt, but if it does we will not subtract the debt proceeds from the required investment, nor will we recognize interest and principal payments as cash outflows. We analyze the project as if it were all-equity-financed, treating all cash outflows as coming from stockholders and all cash inflows as going to them.

We approach the problem in this way so that we can separate the analysis of the investment decision from the financing decision. But this does not mean that the financing decision can be ignored. We explain in Chapter 19 how to recognize the effect of financing choices on project values.

## Investments in Working Capital

Now here is an important point. You can see from line 2 of Table 6.2 that working capital increases in the early and middle years of the project. What is working capital, you may ask, and why does it increase?

Working capital summarizes the net investment in short-term assets associated with a firm, business, or project. Its most important components are *inventory, accounts receivable,*

[5] There are several alternative ways to calculate operating cash flow. For example, you can add depreciation back to the after-tax profit:

$$\text{Operating cash flow} = \text{after-tax profit} + \text{depreciation}$$

Thus, in year 6 of the guano project:

$$\text{Operating cash flow} = 2{,}946 + 1{,}583 = 4{,}529$$

Another alternative is to calculate after-tax profit assuming *no* depreciation, and then to add back the tax saving provided by the depreciation allowance:

$$\text{Operating cash flow} = (\text{revenues} - \text{expenses}) \times (1 - \text{tax rate}) + (\text{depreciation} \times \text{tax rate})$$

Thus, in year 6 of the guano project:

$$\text{Operating cash flow} = (19{,}717 - 11{,}830 - 1{,}772) \times (1 - .35) + (1{,}583 \times .35) = 4{,}529$$