# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., <br><br> Defendant. | C.A. No. 1:20-CV-01125-ELR |

## MOTION TO ALLOW TECHNOLOGY IN COURTROOM

Plaintiff/Counterclaim Defendant Delta Air Lines, Inc. ("Delta") hereby moves the Court for an order allowing their counsel and corporate representatives listed below to bring electronic equipment to Courtroom 1788, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309 for the duration of the two-day motions hearing scheduled before the Honorable Eleanor L. Ross on December 10, 2024 and December 11, 2024.

Specifically, the following individuals request that the Court allow them to bring smartphones, laptop computers, electronic tablets, flash drives, and all associated cables and charging cords into the Courtroom for the duration of the two-

day motions hearing to promote an efficient presentation to the Court:

- Dale Cendali
- Claudia Ray
- Shanti Sadtler Conway
- Christian Erwin
- Peter Carter
- Meg Taylor
- Komal Patel

Respectfully submitted this 22nd day of November, 2024.


/s/ Byung J. Pak
BYUNG J. "BJAY" PAK
Georgia Bar No. 559457
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
bjay.pak@alston.com


/s/ Dale M. Cendali
DALE M. CENDALI
(Admitted *Pro Hac Vice*)
CLAUDIA RAY
(Admitted *Pro Hac Vice*)
SHANTI SADTLER CONWAY
(Admitted *Pro Hac Vice*)
MARY MAZZELLO
(Admitted *Pro Hac Vice*)
JONATHAN D. BRIT
(Admitted *Pro Hac Vice*)
JUSTIN TAYLOR
(Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**

601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Fax: (212) 446-6460
dale.cendali@kirkland.com
claudia.ray@kirkland.com
shanti.conway@kirkland.com
mary.mazzello@kirkland.com
jonathan.brit@kirkland.com
justin.taylor@kirkland.com

LAUREN J. SCHWEITZER
(Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Tel.: (213) 680-8400
Fax: (213) 680-8500
lauren.schweitzer@kirkland.com

DIANA M. TORRES
(Admitted *Pro Hac Vice*)
ALLISON W. BUCHNER
(Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2049 Century Park East
Los Angeles, CA 90067
Tel.: (310) 552-4200
Fax: (310) 552-5900
diana.torres@kirkland.com
allison.buchner@kirkland.com

ROBIN ANN MCCUE
(Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200
robin.mccue@kirkland.com

*Attorneys for Plaintiff and
Counterclaim Defendant
Delta Air Lines, Inc.*

## LOCAL RULE 7.1D CERTIFICATE

The undersigned hereby certifies that the foregoing document has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1(B).

## CERTIFICATE OF SERVICE

The undersigned thereby certifies that on this date a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: November 22, 2024            By:  /s/ *Byung J. Pak*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., <br><br> Defendant. | C.A. No. 1:20-CV-01125-ELR |

## [PROPOSED] ORDER GRANTING MOTION TO ALLOW TECHNOLOGY IN COURTROOM

The Court **GRANTS** Delta's Motion to Allow Technology in the Courtroom. The Court hereby **PERMITS** the following individuals to bring smartphones, laptop computers, electronic tablets, flash drives, and all associated cables and charging cords into the United States Courthouse on December 10, 2024 and December 11, 2024 for use at the motions hearing in this matter:

- Dale Cendali
- Claudia Ray
- Shanti Sadtler Conway
- Christian Erwin
- Peter Carter
- Meg Taylor
- Komal Patel

IT IS SO ORDERED, this ___ day of November, 2024.

_____
Honorable Eleanor L. Ross
U.S. District Court Judge