UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC.,<br>　　　Plaintiff and<br>　　　Counterclaim<br>　　　Defendant,<br>　v.<br>MARRIOTT INTERNATIONAL, INC.,<br>　　　Defendant and<br>　　　Counterclaim Plaintiff,<br>and MARRIOTT WORLDWIDE CORPORATION,<br>　　　Counterclaim Plaintiff. | CIVIL ACTION FILE<br>NO. 1:20-CV-01125-ELR |

**MARRIOTT'S MOTION FOR LEAVE TO FILE UNDER SEAL AND
<u>MEMORANDUM IN SUPPORT</u>**

Pursuant to Local Rule 7.1(A)(1), Part II(J) of Appendix H to the Local Rules, and the Court's Standing Order (ECF 63), Marriott International Inc. ("Marriott") respectfully requests permission to file its trial brief under seal. While federal courts recognize a general common law right of public access to court records and proceedings, the right of access is not absolute, and courts have discretion to deny such public access where appropriate. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597-99 (1978). The common law right of access may be overcome by a

1

showing of good cause, which requires "balanc[ing] the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (quotation marks omitted).

When a party moves to file under seal because the non-moving party has requested such documents be designated as Confidential or Highly Confidential pursuant to a Protective Order, the motion for leave must only state the identification of such documents and the general nature of the request by the non-movant. *See* N.D. Ga. Local Rules, Appendix H, Section J(2)(e). The *Romero* burden to show good cause then shifts to the non-moving party. *Id.*

Marriott's trial brief contains and discusses confidential, competitively sensitive commercial information the public disclosure of which Plaintiff Delta or Defendant Marriott, as applicable, has represented would be harmful to them. The trial brief also contains and discusses confidential business information related to the Parties' internal documents and strategy, and were designated as either Confidential or Highly Confidential under the Protective Order entered in this case. (Dkt. 100 ¶¶3, 7(b).)

For the foregoing reasons, Marriott respectfully requests that it be granted leave to file its trial brief under seal.

A proposed order granting the Motion is attached hereto for the Court's convenience.

Dated: October 20, 2025

Respectfully submitted,

*/s/ Jessica A. Caleb*

T. Brandon Waddell (Ga. Bar No. 252639)
Jessica A. Caleb (Ga. Bar No. 141507)
**CAPLAN COBB LLC**
75 Fourteenth Street, N.E., Suite 2700
Atlanta, GA 30309
Telephone: (404) 596-5600
Facsimile: (404) 596-5604
bwaddell@caplancobb.com
jcaleb@caplancobb.com

Virginia L. Carron (Ga. Bar No. 112770)
R. Gordon Wright (Ga. Bar No. 321339)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW, Suite 1400
Atlanta, GA 30363
Telephone: (404) 653-6452
Facsimile: (404) 653-6444
virginia.carron@finnegan.com
gordon.wright@finnegan.com

Danny M. Awdeh (admitted *pro hac* vice)
Douglas A. Rettew (admitted *pro hac* vice)
Naresh Kilaru (admitted *pro hac vice*)
Mark Sommers (admitted *pro hac vice*)
Gerald F. Ivey (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
danny.awdeh@finnegan.com

*/s/ Eric Lyttle*

Eric Lyttle (admitted *pro hac vice*)
Derek L. Shaffer (admitted *pro hac vice*)
Nicholas J. Inns (admitted *pro hac vice*)
Samuel Johnson (admitted *pro hac vice*)
Abigail Foote (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
ericlyttle@quinnemanuel.com
derekshaffer@quinnemanuel.com
nicholasinns@quinnemanuel.com
samueljohnson@quinnemanuel.com
abbeyfoote@quinnemanuel.com

Todd Anten (admitted *pro hac vice*)
Courtney Whang (admitted *pro hac vice*)
Claudia T. Bogdanos (admitted *pro hac vice*)
Dylan I. Scher (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849 7000
Facsimile: (212) 849 7100
toddanten@quinnemanuel.com
courtneywhang@quinnemanuel.com
claudiabogdanos@quinnemanuel.com
dylanscher@quinnemanuel.com

Christopher D. Porter (admitted *pro hac vice*)
Elizabeth M. Devaney (admitted *pro hac vice*)

3

doug.rettew@finnegan.com
naresh.kilaru@finnegan.com
mark.sommers@finnegan.com
gerald.ivey@finnegan.com

Morgan E. Smith (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
morgan.smith@finnegan.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221 7000
Facsimile: (713) 221 7100
chrisporter@quinnemanuel.com
lizdevaney@quinnemanuel.com

*Attorneys for Defendant and Counterclaim Plaintiff Marriott International, Inc. and Counterclaim Plaintiff Marriott Worldwide Corporation*

4

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that the foregoing document has been prepared with one of the font and point selections approved by the Court in LR 5.1(C), NDGa.

DATED:  October 20, 2025          */s/ Jessica A. Caleb*
                                  Jessica A. Caleb
                                  Georgia Bar No. 141507

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this day, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

DATED:   October 20, 2025          */s/ Jessica A. Caleb*
                                                         Jessica A. Caleb
                                                         Georgia Bar No. 141507